# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Federal Trade Commission, et al.

## DEFENDANTS
The Kroger Company; Albertsons Companies, Inc.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Hamilton
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
See Attachment

Attorneys *(If Known)*
See Attachment

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [x] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY (cont.)**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- [x] 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
Other:
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 53(b) - FTC Act § 13(b); 15 U.S.C. § 26 - Clayton Act § 16.

Brief description of cause:
Action for injunctive relief in aid of administrative adjudication

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: Feb 26, 2024

SIGNATURE OF ATTORNEY OF RECORD: /s/ Charles Dickinson

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## ATTACHMENT TO CIVIL COVER SHEET

**I(a).    Plaintiffs**

Federal Trade Commission
State of Arizona
State of California
District of Columbia
State of Illinois
State of Maryland
State of Nevada
State of New Mexico
State of Oregon
State of Wyoming


**I(c).    Plaintiff's Attorneys**

FOR PLAINTIFF FEDERAL TRADE COMMISSION:

Charles Dickinson
James H. Weingarten
Elizabeth Arens
Katherine Bies
Emily Blackburn
Katherine Drummonds
Paul Frangie
Laura Hall
Jacob Hamburger
Lily Hough
Janet Kim
Kenneth A. Libby
Eric Olson
Rohan Pai
Harris Rothman
Mark Seidman
Joshua Smith
Albert Teng

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Phone: (202) 326-2617
Email: cdickinson@ftc.gov
          jweingarten@ftc.gov

FOR PLAINTIFF STATE OF ARIZONA:

Robert A. Bernheim
Jayme L. Weber
Vinny Venkat
Connor Nolan

Arizona Office of the Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-5025
Email: Robert.Bernheim@azag.gov
       Jayme.Weber@azag.gov
       Vinny.Venkat@azag.gov
       Connor.Nolan@azag.gov

FOR PLAINTIFF STATE OF CALIFORNIA:

Nicole Gordon
Shira Hoffman

California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Phone: (415) 510-3458
E-mail: Nicole.Gordon@doj.ca.gov
        Shira.Hoffman@doj.ca.gov

FOR PLAINTIFF DISTRICT OF COLUMBIA:

Adam Gitlin
Amanda Hamilton
C. William Margrabe

Office of the Attorney General for the District of Columbia
400 6th Street, N.W, 10th Floor
Washington, D.C. 20001
Phone: (202) 727-3400
Email: Amanda.Hamilton@dc.gov
       Will.Margrabe@dc.gov


FOR PLAINTIFF STATE OF ILLINOIS:

Brian M. Yost
Paul J. Harper
Alice Riechers

Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
Phone: (872) 276-3598
Email: Brian.Yost@ilag.gov
        Paul.Harper@ilag.gov
        Alice.Riechers@ilag.gov

FOR PLAINTIFF STATE OF MARYLAND:

Schonette J. Walker
Gary Honick
Byron Warren

Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Phone: (410) 576-6470
Email: swalker@oag.state.md.us
        ghonick@oag.state.md.us
        bwarren@oag.state.md.us

FOR PLAINTIFF STATE OF NEVADA:

Lucas J. Tucker
Samantha B. Feeley

Office of the Nevada Attorney General
100 N. Carson St.
Carson City, Nevada 89701
Phone: (775) 684-1100
Email: ltucker@ag.nv.gov
        sfeeley@ag.nv.gov

FOR PLAINTIFF STATE OF NEW MEXICO:

Julie Ann Meade
Jeff Dan Herrera

New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87504
Phone: (505) 717-3500
Email: jmeade@nmag.gov

      jherrera@nmag.gov

FOR PLAINTIFF STATE OF OREGON:

Cheryl F. Hiemstra
Tim D. Nord
Chris Kayser
Tania Manners

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Phone: (503) 934-4400
Email: Cheryl.Hiemstra@doj.state.or.us
      Tim.D.Nord@doj.state.or.us
      cjkayser@lvklaw.com
      tmanners@lvklaw.com

FOR PLAINTIFF STATE OF WYOMING:

William Young

Office of the Wyoming Attorney General
109 State Capitol
Cheyenne, WY 82002
Phone: (307) 777-7847
Email: William.Young@wyo.gov


**Defendants' Attorneys**

FOR DEFENDANT THE KROGER COMPANY:

Michael B. Bernstein
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Phone: (202) 942-5227
Email: michael.b.bernstein@arnoldporter.com

FOR DEFENDANT ALBERTSONS COMPANIES, INC.:

Ted Hassi
Debevoise & Plimpton LLP
801 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 383-8135

Email: thassi@debevoise.com

George L. Paul
White & Case LLP
701 13th Street, NW
Washington, DC 20005
Phone: (202) 626-3656
Email: gpaul@whitecase.com