James H. Weingarten, DC Bar # 985070
Charles Dickinson, DC Bar # 997153
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-2381
*jweingarten@ftc.gov; cdickinson@ftc.gov*

Attorneys for Plaintiff Federal Trade Commission

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF ARIZONA,<br>STATE OF CALIFORNIA,<br>DISTRICT OF COLUMBIA,<br>STATE OF ILLINOIS,<br>STATE OF MARYLAND,<br>STATE OF NEVADA,<br>STATE OF NEW MEXICO,<br>STATE OF OREGON, and<br>STATE OF WYOMING,<br><br>     Plaintiffs,<br><br>     v.<br><br>THE KROGER COMPANY and<br>ALBERTSONS COMPANIES, INC.,<br><br>     Defendants. | Case No.: 3:24-cv-00347<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION FOR ENTRY OF STIPULATED TEMPORARY RESTRAINING ORDER** |

Plaintiff Federal Trade Commission respectfully moves the Court for entry of the stipulated

temporary restraining order that is attached to this Motion as Exhibit A. Defendants do not oppose

PLAINTIFF FTC'S UNOPPOSED MOTION
FOR ENTRY OF STIPULATED TRO          1

this Motion.

Plaintiff Federal Trade Commission has brought a claim in this action pursuant to Federal Trade Commission Act § 13(b), 15 U.S.C. § 53(b), seeking to preliminarily enjoin Defendants The Kroger Company and Albertsons Companies, Inc. from consummating their agreement for Kroger to acquire Albertsons (the "Proposed Transaction"). Specifically, the Federal Trade Commission is requesting a § 13(b) preliminary injunction to preserve the status quo during the pendency of the Commission's administrative adjudication of whether the Proposed Transaction violates the antitrust laws. Plaintiff States Arizona, California, Illinois, Maryland, Nevada, New Mexico, Oregon, and Wyoming and the District of Columbia, by and through their respective Attorneys General, also seek injunctive relief pursuant to Clayton Act § 16, 15 U.S.C. § 26.

Plaintiff Federal Trade Commission and Defendants Kroger and Albertsons agreed that, in the event that Plaintiff Federal Trade Commission filed an enforcement action seeking to enjoin Defendants' Proposed Transaction, the parties would file a joint stipulation with the Court for entry of a temporary restraining order preventing Defendants from consummating the Proposed Transaction until after 11:59 p.m. Eastern Time on the fifth business day after this Court rules on the requested preliminary injunction or a date the Court may set, whichever is later. The stipulated temporary restraining order is attached here as Exhibit A.

Absent entry of the stipulated temporary restraining order, Defendants would be free to consummate the Proposed Transaction after 11:59 p.m. Eastern Time on February 28, 2024.

On February 26, 2024, Plaintiff Federal Trade Commission filed an enforcement action seeking to enjoin Defendants' Proposed Transaction. Plaintiff, therefore, respectfully requests that the Court enter the stipulated temporary restraining order on or before 5:00 p.m. Eastern Time on

February 28, 2024.

Respectfully submitted,

Dated:  February 26, 2024

/s/ James H. Weingarten
James H. Weingarten (DC Bar # 985070)
Chief Trial Counsel
Bureau of Competition
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C. 20580
Telephone: (202) 326-3570
Email: jweingarten@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2024, I electronically filed a true and correct

copy of the foregoing document using the United States District Court for the District of Oregon's

CM/ECF System.

I FURTHER CERTIFY that I served the foregoing document on the following counsel via

electronic mail:

Michael B. Bernstein
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: (202) 942-5227
Email: michael.b.bernstein@arnoldporter.com

*Counsel for Defendant The Kroger Company*

Ted Hassi
Debevoise & Plimpton LLP
801 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 383-8135
Email: thassi@debevoise.com

George L. Paul
White & Case LLP
701 13th Street, NW
Washington, DC 20005
Telephone: (202) 626-3656
Email: gpaul@whitecase.com

*Counsel for Defendant Albertsons Companies, Inc.*

Robert A. Bernheim
Jayme L. Weber
Vinny Venkat
Connor Nolan

Arizona Office of the Attorney General

PLAINTIFF FTC'S UNOPPOSED MOTION
FOR ENTRY OF STIPULATED TRO              4

2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-5025
Email: Robert.Bernheim@azag.gov
       Jayme.Weber@azag.gov
       Vinny.Venkat@azag.gov
       Connor.Nolan@azag.gov

*Counsel for Plaintiff State of Arizona*

Nicole Gordon
Shira Hoffman

California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3458
Email: Nicole.Gordon@doj.ca.gov
       Shira.Hoffman@doj.ca.gov

*Counsel for Plaintiff State of California*

Adam Gitlin
Amanda Hamilton
C. William Margrabe

Office of the Attorney General for the District of Columbia
400 6th Street, N.W, 10th Floor
Washington, D.C. 20001
Telephone: (202) 727-3400
Email: Amanda.Hamilton@dc.gov
       Will.Margrabe@dc.gov

*Counsel for Plaintiff District of Columbia*

Brian M. Yost
Paul J. Harper
Alice Riechers

Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
Telephone: (872) 276-3598
Email: Brian.Yost@ilag.gov
       Paul.Harper@ilag.gov

PLAINTIFF FTC'S UNOPPOSED MOTION
FOR ENTRY OF STIPULATED TRO            5

Alice.Riechers@ilag.gov

*Counsel for Plaintiff State of Illinois*

Schonette J. Walker
Gary Honick
Byron Warren

Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6470
Email: swalker@oag.state.md.us
        ghonick@oag.state.md.us
        bwarren@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

Lucas J. Tucker
Samantha B. Feeley

Office of the Nevada Attorney General
100 N. Carson St.
Carson City, Nevada 89701
Telephone: (775) 684-1100
Email: ltucker@ag.nv.gov
        sfeeley@ag.nv.gov

*Counsel for Plaintiff State of Nevada*

Julie Ann Meade
Jeff Dan Herrera

New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87504
Telephone: (505) 717-3500
Email: jmeade@nmag.gov
        jherrera@nmag.gov

*Counsel for Plaintiff State of New Mexico*

Cheryl F. Hiemstra
Tim D. Nord
Chris Kayser

PLAINTIFF FTC'S UNOPPOSED MOTION
FOR ENTRY OF STIPULATED TRO            6

Tania Manners

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (503) 934-4400
Email: Cheryl.Hiemstra@doj.state.or.us
        Tim.D.Nord@doj.state.or.us
        cjkayser@lvklaw.com
        tmanners@lvklaw.com

*Counsel for Plaintiff State of Oregon*

William Young

Office of the Wyoming Attorney General
109 State Capitol
Cheyenne, WY 82002
Telephone: (307) 777-7847
Email: William.Young@wyo.gov

*Counsel for Plaintiff State of Wyoming*

/s/ James H. Weingarten
James H. Weingarten (DC Bar # 985070)
Chief Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3570
Email: jweingarten@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

PLAINTIFF FTC'S UNOPPOSED MOTION
FOR ENTRY OF STIPULATED TRO          7