**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**PETER D. HAWKES,** OSB No. 071986
peter@angelilaw.com
**KRISTEN TRANETZKI,** OSB No. 115730
kristen@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**EDWARD D. HASSI**, admitted *pro hac vice*
thassi@debevoise.com
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W.
Washington, DC 20004
Telephone: (202) 383-8000
Facsimile: (202) 383-8118

**MICHAEL SCHAPER**, admitted *pro hac vice*
mschaper@debevoise.com
**SHANNON ROSE SELDEN**, admitted *pro hac vice*
srselden@debevoise.com
**J. ROBERT ABRAHAM**, admitted *pro hac vice*
jrabraham@debevoise.com
**NATASCHA BORN**, admitted *pro hac vice*
nborn@debevoise.com
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

**ENU A. MAINIGI**, admitted *pro hac vice*
emainigi@wc.com
**JONATHAN B. PITT**, admitted *pro hac vice*
jpitt@wc.com
**A. JOSHUA PODOLL**, admitted *pro hac vice*
apodoll@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

**JAMES A. FISHKIN**, admitted *pro hac vice*
james.fishkin@dechert.com
**MICHAEL COWIE**, admitted *pro hac vice*
mike.cowie@dechert.com
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

*Attorneys for Albertsons Companies, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMISSION, *et al.*, <br> Plaintiff, <br> v. <br> THE KROGER COMPANY and ALBERTSONS COMPANIES, INC., <br> Defendants. | Case No. 3:24-cv-00347-AN <br><br> Defendant Albertsons Companies, Inc.'s **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Albertsons Companies, Inc. ("Albertsons") provides the following Corporate Disclosure Statement. Albertsons is a publicly traded corporation on the New York Stock Exchange under the ticker symbol ACI. Albertsons has no parent corporation and as of the date of this filing and to the best of its knowledge, no publicly-traded company owns at least 10% of the stock of Albertsons.

These representations are made in order that judges of this Court may determine the need for recusal.

DATED this 10th day of March, 2024.

Respectfully submitted,

/s/ *Edward D. Hassi*
**DEBEVOISE & PLIMPTON LLP**
EDWARD D. HASSI, admitted *pro hac vice*
MICHAEL SCHAPER, admitted *pro hac vice*
SHANNON ROSE SELDEN, admitted *pro hac vice*
J. ROBERT ABRAHAM, admitted *pro hac vice*
NATASCHA BORN, admitted *pro hac vice*

**ANGELI LAW GROUP LLC**
DAVID H. ANGELI, OSB No. 020244
KRISTEN TRANETZKI, OSB No. 115730
PETER D. HAWKES, OSB No. 071986

**WILLIAMS & CONNOLLY LLP**
ENU A. MAINIGI, admitted *pro hac vice*
JONATHAN B. PITT, admitted *pro hac vice*
A. JOSHUA PODOLL, admitted *pro hac vice*

**DECHERT LLP**
JAMES A. FISHKIN, admitted *pro hac vice*
MICHAEL COWIE, admitted *pro hac vice*

*Attorneys for Albertsons Companies, Inc.*