James H. Weingarten, DC Bar # 985070
Charles Dickinson, DC Bar # 997153
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-3570
*jweingarten@ftc.gov; cdickinson@ftc.gov*

Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING, <br><br> Plaintiffs, <br><br> v. <br><br> THE KROGER COMPANY and ALBERTSONS COMPANIES, INC., <br><br> Defendants. | Case No.: 3:24-cv-00347-AN <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION** |

Upon consideration of Plaintiffs' Unopposed Motion for Entry of Briefing Schedule for

Motion for Preliminary Injunction, it is hereby

ORDERED that the Motion is GRANTED; and

FURTHER ORDERED that the following briefing schedule shall apply in this matter to

[PROPOSED] ORDER FOR ENTRY
OF BRIEFING SCHEDULE

Plaintiffs' motion for entry of a preliminary injunction:

| Brief | Deadline | Page Limit |
|---|---|---|
| Plaintiffs' Combined Opening Brief in Support of Preliminary Injunction | July 24, 2024 | 50 pages |
| Defendants' Combined Opposition Brief | August 9, 2024 | 50 pages |
| Plaintiffs' Combined Reply Brief | August 19, 2024 | 35 pages |

Dated: _____     _____
                                    UNITED STATES DISTRICT JUDGE