B. JOHN CASEY, Bar No. 120025
john.casey@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

MATTHEW M. WOLF (*Pro Hac Vice*)
matthew.wolf@arnoldporter.com
ARNOLD & PORTER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.942.5000

MARK A. PERRY (*Pro Hac Vice*)
mark.perry@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000

*Attorneys for Defendant The Kroger Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING, | Case No.: 3:24-cv-00347-AN<br><br>STIPULATION REGARDING COMMENCEMENT OF DISCOVERY |
| Plaintiffs, | |
| v. | |
| THE KROGER COMPANY and ALBERTSONS COMPANIES, INC., | |
| Defendants. | |

Page i – STIPULATION REGARDING COMMENCEMENT OF DISCOVERY

WHEREAS, the parties to the above-captioned proceeding ("the Parties") have not yet conferred pursuant to Federal Rule of Civil Procedure 26(f); and

WHEREAS, the Parties agree that discovery in this matter should commence as of the date of this Stipulation Regarding Commencement of Discovery.

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 26(d)(1), the parties hereby stipulate as follows:

Any party may seek discovery from any source, including but not limited to third parties who have not appeared in this matter, as of March 20, 2024.

STIPULATED this 20th day of March, 2024.

FEDERAL TRADE COMMISSION

*/s/ James H. Weingarten*
JAMES H. WEINGARTEN
jweingarten@ftc.gov
CHARLES DICKINSON
cdickinson@ftc.gov
Bureau of Competition
600 Pennsylvania Avenue NW
Washington, DC  20580
Telephone:  202.326.3570

*Attorneys for Plaintiff Federal Trade Commission*

ARIZONA OFFICE OF THE ATTORNEY GENERAL

*/s/ Robert A. Bernheim*
ROBERT A. BERNHEIM
robert.bernheim@azag.gov
JAYME L. WEBER
jayme.weber@azag.gov
VINNY VENKAT
vinny.venkat@azag.gov

STOEL RIVES LLP

*/s/ B. John Casey*
B. JOHN CASEY, Bar No. 120025
john.casey@stoel.com
RACHEL C. LEE, Bar No. 102944
rachel.lee@stoel.com
JACOB GOLDBERG, Bar No. 162565
jacob.goldberg@stoel.com
Telephone:  503.224.3380

ARNOLD & PORTER LLP

MATTHEW M. WOLF (*Pro Hac Vice*)
matthew.wolf@arnoldporter.com
SONIA K. PFAFFENROTH (*Pro Hac Vice*)
sonia.pfaffenroth@arnoldporter.com
JOSHUA M. DAVIS (*Pro Hac Vice*)
joshua.davis@arnoldporter.com
KOLYA D. GLICK (*Pro Hac Vice*)
kolya.glick@arnoldporter.com
JASON C. EWART (*Pro Hac Vice*)
jason.ewart@arnoldporter.com
MICHAEL E. KIENTZLE (*Pro Hac Vice*)
michael.kientzle@arnoldporter.com
Telephone:  202.942.5000

Page 1 –    STIPULATION REGARDING COMMENCEMENT OF DISCOVERY

CONNOR NOLAN
connor.nolan@azag.gov
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: 602.542.5025

*Attorneys for Plaintiff State of Arizona*

CALIFORNIA DEPARTMENT OF
JUSTICE

/s/ Nicole Gordon
NICOLE GORDON
nicole.gordon@doj.ca.gov
SHIRA HOFFMAN
shira.hoffman@doj.ca.gov
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: 415.510.3458

*Attorneys for Plaintiff State of California*

OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA

/s/ Amanda Hamilton
AMANDA HAMILTON
amanda.hamilton@dc.gov
C. WILLIAM MARGRABE
will.margrabe@dc.gov
400 Sixth Street NW, 10th Floor
Washington, DC 20001
Telephone: 202.727/3400

*Attorneys for Plaintiff District of Columbia*

OFFICE OF THE ILLINOIS ATTORNEY
GENERAL

/s/ Brian M. Yost
BRIAN M. YOST
brian.yost@ilag.gov
PAUL J. HARPER
paul.harper@ilag.gov

JOHN A. HOLLER (*Pro Hac Vice*)
john.holler@arnoldporter.com
250 W 55th Street
New York, NY 10019
Telephone: 212.836.8000

WEIL, GOTSHAL & MANGES LLP

MARK A. PERRY (*Pro Hac Vice*)
mark.perry@weil.com
LUKE SULLIVAN (*Pro Hac Vice*)
luke.sullivan@weil.com
JASON N. KLEINWAKS (*Pro Hac Vice*)
jason.kleinwaks@weil.com
Telephone: 202.682.7000

LUNA N. BARRINGTON (*Pro Hac Vice*)
luna.barrington@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: 212.310.8000

