**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**PETER D. HAWKES,** OSB No. 071986
peter@angelilaw.com
**KRISTEN TRANETZKI,** OSB No. 115730
kristen@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**ENU A. MAINIGI**, admitted *pro hac vice*
emainigi@wc.com
**JONATHAN B. PITT**, admitted *pro hac vice*
jpitt@wc.com
**A. JOSHUA PODOLL**, admitted *pro hac vice*
apodoll@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000

**EDWARD HASSI**, admitted *pro hac vice*
thassi@debevoise.com
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W.
Washington, DC 20004
Telephone: (202) 383-8000

**MICHAEL SCHAPER**, admitted *pro hac vice*
mschaper@debevoise.com
**SHANNON ROSE SELDEN**, admitted *pro hac vice*
srselden@debevoise.com
**J. ROBERT ABRAHAM**, admitted *pro hac vice*
jrabraham@debevoise.com
**NATASCHA BORN**, admitted *pro hac vice*
nborn@debevoise.com
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000

PAGE 1 – DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER

**JAMES A. FISHKIN**, admitted *pro hac vice*
james.fishkin@dechert.com
**MICHAEL COWIE**, admitted *pro hac vice*
mike.cowie@dechert.com
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 261-3300

*Attorneys for Albertsons Companies, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMISSION, et al.<br>Plaintiffs,<br>v.<br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.<br>Defendants. | Case No. 3:24-cv-00347-AN<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER**<br><br>Pursuant to Fed. R. Civ. P. 26(c) |

**MOTION**

Pursuant to Fed. R. Civ. P. 26(c), Defendant Albertsons Companies, Inc. moves for entry of a Stipulated Protective Order in the form submitted herewith. Defendant The Kroger Company and Plaintiffs have signed the proposed Stipulated Protective Order and do not oppose this motion.

**MEMORANDUM**

One or more of the parties has requested the production of documents or information that at least one party considers to be or to contain confidential information, and that are subject to protection under Federal Rule of Civil Procedure 26(c).

PAGE 2 – DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER

The parties agree that good cause exists to protect the confidential nature of the information contained in documents, interrogatory responses, responses to requests for admission, or deposition testimony. The parties expect to exchange documents and information relating to confidential information, or sensitive or personal commercial information. The parties agree that the entry of the proposed Stipulated Protective Order is warranted to protect against disclosure of such documents and information.

DATED this 26th day of April, 2024.

Respectfully submitted,

ANGELI LAW GROUP LLC

/s Peter D. Hawkes
**ANGELI LAW GROUP LLC**
PETER D. HAWKES, OSB No. 071986
KRISTEN TRANETZKI, OSB No. 115730
DAVID H. ANGELI, OSB No. 020244

**WILLIAMS & CONNOLLY LLP**
ENU A. MAINIGI, admitted *pro hac vice*
JONATHAN B. PITT, admitted *pro hac vice*
A. JOSHUA PODOLL, admitted *pro hac vice*

**DEBEVOISE & PLIMPTON LLP**
EDWARD HASSI, admitted *pro hac vice*
MICHAEL SCHAPER, admitted *pro hac vice*
SHANNON ROSE SELDEN, admitted *pro hac vice*
J. ROBERT ABRAHAM, admitted *pro hac vice*
NATASCHA BORN, admitted *pro hac vice*

**DECHERT LLP**
JAMES A. FISHKIN, admitted *pro hac vice*
MICHAEL COWIE, admitted *pro hac vice*

*Attorneys for Albertsons Companies, Inc.*

PAGE 3 – DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER