B. JOHN CASEY, OSB No. 120025
john.casey@stoel.com
RACHEL C. LEE, OSB No. 102944
rachel.lee@stoel.com
JACOB GOLDBERG, OSB No. 162565
jacob.goldberg@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380

MATTHEW M. WOLF (*Pro Hac Vice*)
matthew.wolf@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC  20001
Telephone:  202.942.5000

*Attorneys for Defendant The Kroger Company*

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING,<br><br>    Plaintiffs,<br><br> v.<br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.,<br><br>    Defendants. | Case No.:  3:24-cv-00347-AN<br><br>DECLARATION OF LUNA N. BARRINGTON IN SUPPORT OF DEFENDANTS THE KROGER COMPANY'S AND ALBERTSONS COMPANIES, INC.'S MOTION TO COMPEL |

Page i –   DECLARATION OF LUNA N. BARRINGTON IN SUPPORT OF DEFENDANTS THE KROGER COMPANY'S AND ALBERTSONS COMPANIES, INC.'S MOTION TO COMPEL

I, Luna N. Barrington, declare as follows:

1. I am an attorney at the law firm of Weil, Gotshal & Manges LLP. I am over the age of 18 and counsel of record for Defendant The Kroger Company in the above-captioned proceeding. I make this declaration based on personal knowledge. I make this declaration in support of Defendants The Kroger Company's and Albertsons Companies, Inc.'s Motion to Compel.

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendants' First Set of Interrogatories to Plaintiffs, served on Plaintiffs in the above-captioned proceeding on April 26, 2024.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Plaintiffs' Objections and Responses to Defendants' First Set of Interrogatories, served on Defendants in the above-captioned proceeding on May 10, 2024.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of a hearing that occurred on May 13, 2024, in the proceeding captioned *FTC v. Tapestry Inc.*, Case No. 24-cv-3109 in the Southern District of New York, ordered and received from Southern District Court Reporters, P.C.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of May, 2024, in New York, New York.

*s/ Luna N. Barrington*
Luna N. Barrington (*Pro Hac Vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
Telephone: 212.310.8000
luna.barrington@weil.com

Page 1 –   DECLARATION OF LUNA N. BARRINGTON IN SUPPORT OF DEFENDANTS THE KROGER COMPANY'S AND ALBERTSONS COMPANIES, INC.'S MOTION TO COMPEL