CHERYL F. HIEMSTRA #133857
TIM D. NORD #882800
CHRISTOPHER J. KAYSER #984244
TANIA MANNERS #140363
Assistant Attorney General
Special Counsel
Special Assistants Attorney General
Oregon Department of Justice
1162 Court St NE
Salem, OR 97301
Telephone: (503) 934-4400
Facsimile: (503) 378-5017
Emails: cheryl.hiemstra@doj.state.or.us
tim.d.nord@doj.state.or.us
cjkayser@lvklaw.com
tmanners@lvklaw.com

*Attorneys for State of Oregon*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING, <br><br> Plaintiffs, <br><br> v. <br><br> THE KROGER COMPANY and ALBERTSONS COMPANIES, INC., <br><br> Defendants. | Case No. 3:24-cv-00347-AN <br><br> **MOTION FOR A TWO-DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' JOINT MOTION TO COMPEL** |

Page 1     **MOTION FOR A TWO-DAY EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' JOINT MOTION TO
COMPEL**

**LR 7-1 CERTIFICATION**

Counsel for Plaintiffs has conferred with counsel for Defendants concerning this motion for a two-day extension of time for filing a response to the Defendants' Joint Motion to Compel (ECF 134) filed last night. The Defendants agreed to a one-day extension which would give plaintiffs until this Wednesday May 23, 2024 to file their opposition, but Defendants would not agree to a two-day extension.

**MOTION**

On Sunday May 19, 2024 at 7:00 pm, Defendants jointly filed a motion to compel responses to interrogatory requests seeking Plaintiffs' analysis and opinions concerning what Plaintiffs contend are the relevant market, market competitors, and market shares for evaluating whether their merger may substantially lessen competition in violation of Section 7 of the Clayton Act.  Under the Case Management and Scheduling Order, parties are required to respond to a motion to compel no later than two calendar days after the motion was filed which, in this case, would be tomorrow.  (ECF 88 at 9 ¶ 17).   Plaintiffs now seek to extend the deadline for responding to the Joint Motion to Compel from May 21, 2024 until Thursday May 23, 2024.

Plaintiffs need the two-day extension to provide a thorough and comprehensive response to the Defendants 12-page brief.  Plaintiffs continue to work diligently on an expedited schedule to meet the deadlines set forth in the Case Management and Scheduling Order. The case is currently proceeding on an exceptionally fast track with numerous depositions scheduled and taking place on a daily basis. There have been well-over 100 subpoenas issued to third-parties. The two-day extension would give Plaintiffs a total of four days to respond to the motion which is still 10-days fewer than what they would otherwise have under LR 7(e).  The two-day

Page 2     **MOTION FOR A TWO-DAY EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' JOINT MOTION TO
COMPEL**

Department of Justice
1162 Court St NE
Salem, OR 97301
(503) 934-4400/ Fax: (503) 378-5017

extension to respond to the Motion to Compel will have no impact on any other existing

deadlines, settings or schedules.  The undersigned counsel certifies that this motion is not made

for the purpose of delay or harassment.

For these reasons, Plaintiffs respectfully request that their deadline for responding to the

Defendants' Joint Motion to Compel be extended until this Thursday, May 23, 2024.


Dated: May 20, 2024

                                        ELLEN ROSENBLUM
                                        Attorney General


                                         /s/Christopher J. Kayser
                                        CHRISTOPHER J. KAYSER
                                        Special Assistant Attorney General
                                        OSB#984244

                                        CHERYL F. HIEMSTRA
                                        Assistant Attorney General
                                        OSB#133857

                                        TIM D. NORD
                                        Special Counsel
                                        OSB#882800

                                        TANIA MANNERS
                                        Special Assistant Attorney General
                                        OSB#140363

