# Ex. A

UNDER SEAL - REDACTED IN ENTIRETY