# Ex. C

B. JOHN CASEY, Bar No. 120025
john.casey@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

MATTHEW M. WOLF (*Pro Hac Vice*)
matthew.wolf@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.942.5000

MARK A. PERRY (*Pro Hac Vice*)
mark.perry@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000

*Attorneys for Defendant The Kroger Company*

DAVID H. ANGELI, Bar No. 020244
david@angelilaw.com
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: 503.954.2232

ENU A. MAINIGI (*Pro Hac Vice*)
emainigi@wc.com
680 Maine Avenue SW
Washington, DC 20024
Telephone: 202.434.5000

*Attorneys for Defendant Albertsons Companies, Inc.*

Page i –   DEFENDANTS' EXPERT WITNESS LIST

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.,<br><br>　　　　　Defendants. | Case No.: 3:24-cv-00347-AN<br><br>DEFENDANTS' EXPERT WITNESS LIST |

Defendants The Kroger Company ("Kroger") and Albertsons Companies, Inc. ("Albertsons") provide this expert witness list in accordance with the Case Management and Scheduling Order (Dkt. No. 88) (the "CMSO"). Defendants reserve the right to modify this list. Defendants also reserve the right to call any of these experts or any other expert for rebuttal testimony; and not to call at the hearing any of these experts, as circumstances may warrant.

| Name | Subject Matter |
| --- | --- |
| Mark Israel | Antitrust economics |
| Rajiv Gokhale | Efficiencies of the proposed transaction |
| Dan Galante | Divestiture analysis |
| Justin McCrary | Labor economics |
| Roger King | Labor relations |
| Herbert J. Kleinberger | Retail grocery industry |

DATED: May 10, 2024

STOEL RIVES LLP

/s/ B. John Casey
B. JOHN CASEY, Bar No. 120025
john.casey@stoel.com
RACHEL C. LEE, Bar No. 102944
rachel.lee@stoel.com
JACOB GOLDBERG, Bar No. 162565
jacob.goldberg@stoel.com
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

ARNOLD & PORTER KAYE SCHOLER LLP

MATTHEW M. WOLF (*Pro Hac Vice*)
matthew.wolf@arnoldporter.com
SONIA K. PFAFFENROTH (*Pro Hac Vice*)
sonia.pfaffenroth@arnoldporter.com
JOSHUA M. DAVIS (*Pro Hac Vice*)
joshua.davis@arnoldporter.com
KOLYA D. GLICK (*Pro Hac Vice*)
kolya.glick@arnoldporter.com

Page 1 –   DEFENDANTS' EXPERT WITNESS LIST

JASON C. EWART (*Pro Hac Vice*)
jason.ewart@arnoldporter.com
MICHAEL E. KIENTZLE (*Pro Hac Vice*)
michael.kientzle@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.942.5000

JOHN A. HOLLER (*Pro Hac Vice*)
john.holler@arnoldporter.com
250 W 55th Street
New York, NY 10019
Telephone: 212.836.8000

WEIL, GOTSHAL & MANGES LLP

MARK A. PERRY (*Pro Hac Vice*)
mark.perry@weil.com
LUKE SULLIVAN (*Pro Hac Vice*)
luke.sullivan@weil.com
JASON N. KLEINWAKS (*Pro Hac Vice*)
jason.kleinwaks@weil.com
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000

LUNA N. BARRINGTON (*Pro Hac Vice*)
luna.barrington@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: 212.310.8000

SARAH M. STERNLIEB (*Pro Hac Vice*)
sarah.sternlieb@weil.com
700 Louisiana Street, Suite 3700
Houston, TX 77002
Telephone: 713.546.5000

BAMBO OBARO (*Pro Hac Vice*)
bambo.obaro@weil.com
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: 650.802.3000

*Attorneys for Defendant The Kroger Company*

ANGELI LAW GROUP LLC

<u>/s/ Kristen Tranetzki</u>
KRISTEN TRANETZKI, Bar No. 115730
kristen@angelilaw.com
DAVID H. ANGELI, Bar No. 020244
david@angelilaw.com
PETER D. HAWKES, Bar No. 071986
peter@angelilaw.com
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: 503.954.2232

WILLIAMS & CONNOLLY LLP

ENU A. MAINIGI (*Pro Hac Vice*)
emainigi@wc.com
JONATHAN B. PITT (*Pro Hac Vice*)
jpitt@wc.com
A. JOSHUA PODOLL (*Pro Hac Vice*)
apodoll@wc.com
680 Maine Avenue SW
Washington, DC 20024
Telephone: 202.434.5000

