AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| Federal Trade Commission et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-cv-00347 |
| The Kroger Co. and Albertsons Companies Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of New Mexico.

Date: 06/03/2024

/s/ Julie Sakura
*Attorney's signature*

Julie Sakura (NM Bar No. 19253)
*Printed name and bar number*

408 Galisteo St.
Santa Fe, NM 87501

*Address*

JSakura@nmdoj.gov
*E-mail address*

(505) 859-8074
*Telephone number*

(505) 490-4883
*FAX number*