AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| Federal Trade Commission, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-cv-00347-AN |
| The Kroger Company, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FEDERAL TRADE COMMISSION.

Date: 06/04/2024

s/ Maia Perez
*Attorney's signature*

Maia Perez (Massachusetts - 672328)
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
*Address*

mperez@ftc.gov
*E-mail address*

(202) 322-8971
*Telephone number*

(202) 326-2286
*FAX number*