Nicole Gordon, California Bar # 224138
Brian Wang, California Bar # 284490
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
Tel: (415) 703-5702
nicole.gordon@doj.ca.gov; brian.wang@doj.ca.gov<mailto:cdickinson@ftc.gov>

Attorneys for Plaintiff State of California

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING, <br><br> Plaintiffs, <br><br> v. <br><br> THE KROGER COMPANY and ALBERTSONS COMPANIES, INC., <br><br> Defendants. | Case No.: 3:24-cv-00347 <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that Shira Hoffman hereby withdraws as attorney of record for counsel for Plaintiff State of California in the above-captioned matter.

NOTICE OF WITHDRAWAL
OF APPEARANCE                                1

Dated:  June 24, 2024                               Respectfully submitted,

/s/ Shira Hoffman
Shira Hoffman (California Bar # 337659)
Office of the Attorney General
California Department of Justice
300 S. Spring Street, Suite 1702
Los Angeles, CA 90032
Telephone: (213) 269-6000
Email: shira.hoffman@doj.ca.gov

*Counsel for Plaintiff State of California*

NOTICE OF WITHDRAWAL
OF APPEARANCE                                       2