| | |
|---|---|
| **From:** | Kristen Tranetzki |
| **Sent:** | Tuesday, June 25, 2024 11:50 AM |
| **To:** | Faris A. Rashid |
| **Cc:** | Peter Hawkes; EXT Tyler Infinger; Podoll, A. Joshua; Elizabeth Foster; Pitt, Jonathan; EXT Wilson.Mudge@arnoldporter.com; EXT Allison.Gardner@arnoldporter.com |
| **Subject:** | Court Order to Respond |
| **Attachments:** | Activity in Case 3:24-cv-00347-AN Federal Trade Commission et al v. Kroger Company et al (FILED UNDER SEAL); 240624 - 177. Def's MTC Target.pdf; 240624 - 178. KLT Decl ISO Def's MTC Target.pdf |

Hi Faris,

Please find attached a copy of the court order from today, as well as service copies of the Motion to Compel and supporting Declaration and Exhibits. I've also pasted the docket language below:

**Docket Text:**
**(ENTRY RESTRICTED ACCORDING TO PROTECTIVE ORDER) ORDER:** Any response by third party Target Corporation to the Motion to Compel, ECF [177], must be filed by June 27, 2024. Defendant Albertsons Companies, Inc., is directed to serve a copy of this order, the Motion to Compel, ECF [177], and the Declaration of Kristen Tranetzki, ECF [178], on Target Corporation via email and file proof of service on the docket forthwith. Ordered by Judge Adrienne Nelson. (joha)

Best,
Kristen

**Kristen Tranetzki** | Principal
**Angeli Law Group LLC**
121 SW Morrison Street, Suite 400 | Portland, OR 97204

T (503) 954-3465 | Bio | Web | Vcard

1