DAVID H. ANGELI, OSB No. 020244
david@angelilaw.com
PETER D. HAWKES, OSB No. 071986
peter@angelilaw.com
KRISTEN TRANETZKI, OSB No. 115730
kristen@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

ENU A. MAINIGI (*Pro Hac Vice*)
emainigi@wc.com
JONATHAN B. PITT (*Pro Hac Vice*)
jpitt@wc.com
A. JOSHUA PODOLL (*Pro Hac Vice*)
apodoll@wc.com
680 Maine Avenue SW
Washington, DC 20024
Telephone: 202.434.5000

EDWARD D. HASSI (*Pro Hac Vice*)
thassi@debevoise.com
801 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.942.5000

MICHAEL SCHAPER (*Pro Hac Vice*)
mschaper@debevoise.com
SHANNON ROSE SELDEN (*Pro Hac Vice*)
srselden@debevoise.com
J. ROBERT ABRAHAM (*Pro Hac Vice*)
jrabraham@debevoise.com
NATASCHA BORN (*Pro Hac Vice*)
nborn@debevoise.com
66 Hudson Boulevard
New York, NY 10001
Telephone: 212.909.6000

*Attorneys for Defendant Albertsons Companies, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMISSION, et al.<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.<br><br>Defendants. | Case No. 3:24-cv-00347-AN<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that I served the **COURT ORDER DATED JUNE 26, 2024 (ECF NO. 181)** on the following named person on the date indicated below, by email, to said person a true copy thereof. Email proof of service attached.

Faris A. Rashid
Green Espel PLLP
222 S 9th St, Suite 2200
Minneapolis, MN 55402
FRashid@greeneespel.com
*Counsel for Target Corporation*

DATED: June 26, 2024

Submitted by:

/s Kristen Tranetzki
**ANGELI LAW GROUP LLC**
KRISTEN TRANETZKI, OSB No. 115730
PETER D. HAWKES, OSB No. 071986
DAVID H. ANGELI, OSB No. 020244

*Attorneys for Albertsons Companies, Inc.*

1 – CERTIFICATE OF SERVICE

| | |
|---|---|
| **From:** | Kristen Tranetzki |
| **Sent:** | Wednesday, June 26, 2024 2:31 PM |
| **To:** | Faris A. Rashid |
| **Cc:** | Peter Hawkes; EXT Tyler Infinger; Podoll, A. Joshua; Pitt, Jonathan; EXT Wilson.Mudge@arnoldporter.com; EXT Allison.Gardner@arnoldporter.com; Elizabeth Foster |
| **Subject:** | Court Order on Response |
| **Attachments:** | Activity in Case 3:24-cv-00347-AN Federal Trade Commission et al v. Kroger Company et al (FILED UNDER SEAL) |

Hi Faris,

Please find attached a copy of the court order from today. I've pasted the relevant docket language below as well:

**Docket Text:**
**(ENTRY RESTRICTED ACCORDING TO PROTECTIVE ORDER) ORDER:** Any response by third p[arty to Motion to] Compel, ECF [177], should be submitted via email to Nelson_CRD@ord.uscourts.gov. The respons[e will be filed] for docketing when it is received. Defendant Albertsons Companies, Inc., is directed to serve a copy [of this order via] email and file proof of service on the docket forthwith. Ordered by Judge Adrienne Nelson. (gw)

Best,
Kristen

**Kristen Tranetzki** | Principal
**Angeli Law Group LLC**
121 SW Morrison Street, Suite 400 | Portland, OR 97204
T (503) 954-3465 | Bio | Web | Vcard

1