DAVID H. ANGELI, OSB No. 020244
david@angelilaw.com
PETER D. HAWKES, OSB No. 071986
peter@angelilaw.com
KRISTEN TRANETZKI, OSB No. 115730
kristen@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

ENU A. MAINIGI (*Pro Hac Vice*)
emainigi@wc.com
JONATHAN B. PITT (*Pro Hac Vice*)
jpitt@wc.com
A. JOSHUA PODOLL (*Pro Hac Vice*)
apodoll@wc.com
680 Maine Avenue SW
Washington, DC 20024
Telephone: 202.434.5000

EDWARD D. HASSI (*Pro Hac Vice*)
thassi@debevoise.com
801 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.942.5000

MICHAEL SCHAPER (*Pro Hac Vice*)
mschaper@debevoise.com
SHANNON ROSE SELDEN (*Pro Hac Vice*)
srselden@debevoise.com
J. ROBERT ABRAHAM (*Pro Hac Vice*)
jrabraham@debevoise.com
NATASCHA BORN (*Pro Hac Vice*)
nborn@debevoise.com
66 Hudson Boulevard
New York, NY 10001
Telephone: 212.909.6000

*Attorneys for Defendant Albertsons Companies, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMISSION, et al.<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.<br><br>Defendants. | Case No. 3:24-cv-00347-AN<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that I served the **COURT ORDER DATED JUNE 26, 2024 (ECF NO. 184)** on the following named person on the date indicated below, by email, to said person a true copy thereof. Email proof of service attached.

Faris A. Rashid
Green Espel PLLP
222 S 9th St, Suite 2200
Minneapolis, MN 55402
FRashid@greeneespel.com
*Counsel for Target Corporation*

DATED: June 26, 2024

Submitted by:

/s Kristen Tranetzki
**ANGELI LAW GROUP LLC**
KRISTEN TRANETZKI, OSB No. 115730
PETER D. HAWKES, OSB No. 071986
DAVID H. ANGELI, OSB No. 020244

*Attorneys for Albertsons Companies, Inc.*

**Elizabeth Foster**

| | |
|---|---|
| **From:** | Kristen Tranetzki |
| **Sent:** | Wednesday, June 26, 2024 4:44 PM |
| **To:** | Faris A. Rashid |
| **Cc:** | Peter Hawkes; EXT Tyler Infinger; Podoll, A. Joshua; Pitt, Jonathan; EXT Wilson.Mudge@arnoldporter.com; EXT Allison.Gardner@arnoldporter.com; Elizabeth Foster |
| **Subject:** | Court Order on Extension |
| **Attachments:** | RE: No. 24-cv-00347 Federal Trade Commission, et al. v. The Kroger Co., et al. – Non-Party Target Corporation Response to Defendant's Motion to Compel (ECF 177) |

Hi Faris,

Please find attached a copy of the court order from today. I've pasted the relevant docket language below as well:

**Document Number:** 184(No document attached)

**Docket Text:**
**(ENTRY RESTRICTED ACCORDING TO PROTECTIVE ORDER) ORDER:** Granting third-party Target Corporation's request (via email dated June 26, 2024) for an extension of time to respond to Albertsons Companies' Motion to Compel Target Corporation to Comply with Subpoena (ECF No. [177]). The request is granted to allow Target Corporation to obtain local counsel and apply for pro hac vice admission to this court. Target Corporation's response is due June 28, 2024. Defendant Albertsons Companies, Inc., is directed to serve a copy of this order on Target Corporation via email and file proof of service on the docket forthwith. Ordered by Judge Adrienne Nelson. (gw)

Best,
Kristen

**Kristen Tranetzki** | Principal
**Angeli Law Group LLC**
121 SW Morrison Street, Suite 400 | Portland, OR 97204
T (503) 954-3465 | Bio | Web | Vcard

1