UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF ARIZONA,<br>STATE OF CALIFORNIA,<br>DISTRICT OF COLUMBIA,<br>STATE OF ILLINOIS,<br>STATE OF MARYLAND,<br>STATE OF NEVADA,<br>STATE OF NEW MEXICO,<br>STATE OF OREGON, and<br>STATE OF WYOMING,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER COMPANY and<br>ALBERTSONS COMPANIES, INC.,<br><br>Defendants. | Case No.: 3:24-cv-00347-AN<br><br>ORDER GRANTING<br>JOINT MOTION FOR EXTENSION |

Upon consideration of the parties' Joint Motion for Extension of Time, it is hereby

ORDERED that the Motion is GRANTED;

FURTHER ORDERED that the Case Management and Scheduling Order be modified to set Plaintiffs' memorandum of law in support of its preliminary injunction as due on July 26, 2024, to set Defendants' opposition as due on August 12, 2024, and to set Plaintiffs' reply as due August 21, 2024.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 22, 2024