Susan A. Musser, DC Bar # 1531486
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2122
*smusser@ftc.gov*

Attorney for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| FEDERAL TRADE COMMISSION,<br>STATE OF ARIZONA,<br>STATE OF CALIFORNIA,<br>DISTRICT OF COLUMBIA,<br>STATE OF ILLINOIS,<br>STATE OF MARYLAND,<br>STATE OF NEVADA,<br>STATE OF NEW MEXICO,<br>STATE OF OREGON, and<br>STATE OF WYOMING,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER COMPANY and<br>ALBERTSONS COMPANIES, INC.,<br><br>Defendants. | Case No.: 3:24-cv-00347-AN<br><br>**DECLARATION OF SUSAN A. MUSSER IN SUPPORT OF MEMORANUDM OF LAW IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION MOTION** |
|---|---|

I, Susan A. Musser, declare as follows:

1. I am Chief Trial Counsel for the Federal Trade Commission Bureau of Competition. I am over the age of 18 and counsel of record for Plaintiff Federal Trade Commission in the above-captioned action. I make this declaration based on personal

knowledge. I make this declaration in support of the Memorandum of Law in Support of Plaintiffs' Preliminary Injunction Motion.

2. Attached to this Declaration as Exhibits DX0952 through PX12686 are true and correct copies of the documents listed in the following table:

| DX0952 | PX1420 | PX3077 | PX4044 | PX4113 | PX7004 |
|---|---|---|---|---|---|
| DX2304 | PX1573 | PX3106 | PX4045 | PX4114 | PX7006 |
| DX2493 | PX1641 | PX3112 | PX4046 | PX4116 | PX7008 |
| DX2494 | PX1654 | PX3115 | PX4050 | PX4120 | PX7010 |
| DX2495 | PX1654B | PX3128 | PX4054 | PX4126 | PX7011 |
| DX2497 | PX2148 | PX3406 | PX4055 | PX4135 | PX10007 |
| PX1040 | PX2151 | PX3421 | PX4056 | PX4136 | PX11252 |
| PX1109 | PX2157 | PX3602 | PX4058 | PX4138 | PX11257 |
| PX1110 | PX2252 | PX3775 | PX4059 | PX4140 | PX11276 |
| PX1115 | PX2257 | PX3776 | PX4060 | PX4141 | PX12029 |
| PX1123 | PX2315 | PX3948 | PX4062 | PX4143 | PX12380 |
| PX1125 | PX2322 | PX3956 | PX4063 | PX4144 | PX12392 |
| PX1130 | PX2412 | PX4010 | PX4065 | PX4149 | PX12450 |
| PX1154 | PX2419 | PX4011 | PX4069 | PX5003 | PX12673 |
| PX1164 | PX2423 | PX4014 | PX4071 | PX5006 | PX12686 |
| PX1180 | PX2434 | PX4015 | PX4072 | PX5009 | |
| PX1232 | PX2441 | PX4016 | PX4074 | PX5010 | |
| PX1240 | PX2446 | PX4017 | PX4075 | PX5011 | |
| PX1244 | PX2464 | PX4018 | PX4080 | PX5012 | |
| PX1247 | PX2478 | PX4021 | PX4081 | PX5014 | |
| PX1249 | PX2480 | PX4022 | PX4083 | PX5016 | |
| PX1272 | PX2484 | PX4024 | PX4084 | PX5019 | |
| PX1274 | PX2490 | PX4025 | PX4088 | PX6001 | |
| PX1281 | PX2492 | PX4026 | PX4089 | PX6002 | |
| PX1282 | PX2505 | PX4027 | PX4090 | PX6004 | |
| PX1286 | PX2545 | PX4028 | PX4091 | PX6009 | |
| PX1291 | PX2613 | PX4029 | PX4095 | PX6010 | |
| PX1292 | PX2614 | PX4030 | PX4096 | PX6030 | |
| PX1303 | PX2615 | PX4031 | PX4097 | PX6084 | |
| PX1308 | PX2616 | PX4032 | PX4101 | PX6153 | |
| PX1310 | PX2670 | PX4034 | PX4104 | PX6166 | |
| PX1358 | PX2777 | PX4035 | PX4107 | PX6253 | |
| PX1361 | PX2783 | PX4039 | PX4109 | PX6287 | |
| PX1368 | PX2932 | PX4040 | PX4110 | PX6680 | |
| PX1372 | PX3068 | PX4042 | PX4111 | PX6681 | |
| PX1381 | PX3069 | PX4043 | PX4112 | PX7002 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2024, in Portland, OR.

/s/ Susan A. Musser

Susan A. Musser, DC Bar # 1531486

Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2122
Email: smusser@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*