EXHIBITS CITED TO IN PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PRELIMINARY INJUNCTION MOTION
(FILED UNDER SEAL)

| | | | | | |
|---|---|---|---|---|---|
| DX0952 | PX1420 | PX3077 | PX4044 | PX4113 | PX12673 |
| DX2304 | PX1573 | PX3106 | PX4045 | PX4114 | PX12686 |
| DX2493 | PX1641 | PX3112 | PX4046 | PX4116 | |
| DX2494 | PX1654 | PX3115 | PX4050 | PX4120 | |
| DX2495 | PX1654B | PX3128 | PX4054 | PX4126 | |
| DX2497 | PX2148 | PX3406 | PX4055 | PX4135 | |
| PX1040 | PX2151 | PX3421 | PX4056 | PX4136 | |
| PX1109 | PX2157 | PX3602 | PX4058 | PX4138 | |
| PX1110 | PX2252 | PX3775 | PX4059 | PX4140 | |
| PX1115 | PX2257 | PX3776 | PX4060 | PX4141 | |
| PX1123 | PX2315 | PX3948 | PX4062 | PX4143 | |
| PX1125 | PX2322 | PX3956 | PX4063 | PX4144 | |
| PX1130 | PX2412 | PX4010 | PX4065 | PX4149 | |
| PX1154 | PX2419 | PX4011 | PX4069 | PX5003 | |
| PX1164 | PX2423 | PX4014 | PX4071 | PX5006 | |
| PX1180 | PX2434 | PX4015 | PX4072 | PX5009 | |
| PX1232 | PX2441 | PX4016 | PX4074 | PX5010 | |
| PX1240 | PX2446 | PX4017 | PX4075 | PX5011 | |
| PX1244 | PX2464 | PX4018 | PX4080 | PX5012 | |
| PX1247 | PX2478 | PX4021 | PX4081 | PX5014 | |
| PX1249 | PX2480 | PX4022 | PX4083 | PX5016 | |
| PX1272 | PX2484 | PX4024 | PX4084 | PX5019 | |
| PX1274 | PX2490 | PX4025 | PX4088 | PX7002 | |
| PX1281 | PX2492 | PX4026 | PX4089 | PX7004 | |
| PX1282 | PX2505 | PX4027 | PX4090 | PX7006 | |
| PX1286 | PX2545 | PX4028 | PX4091 | PX7008 | |
| PX1291 | PX2613 | PX4029 | PX4095 | PX7010 | |
| PX1292 | PX2614 | PX4030 | PX4096 | PX7011 | |
| PX1303 | PX2615 | PX4031 | PX4097 | PX10007 | |
| PX1308 | PX2616 | PX4032 | PX4101 | PX11252 | |
| PX1310 | PX2670 | PX4034 | PX4104 | PX11257 | |
| PX1358 | PX2777 | PX4035 | PX4107 | PX11276 | |
| PX1361 | PX2783 | PX4039 | PX4109 | PX12029 | |
| PX1368 | PX2932 | PX4040 | PX4110 | PX12380 | |
| PX1372 | PX3068 | PX4042 | PX4111 | PX12392 | |
| PX1381 | PX3069 | PX4043 | PX4112 | PX12450 | |