# Exhibit C

| | |
|---|---|
| **From:** | Ewart, Jason C. |
| **To:** | Pai, Rohan; Dickinson, Charles; Hall, Laura; Wint, Corene; Ma, Rachel; RobertBernheim-contact; JaymeWeber-contact; NicoleGordon-contact; ShiraHoffman-contact; AmandaHamilton-contact; WillMargrabe-contact; PaulHarper-contct; BrianYost-contact; SchonetteWalker-contact; GaryHonick-contact; LucusTucker-contact; SamanthaFeeley-contact; JeffHerrera-contact; JuliaMeade-contact; CherylHiemstra-contact; AngieMilligan-contact; ChristineCortez-contact; WilliamYoung-contact |
| **Cc:** | Wolf, Matthew M.; Pfaffenroth, Sonia Kuester; Davis, Joshua M.; Kientzle, Michael; Yasmine Harik -contact; Holler, John; Cleveland, Christina; mark.perry@weil.com; Luna.Barrington@weil.com; Bambo.Obaro@weil.com; Luke.Sullivan@weil.com; thassi@debevoise.com; mschaper@debevoise.com; srselden@dbevoise.com; nborn@debevoise.com; jmfried@debevoise.com; mcardena@debevoise.com; tebuckley@debevoise.com; htmehler@debevoise.com; msventim@debevoise.com; mike.cowie@dechert.com; james.fishkin@dechert.com; thomas.miller@dechert.com; emainigi@wc.com; jpitt@wc.com; apodoll@wc.com; Holler, John; Ellingsen, Andrew |
| **Subject:** | RE: 3:24-cv-00347-AN FTC et al. v. Kroger Co. et al. - Expert Report of Dr. Mark Israel |
| **Date:** | Tuesday, July 30, 2024 11:31:00 PM |
| **Attachments:** | image001.png<br>2024.07.30 - FTC v. Kroger Albertsons - Israel Surrebuttal Report - Federal - HIGHLY CONFIDENTIAL.pdf |

Counsel –

Please see the attached surrebuttal report of Dr. Mark Israel. This report has been designated Highly Confidential pursuant to Paragraph 7 of the Stipulated Protective Order entered by Judge Nelson on April 29, 2024 in this matter on February 27, 2024.

Pursuant to Paragraph 11(b) of the Case Management and Scheduling Order entered by Judge Nelson on April 12, 2024, **the backup data for the report will be sent in a separate email. The backup file has the following password: tXCXU2eNRnOeXLK.**

Thanks,
Jay Ewart

---

**From:** Ewart, Jason C. <Jason.Ewart@arnoldporter.com>
**Sent:** Saturday, July 20, 2024 8:13 PM
**To:** Dickinson, Charles <cdickinson@ftc.gov>; Pai, Rohan <rpai@ftc.gov>; Hall, Laura <lhall1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Ma, Rachel <rma@ftc.gov>; RobertBernheim-contact <Robert.Bernheim@azag.gov>; JaymeWeber-contact <Jayme.Weber@azag.gov>; NicoleGordon-contact <Nicole.Gordon@doj.ca.gov>; ShiraHoffman-contact <Shira.Hoffman@doj.ca.gov>; AmandaHamilton-contact <Amanda.Hamilton@dc.gov>; WillMargrabe-contact <will.margrabe@dc.gov>; PaulHarper-contct <Paul.Harper@ilag.gov>; BrianYost-contact <Brian.Yost@ilag.gov>; SchonetteWalker-contact <swalker@oag.state.md.us>; GaryHonick-contact <ghonick@oag.state.md.us>; LucusTucker-contact <LTucker@ag.nv.gov>; SamanthaFeeley-contact <SFeeley@ag.nv.gov>; JeffHerrera-contact <jherrera@nmag.gov>; JuliaMeade-contact <jmeade@nmag.gov>; CherylHiemstra-contact <Cheryl.Hiemstra@doj.state.or.us>; AngieMilligan-contact <amilligan@lvklaw.com>; ChristineCortez-contact <cortez@lvklaw.com>; WilliamYoung-contact <william.young@wyo.gov>
**Cc:** Wolf, Matthew M. <Matthew.Wolf@arnoldporter.com>; Pfaffenroth, Sonia Kuester <Sonia.Pfaffenroth@arnoldporter.com>; Davis, Joshua M. <Joshua.Davis@arnoldporter.com>; Kientzle, Michael <Michael.Kientzle@arnoldporter.com>; Yasmine Harik -contact <yasmine.harik@arnoldporter.com>; Holler, John <John.Holler@arnoldporter.com>; Cleveland, Christina <Christina.Cleveland@arnoldporter.com>; mark.perry@weil.com;

