# Exhibit D

CONFIDENTIAL - REDACTED IN ENTIRETY