B. JOHN CASEY, OSB No. 120025
john.casey@stoel.com
RACHEL C. LEE, OSB No. 102944
rachel.lee@stoel.com
JACOB GOLDBERG, OSB No. 162565
jacob.goldberg@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380

MATTHEW M. WOLF (*Pro Hac Vice*)
matthew.wolf@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC  20001
Telephone:  202.942.5000

*Attorneys for Defendant The Kroger Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.,<br><br>　　　　　Defendants. | Case No.:  3:24-cv-00347-AN<br><br>DECLARATION OF SONIA PFAFFENROTH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE |

Page 1 –   DECLARATION OF SONIA PFAFFENROTH IN SUPPORT OF
            DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE

I, Sonia Pfaffenroth, declare as follows:

1. I am a partner in the law firm of Arnold & Porter Kaye Scholer LLP, counsel for Defendant, The Kroger Company ("Kroger") in the above-captioned case. I am over the age of eighteen and competent to testify in this matter. I make this declaration based on my personal knowledge. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Strike.

2. Attached to this declaration as Exhibit 1 are excerpts of the Expert Rebuttal Report of Dr. Nicholas Hill, dated July 12, 2024.

3. Attached to this declaration as Exhibit 2 is a true and correct copy of an email from Jason Ewart to Charles Dickinson, et al., dated January 4, 2024 with attachment KR-FTC-2R-000030808 .

4. Attached to this declaration as Exhibit 3 are excerpts of the Expert Report of Dr. Nicholas Hill, dated June 18, 2024.

5. Attached to this declaration as Exhibit 4 are excerpts of the Expert Report of Dr. Mark A. Israel, dated July 1, 2024.

6. Attached to this declaration as Exhibit 5 are excerpts of the deposition of Dr. Mark A. Israel taken July 22, 2024.

7. Attached to this declaration as Exhibit 6 is a true and correct copy of an email link from J. Warren to G. Luib, et al., dated July 13, 2024.

8. Attached to this declaration as Exhibit 7 is the Expert Surrebuttal Report of Dr. Mark A. Israel, dated July 30, 2024.

9. Attached to this declaration as Exhibit 8 is a true and correct copy of an email from Rohan Pai to Jason Ewart, et al., dated August 1, 2024.

Page 2 –   DECLARATION OF SONIA PFAFFENROTH IN SUPPORT OF
           DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 5, 2024

>*/s/ Sonia K. Pfaffenroth*
> SONIA K. PFAFFENROTH (*Pro Hac Vice*)
> ARNOLD & PORTER KAYE SCHOLER LLP
> 601 Massachusetts Avenue, NW
> Washington, DC 20001
> Phone: 202.942.5000
> sonia.pfaffenroth@arnoldporter.com