# Exhibit 3

**(Filed Under Seal)**

**Contains material designated CONFIDENTIAL or HIGHLY CONFIDENTIAL**