# Exhibit 5

**(Filed Under Seal)**

**Contains material designated CONFIDENTIAL or HIGHLY CONFIDENTIAL**