UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.,<br><br>        Defendants. | Case No.: 3:24-cv-00347<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO STRIKE** |

Upon consideration of Plaintiffs' Motion to Strike Untimely and Improper Reports of Dr. Mark Israel, it is hereby ORDERED that the Motion to Strike is DENIED.

SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE

DATED: _____, 2024