UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING, <br><br>Plaintiffs, <br><br>v. <br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC., <br><br>Defendants. | Case No.: 3:24-cv-00347-AN <br><br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** |

Upon consideration of Plaintiffs' Motion to File Under Seal Certain Exhibits Accompanying Plaintiffs' Motion to Strike Untimely And Improper Reports of Dr. Mark Israel, it is hereby

ORDERED that the Motion to Seal is GRANTED;

FURTHER ORDERED that Plaintiff Federal Trade Commission is directed to file under seal Plaintiffs' Exhibits B, D, E, and F.

SO ORDERED.

*Adrienne Nelson*
UNITED STATES DISTRICT JUDGE

DATED: August 6, 2024

1