SARAH M. STERNLIEB (*Pro Hac Vice*)
sarah.sternlieb@weil.com
700 Louisiana Street, Suite 3700
Houston, TX 77002
Telephone: 713.546.5000

BAMBO OBARO (*Pro Hac Vice*)
bambo.obaro@weil.com
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: 650.802.3000

*Attorneys for Defendant The Kroger Company*

ANGELI LAW GROUP LLC

/s/ David H. Angeli
DAVID H. ANGELI, Bar No. 020244
david@angelilaw.com
PETER D. HAWKES, Bar No. 071986
peter@angelilaw.com

Page 2 –    STIPULATION REGARDING COMMENCEMENT OF DISCOVERY

ALICE RIECHERS
alice.riechers@ilag.gov
115 S. LaSalle Street
Chicago, IL  60603
Telephone:  872.276.3598

*Attorneys for Plaintiff State of Illinois*

OFFICE OF THE ATTORNEY GENERAL

*/s/ Schonette J. Walker*
SCHONETTE J. WALKER
swalker@oag.state.md.us
GARY HONICK
ghonick@oag.state.md.us
BYRON WARREN
bwarren@oag.state.md.us
200 St. Paul Place, 19th Floor
Baltimore, MD  21202
Telephone:  410.576.6470

*Attorneys for Plaintiff State of Maryland*

OFFICE OF THE NEVADA ATTORNEY
GENERAL

*/s/ Lucas J. Tucker*
LUCAS J. TUCKER
ltucker@ag.nv.gov
SAMANTHA B. FEELEY
sfeeley@ag.nv.gov
100 N. Carson Street
Carson City, NV  89701
Telephone:  775.684.1100

*Attorneys for Plaintiff State of Nevada*

NEW MEXICO DEPARTMENT OF
JUSTICE

*/s/ Julie Ann Meade*
JULIE ANN MEADE
jmeade@nmag.gov

KRISTEN TRANETZKI, Bar No. 115730
kristen@angelilaw.com
121 SW Morrison Street, Suite 400
Portland, OR  97204
Telephone:  503.954.2232

DEBEVOISE & PLIMPTON LLP

EDWARD D. HASSI (*Pro Hac Vice*)
thassi@debevoise.com
801 Pennsylvania Avenue NW
Washington, DC  20004
Telephone:  202.942.5000

MICHAEL SCHAPER (*Pro Hac Vice*)
mschaper@debevoise.com
SHANNON ROSE SELDEN (*Pro Hac Vice*)
srselden@debevoise.com
J. ROBERT ABRAHAM (*Pro Hac Vice*)
jrabraham@debevoise.com
NATASCHA BORN
nborn@debevoise.com
66 Hudson Boulevard
New York, NY  10001
Telephone:  212.909.6000

WILLIAMS & CONNOLLY LLP

ENU A. MAINIGI (*Pro Hac Vice*)
emainigi@wc.com
JONATHAN B. PITT (*Pro Hac Vice*)
jpitt@wc.com
A. JOSHUA PODOLL (*Pro Hac Vice*)
apodoll@wc.com
680 Main Avenue SW
Washington, DC  20024
Telephone:  202.434.5000

Page 3 –    STIPULATION REGARDING COMMENCEMENT OF DISCOVERY

JEFF DAN HERRERA
jherrera@nmag.gov
408 Galisteo Street
Santa Fe, NM  87504
Telephone:  505.717.3500

*Attorneys for Plaintiff State of New Mexico*

OREGON DEPARTMENT OF JUSTICE


*/s/ Cheryl F. Hiemstra*
CHERYL F. HIEMSTRA, Bar No. 113857
cheryl.hiemstra@doj.state.of.us
TIM D. NORD, Bar No. 882800
tim.d.nord@doj.state.or.us
CHRIS KAYSER, Bar No. 984244
cjkayser@lvklaw.com
TANIA MANNERS, Bar No. 140363
tmanners@lvklaw.com
100 SW Market Street
Portland, OR  97201
Telephone:  503.934.4400

*Attorneys for Plaintiff State of Oregon*

OFFICE OF THE WYOMING
ATTORNEY GENERAL


*/s/ William Young*
WILLIAM YOUNG
william.young@wyo.gov
109 State Capitol
Cheyenne, WY  82002
Telephone:  307.777.7847

*Attorneys for Plaintiff State of Wyoming*

DECHERT LLP

JAMES A. FISHKIN (*Pro Hac Vice*)
james.fishkin@dechert.com
MICHAEL COWIE (*Pro Hac Vice*)
mike.cowie@dechert.com
1900 K Street NW
Washington, DC  20006
Telephone:  202.261.3300

*Attorneys for Defendant Albertsons Companies, Inc.*

Page 4 –    STIPULATION REGARDING COMMENCEMENT OF DISCOVERY