                                        Oregon Department of Justice
                                        1162 Court St NE
                                        Salem, OR 97301
                                        Tel: (503) 934-4400
                                        Facsimile: (503) 378-5017
                                        Email:Cheryl.Hiemstra@doj.state.or.us
                                        tim.d.nord@doj.state.or.us
                                         cjkayser@lvklaw.com
                                         tmanners@lvklaw.com

                                        *Attorneys for Plaintiff State of Oregon*


**MOTION FOR A TWO-DAY EXTENSION OF TIME TO
                 RESPOND TO DEFENDANTS' JOINT MOTION TO
                 COMPEL**

FOR PLAINTIFF FEDERAL
TRADE COMMISSION:

/s/ James H. Weingarten
James H. Weingarten, DC Bar # 985070
Charles Dickinson, DC Bar # 997153
Barrett Anderson, CA Bar # 318539
Elizabeth Arens, DC Bar # 982662
Jeanine Balbach, MD Bar
Emily Blackburn, DC Bar # 1032506
Katherine Drummonds, DC Bar # 1044289
Paul Frangie, DC Bar # 474225
Laura Hall, NY Bar # 4337408
Jacob Hamburger, DC Bar # 1025538
Lily Hough, CA Bar # 315277
Janet Kim, DC Bar # 489075
Kenneth A. Libby, NY Bar # 2035129
Eric Olson, DC Bar # 1708530
Rohan Pai, DC Bar # 1015652
Harris Rothman, NY Bar # 5780283
Joshua Smith, MD Bar
Albert Teng, DC Bar # 1021115

Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3570
Email: jweingarten@ftc.gov
cdickinson@ftc.gov

*Attorneys for Plaintiff Federal Trade
Commission*

**MOTION FOR A TWO-DAY EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' JOINT MOTION TO
COMPEL**

Department of Justice
1162 Court St NE
Salem, OR 97301
(503) 934-4400/ Fax: (503) 378-5017

FOR PLAINTIFF STATE OF ARIZONA:

KRISTIN K. MAYES
Attorney General

/s/ Robert A. Bernheim
ROBERT A. BERNHEIM
Unit Chief Counsel
AZ Bar No. 024664

JAYME L. WEBER
Senior Litigation Counsel
AZ Bar No. 032608

VINNY VENKAT
Assistant Attorney General
AZ Bar No. 038587

CONNOR NOLAN
Assistant Attorney General
AZ Bar No. 038088

Arizona Office of the Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
Tel: (602) 542-5025
Email: Robert.Bernheim@azag.gov
Jayme.Weber@azag.gov
Vinny.Venkat@azag.gov
Connor.Nolan@azag.gov

*Attorneys for Plaintiff State of Arizona*

**MOTION FOR A TWO-DAY EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' JOINT MOTION TO
COMPEL**

FOR PLAINTIFF STATE OF CALIFORNIA:

ROB BONTA
Attorney General of California

PAULA L. BLIZZARD
Senior Assistant Attorney General

NATALIE MANZO
Supervising Deputy Attorney General

/s/ Nicole Gordon
NICOLE GORDON
Deputy Attorney General
CA Bar No. 224138

SHIRA HOFFMAN
Deputy Attorneys General
CA Bar No. 337659

State of California
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Tel: (415) 510-3458
Facsimile: (415) 703-5480
E-mail: Nicole.Gordon@doj.ca.gov
Shira.Hoffman@doj.ca.gov

*Attorneys for Plaintiff State of California*

Page 6    **MOTION FOR A TWO-DAY EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' JOINT MOTION TO
COMPEL**

FOR PLAINTIFF DISTRICT OF COLUMBIA:

BRIAN SCHWALB
Attorney General

/s/ Adam Gitlin
ADAM GITLIN
Chief, Antitrust and Nonprofit
Enforcement Section
DC Bar No. 90004308