DEBEVOISE & PLIMPTON LLP

EDWARD D. HASSI (*Pro Hac Vice*)
thassi@debevoise.com
801 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.942.5000

MICHAEL SCHAPER (*Pro Hac Vice*)
mschaper@debevoise.com
SHANNON ROSE SELDEN (*Pro Hac Vice*)
srselden@debevoise.com
J. ROBERT ABRAHAM (*Pro Hac Vice*)
jrabraham@debevoise.com
NATASCHA BORN (*Pro Hac Vice*)
nborn@debevoise.com
66 Hudson Boulevard
New York, NY 10001
Telephone: 212.909.6000

Page 3 –   DEFENDANTS' EXPERT WITNESS LIST

DECHERT LLP

JAMES A. FISHKIN (*Pro Hac Vice*)
james.fishkin@dechert.com
MICHAEL COWIE (*Pro Hac Vice*)
mike.cowie@dechert.com
1900 K Street NW
Washington, DC 20006
Telephone: 202.261.3300

*Attorneys for Defendant Albertsons Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANTS' EXPERT WITNESS LIST** on the following named person(s) on the date indicated below, by email, to said person(s) a true copy thereof, contained in a sealed envelope if by mail, addressed to said person(s) at his or her last known address(es) indicated below.

*Please see attached Service List.*

DATED: May 10, 2024                    STOEL RIVES LLP

/s/ B. John Casey
B. JOHN CASEY, Bar No. 120025
john.casey@stoel.com
RACHEL C. LEE, Bar No. 102944
rachel.lee@stoel.com
JACOB GOLDBERG, Bar No. 162565
jacob.goldberg@stoel.com
Telephone: 503.224.3380

*Attorneys for Defendant The Kroger Company*

Page 0   -   CERTIFICATE OF SERVICE

Service List

James Harris Weingarten
Federal Trade Commission
400 7th Street SW
Washington, DC 20024
Email: jweingarten@ftc.gov

Albert Teng
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Email: ateng@ftc.gov

Charles E Dickinson
Federal Trade Commission
Bureau of Competition
400 7th Street SW
Washington, DC 20024
Email: cdickinson@ftc.gov

Elizabeth Arens
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Email: earens@ftc.gov

Emily Blackburn
Federal Trade Commission
400 7th Street SW
Washington, DC 20024
Email: eblackburn@ftc.gov

Eric J. Olson
Federal Trade Commission
400 7th Street SW
Washington, DC 20024
Email: eolson@ftc.gov

Harris S Rothman
Federal Trade Commission
Bureau of Competition, Mergers IV Division
600 Pennsylvania Avenue NW
Washington, DC 20580
Email: hrothman@ftc.gov

Jacob Hamburger
Federal Trade Commission
400 7th Street SW
Washington, DC 20024
Email: jhamburger1@ftc.gov

Janet Kim
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Email: jkim3@ftc.gov

Joshua Smith
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Email: jsmith3@ftc.gov

Katherine Bies
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Email: kbies@ftc.gov

Katherine Drummonds
Federal Trade Commission
600 Pennsylvania Avenue
Washington, DC 20580
Email: kdrummonds@ftc.gov

| | |
|---|---|
| Kenneth Alan Libby<br>Federal Trade Commission<br>Bureau of Competition<br>600 Pennsylvania Avenue NW, Ste Cc-8404<br>Washington, DC 20580<br>Email: klibby@ftc.gov | Laura Hall<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>Email: lhall1@ftc.gov |
| Lily E. Hough<br>Federal Trade Commission<br>600 Pennsylvania Ave NW<br>Washington, DC 20580<br>Email: lhough@ftc.gov | Paul Frangie<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>Email: pfrangie@ftc.gov |
| Rohan Pai<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>Email: rpai@ftc.gov | Jeanine Balback<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>Email: jbalbach@ftc.gov |