Luna.Barrington@weil.com; Bambo.Obaro@weil.com; Luke.Sullivan@weil.com; thassi@debevoise.com; mschaper@debevoise.com; srselden@dbevoise.com; nborn@debevoise.com; jmfried@debevoise.com; mcardena@debevoise.com; tebuckley@debevoise.com; htmehler@debevoise.com; msventim@debevoise.com; mike.cowie@dechert.com; james.fishkin@dechert.com; thomas.miller@dechert.com; emainigi@wc.com; jpitt@wc.com; apodoll@wc.com; Holler, John <John.Holler@arnoldporter.com>; Ellingsen, Andrew <Andrew.Ellingsen@arnoldporter.com>
**Subject:** RE: 3:24-cv-00347-AN FTC et al. v. Kroger Co. et al. - Expert Report of Dr. Mark Israel

Counsel –

Please see the attached errata and corrected report of Dr. Mark Israel. This report has been designated Highly Confidential pursuant to Paragraph 7 of the Stipulated Protective Order entered by Judge Nelson on April 29, 2024 in this matter on February 27, 2024.

Pursuant to Paragraph 11(b) of the Case Management and Scheduling Order entered by Judge Nelson on April 12, 2024, the backup data for the errata will be available shortly on the Compass Lexecon SFTP.

Thanks,
Jay Ewart

---

**From:** Ellingsen, Andrew <Andrew.Ellingsen@arnoldporter.com>
**Sent:** Monday, July 1, 2024 4:26 PM
**To:** cdickinson@ftc.gov; rpai@ftc.gov; lhall1@ftc.gov; cwint@ftc.gov; rma@ftc.gov; robert.bernheim@azag.gov; jayme.weber@azag.gov; nicole.gordon@doj.ca.gov; shira.hoffman@doj.ca.gov; amanda.hamilton@dc.gov; will.margrabe@dc.gov; paul.harper@ilag.gov; brian.yost@ilag.gov; swalker@oag.state.md.us; ghonick@oag.state.md.us; ltucker@ag.nv.gov; sfeeley@ag.nv.gov; jherrera@nmag.gov; jmeade@nmag.gov; cheryl.hiemstra@doj.state.or.us; amilligan@lvklaw.com; cortez@lvklaw.com; william.young@wyo.gov
**Cc:** Wolf, Matthew M. <Matthew.Wolf@arnoldporter.com>; Pfaffenroth, Sonia Kuester <Sonia.Pfaffenroth@arnoldporter.com>; Davis, Joshua M. <Joshua.Davis@arnoldporter.com>; Kientzle, Michael <Michael.Kientzle@arnoldporter.com>; Ewart, Jason C. <Jason.Ewart@arnoldporter.com>; Harik, Yasmine <Yasmine.Harik@arnoldporter.com>; Holler, John <John.Holler@arnoldporter.com>; Cleveland, Christina <Christina.Cleveland@arnoldporter.com>; mark.perry@weil.com; zzz.External.Luna.Barrington@weil.com <Luna.Barrington@weil.com>; zzz.External.Bambo.Obaro@weil.com <Bambo.Obaro@weil.com>; zzz.External.Luke.Sullivan@weil.com <Luke.Sullivan@weil.com>; thassi@debevoise.com; mschaper@debevoise.com; srselden@dbevoise.com; zzz.External.nborn@debevoise.com <nborn@debevoise.com>; jmfried@debevoise.com; mcardena@debevoise.com; tebuckley@debevoise.com; htmehler@debevoise.com; msventim@debevoise.com; zzz.External.mike.cowie@dechert.com <mike.cowie@dechert.com>; zzz.External.james.fishkin@dechert.com <james.fishkin@dechert.com>;

zzz.External.thomas.miller@dechert.com <thomas.miller@dechert.com>; zzz.External.emainigi@wc.com <emainigi@wc.com>; jpitt@wc.com; zzz.External.apodoll@wc.com <apodoll@wc.com>; Holler, John <John.Holler@arnoldporter.com>
**Subject:** 3:24-cv-00347-AN FTC et al. v. Kroger Co. et al. - Expert Report of Dr. Mark Israel

Dear Counsel,

Attached please find the expert witness report of Dr. Mark Israel. Note that this report is designated Highly Confidential pursuant to Paragraph 7 of the Stipulated Protective Order entered by Judge Nelson on April 29, 2024.

Pursuant to Paragraph 11(b) of the Case Management and Scheduling Order entered by Judge Nelson on April 12, 2024, the backup data and materials relied upon by Dr. Israel but not previously produced are being sent by FTP to the service list for this matter and the individuals identified by Complaint Counsel at Bates White.

Best,
Andrew

_____

Andrew Ellingsen
Associate | Bio



601 Massachusetts Ave., NW
Washington, DC 20001-3743
T: +1 202.942.5721
Andrew.Ellingsen@arnoldporter.com
www.arnoldporter.com | LinkedIn

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com