AMANDA HAMILTON
Assistant Attorney General
DC Bar No. 499646

C. WILLIAM MARGRABE
Assistant Attorney General
DC Bar No. 90013916

Office of the Attorney General for the
District of Columbia
400 6th Street, N.W, 10th Floor
Washington, D.C. 20001
Tel: (202) 727-3400
Email: Adam. Gitlin@dc.gov
Amanda.Hamilton@dc.gov
Will.Margrabe@dc.gov

*Attorneys for Plaintiff District of Columbia*

Page 7     **MOTION FOR A TWO-DAY EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' JOINT MOTION TO
COMPEL**

FOR PLAINTIFF STATE OF ILLINOIS:

KWAME RAOUL
Attorney General

/s/ Brian M. Yost
BRIAN M. YOST
Assistant Attorney General
IL Bar No. 6334138

PAUL J. HARPER
Assistant Attorney General
IL Bar No. 6335001

ALICE RIECHERS
Assistant Attorney General
IL Bar No. 6272933

Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
Tel: (872) 276-3598
Email: Brian.Yost@ilag.gov
Paul.Harper@ilag.gov
Alice.Riechers@ilag.gov

*Attorneys for Plaintiff State of Illinois*

**MOTION FOR A TWO-DAY EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' JOINT MOTION TO
COMPEL**

Department of Justice
1162 Court St NE
Salem, OR 97301
(503) 934-4400/ Fax: (503) 378-5017

FOR PLAINTIFF STATE OF MARYLAND:

ANTHONY G. BROWN
Attorney General

/s/ Schonette J. Walker
SCHONETTE J. WALKER
Assistant Attorney General and
Chief of the Antitrust Division
MD Bar No. 0512290008

GARY HONICK
Assistant Attorney General and
Deputy Chief of the Antitrust Division
MD Bar No. 7806010078

BYRON WARREN
Assistant Attorney General
MD Bar No. 1612140330

Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Tel: (410) 576-6470
Email: swalker@oag.state.md.us
ghonick@oag.state.md.us
bwarren@oag.state.md.us

*Attorneys for Plaintiff State of Maryland*

Page 9     **MOTION FOR A TWO-DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' JOINT MOTION TO COMPEL**

FOR PLAINTIFF STATE OF NEVADA:

AARON D. FORD, Attorney General
ERNEST D. FIGUEROA
Consumer Advocate

/s/ Lucas J. Tucker
LUCAS J. TUCKER
Senior Deputy Attorney General
NV Bar No. 10252

SAMANTHA B. FEELEY
Deputy Attorney General
NV Bar No. 14034

Office of the Nevada Attorney General
100 N. Carson St.
Carson City, Nevada 89701
Tel: (775) 684-1100
Email: ltucker@ag.nv.gov
sfeeley@ag.nv.gov

*Attorneys for Plaintiff State of Nevada*

**MOTION FOR A TWO-DAY EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' JOINT MOTION TO
COMPEL**

FOR PLAINTIFF STATE OF NEW MEXICO:

RAÚL TORREZ
Attorney General

/s/ Julie Ann Meade
JULIE ANN MEADE
Deputy Attorney General
NM Bar No. 8143

JEFF DAN HERRERA
Assistant Attorney General
NM Bar No. 154030

New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87504
Tel: (505) 717-3500
Email: jmeade@nmag.gov
jherrera@nmag.gov

*Attorneys for Plaintiff State of New Mexico*

Page 11    **MOTION FOR A TWO-DAY EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' JOINT MOTION TO
COMPEL**

FOR PLAINTIFF STATE OF WYOMING:

BRIDGET HILL
Attorney General

/s/ William Young
WILLIAM YOUNG
Assistant Attorney General
WY Bar No. 8-6746

Office of the Wyoming Attorney General
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-7847
Email: William.Young@wyo.gov

*Attorneys for Plaintiff State of Wyoming*

**MOTION FOR A TWO-DAY EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' JOINT MOTION TO
COMPEL**

Department of Justice
1162 Court St NE
Salem, OR 97301
(503) 934-4400/ Fax: (503) 378-5017