Attorneys for Plaintiff Federal Trade Commission

| | |
|---|---|
| Connor Nolan<br>Arizona Attorney General<br>Antitrust and Privacy Unit<br>2005 N Central Avenue<br>Phoenix, AZ 85004<br>Email: connor.nolan@azag.gov | Jayme L. Weber<br>Office of the Arizona Attorney General<br>400 W Congress Street, Ste. S-215<br>Tucson, AZ 85701<br>Email: jayme.weber@azag.gov |
| Robert Bernheim<br>Office of The Attorney General,<br>Consumer Protection & Advocacy Section<br>400 W Congress, Suite S-215<br>Tucson, AZ 85701<br>Email: robert.bernheim@azag.gov | Saivignesh Venkat<br>Arizona Attorney General's Office<br>2005 N Central Avenue<br>Phoenix, AZ 85004<br>Email: vinny.venkat@azag.gov |

Attorneys for Plaintiff State of Arizona

| | |
|---|---|
| Nicole Gordon<br>Office of the California Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>Email: nicole.gordon@doj.ca.gov | Shira Hoffman<br>Office of The Attorney General<br>California Department of Justice<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Email: shira.hoffman@doj.ca.gov |

Page 2   -   CERTIFICATE OF SERVICE

Attorneys for Plaintiff State of California

Amanda Hamilton
Office of Attorney General for the
   District of Columbia
Antitrust and Nonprofit Enforcement Section
400 6th Street NW
Washington, DC 20001
Email: amanda.hamilton@dc.gov

C. William Margrabe
Office of the Attorney General for the
   District of Columbia
400 6th Street NW, 10th Floor
Washington, DC 20001
Email: will.margrabe@dc.gov

Attorneys for Plaintiff District of Columbia

Alice Riechers
Office of the Illinois Attorney General
115 S LaSalle Street
Chicago, IL 60603
Email: alice.riechers@ilag.gov

Paul Harper
Illinois Attorney General's Office
115 S. LaSalle Street
Chicago, IL 60603
Email: paul.harper@ilag.gov

Brian Matthew Yost
Illinois Attorney General's Office
115 S LaSalle Street
Chicago, IL 60603
Email: brian.yost@ilag.gov

Attorneys for Plaintiff State of Illinois

Gary Honick
Office of the Attorney General
State of Maryland
Antitrust
200 St. Paul Place
Baltimore, MD 21202
Email: ghonick@oag.state.md.us

Schonette Walker
Office of the Attorney General
State of Maryland
200 St. Paul Place
Baltimore, MD 21202
Email: swalker@oag.state.md.us

Byron Warren
Office of the Attorney General
State of Maryland
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Email: bwarren@oag.state.md.us

Attorneys for Plaintiff State of Maryland

Page 3   -   CERTIFICATE OF SERVICE

| | |
|---|---|
| Lucas J Tucker<br>Nevada Attorney General's Office<br>Bureau of Consumer Protection<br>8945 W. Russell Road, Suite 204<br>Las Vegas, NV 89148<br>Email: ltucker@ag.nv.gov | Samantha Bilbao Feeley<br>Office of the Attorney General - Nevada<br>Bureau of Consumer Protection<br>8945 W. Russell Road, Suite 204<br>Las Vegas, NV 89148<br>Email: sfeeley@ag.nv.gov |

Attorneys for Plaintiff State of Nevada

| | |
|---|---|
| Jeff Dan Herrera<br>New Mexico Department of Justice<br>408 Galisteo Street<br>Santa Fe, NM 87501<br>Email: jherrera@nmag.gov | Julie Ann Meade<br>New Mexico Department of Justice<br>408 Galisteo Street<br>Santa Fe, NM 87501<br>Email: jmeade@nmag.gov |

Attorneys for Plaintiff State of New Mexico

| | |
|---|---|
| Cheryl Hiemstra<br>Oregon Department of Justice<br>Civil Enforcement Division<br>1162 Court Street NE<br>Salem, OR 97301<br>Email: cheryl.hiemstra@doj.state.or.us | Tim D. Nord<br>Oregon Department of Justice<br>Civil Enforcement<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>Email: tim.d.nord@doj.state.or.us |
| Christopher J. Kayser<br>Larkins Vacura Kayser LLP<br>121 SW Morrison Street, Suite 700<br>Portland, OR 97204<br>Email: cjkayser@lvklaw.com | Tania Manners<br>Larkins Vacura Kayser LLP<br>121 SW Morrison Street, Suite 700<br>Portland, OR 97204<br>Email: tmanners@lvklaw.com |

Attorneys for Plaintiff State of Oregon

William Talley Young
109 State Capitol
Cheyenne, WY 82002
Email: william.young@wyo.gov

Attorney for Plaintiff State of Wyoming

Page 4   -   CERTIFICATE OF SERVICE