B. JOHN CASEY, OSB No. 120025
john.casey@stoel.com
RACHEL C. LEE, OSB No. 102944
rachel.lee@stoel.com
JACOB GOLDBERG, OSB No. 162565
jacob.goldberg@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380

MATTHEW M. WOLF (*Pro Hac Vice*)
matthew.wolf@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC  20001
Telephone:  202.942.5000

*Attorneys for Defendant The Kroger Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING,<br><br>            Plaintiffs,<br><br>     v.<br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.,<br><br>            Defendants. | Case No.:  3:24-cv-00347-AN<br><br>DEFENDANTS' NOTICE OF FILING UNDER SEAL UNREDACTED VERSION OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND ACCOMPANYING EXHIBITS |

Page 1 –     DEFENDANTS' NOTICE OF FILING UNDER SEAL

## NOTICE OF FILING UNDER SEAL

Defendants are filing today a response to Plaintiffs' Motion for a Preliminary Injunction ("Response"). Defendants' Response references and quotes information that has been designated as Confidential or Highly Confidential pursuant to the Stipulated Protective Order ("Protective Order") (ECF No. 97). The Response is also accompanied by certain exhibits designated as Confidential or Highly Confidential under the Protective Order. Accordingly, pursuant to Section 11 of the Protective Order, Defendants hereby give notice that their Response and the following exhibits are hereby filed under seal:

| | | | |
|---|---|---|---|
| DX 0090 | DX 0454 | DX 2283 | DX 2736 |
| DX 0108 | DX 0510 | DX 2304 | DX 2738 |
| DX 0143 | DX 0523 | DX 2308 | DX 2739 |
| DX 0149 | DX 0586 | DX 2311 | DX 2740 |
| DX 0149A | DX 0608 | DX 2318 | PX 2412 |
| DX 0149B | DX 0637 | DX 2357 | PX 4014 |
| DX 0149C | DX 0929 | DX 2358 | PX 4029 |
| DX 0149D | DX 0943 | DX 2359 | PX 4042 |
| DX 0149E | DX 0953 | DX 2360 | PX 4050 |
| DX 0149F | DX 1058 | DX 2361 | PX 4054 |
| DX 0149G | DX 1112 | DX 2363 | PX 4059 |
| DX 0149H | DX 1134 | DX 2364 | PX 4060 |
| DX 0149I | DX 1135 | DX 2367 | PX 4061 |
| DX 0206 | DX 1187 | DX 2375 | PX 4064 |
| DX 0223 | DX 1234 | DX 2500 | PX 4066 |
| DX 0301 | DX 1290 | DX 2501 | PX 4072 |
| DX 0302 | DX 1290A | DX 2502 | PX 4076 |
| DX 0308 | DX 1635 | DX 2503 | PX 4081 |
| DX 0315 | DX 1674 | DX 2503 | PX 4097 |
| DX 0321 | DX 1682 | DX 2507 | PX 4099 |
| DX 0323 | DX 1727 | DX 2509 | PX 4104 |
| DX 0324 | DX 1954 | DX 2511 | PX 4115 |
| DX 0333 | DX 2041 | DX 2512 | PX 4128 |
| DX 0336 | DX 2094 | DX 2524 | PX 4131 |
| DX 0338 | DX 2213 | DX 2525 | PX 7004 |

Page 2 –   DEFENDANTS' NOTICE OF FILING UNDER SEAL

| | | | |
|---|---|---|---|
| DX 0346 | DX 2219 | DX 2528 | PX 7006 |
| DX 0348 | DX 2237 | DX 2529 | EX. A |
| DX 0401 | DX 2238 | DX 2530 | EX. B |
| DX 0417 | DX 2239 | DX 2531 | EX. C |
| DX 0420 | DX 2251 | DX 2623 | |
| DX 0425 | DX 2257 | DX 2625 | |

Further, pursuant to Section 11 of the Protective Order, an unredacted version of the Response and exhibits to the Response that have not been designated Confidential or Highly Confidential shall be filed publicly.

DATED: August 12, 2024

Page 3 –    DEFENDANTS' NOTICE OF FILING UNDER SEAL

| | |
|---|---|
| ANGELI LAW GROUP LLC | STOEL RIVES LLP |
| /s/ David H. Angeli | /s/ B. John Casey |
| DAVID H. ANGELI, Bar No. 020244 | B. JOHN CASEY, OSB No. 120025 |
| david@angelilaw.com | john.casey@stoel.com |
| PETER D. HAWKES, Bar No. 071986 | RACHEL C. LEE, OSB No. 102944 |
| peter@angelilaw.com | rachel.lee@stoel.com |
| 121 SW Morrison Street, Suite 400 | JACOB GOLDBERG, OSB No. 162565 |
| Portland, OR 97204 | jacob.goldberg@stoel.com |
| Telephone: 503.954.2232 | |
| | AND |
| AND | |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| DEBEVOISE & PLIMPTON LLP | |
| | MATTHEW M. WOLF (*Pro Hac Vice*) |
| EDWARD D. HASSI (*Pro Hac Vice*) | matthew.wolf@arnoldporter.com |
| thassi@debevoise.com | SONIA K. PFAFFENROTH (*Pro Hac Vice*) |
| 801 Pennsylvania Avenue NW | sonia.pfaffenroth@arnoldporter.com |
| Washington, DC 20004 | JOSHUA M. DAVIS (*Pro Hac Vice*) |
| Telephone: 202.942.5000 | joshua.davis@arnoldporter.com |
| | KOLYA D. GLICK (*Pro Hac Vice*) |
| MICHAEL SCHAPER (*Pro Hac Vice*) | kolya.glick@arnoldporter.com |
| mschaper@debevoise.com | JASON C. EWART (*Pro Hac Vice*) |
| SHANNON ROSE SELDEN (*Pro Hac Vice*) | jason.ewart@arnoldporter.com |
| srselden@debevoise.com | MICHAEL E. KIENTZLE (*Pro Hac Vice*) |
| J. ROBERT ABRAHAM (*Pro Hac Vice*) | michael.kientzle@arnoldporter.com |
| jrabraham@debevoise.com | MATTHEW M. SHULTZ (*Pro Hac Vice*) |
| NATASCHA BORN (*Pro Hac Vice*) | matthew.shultz@arnoldporter.com |
| nborn@debevoise.com | DAVID B. BERGMAN (*Pro Hac Vice*) |
| 66 Hudson Boulevard | david.bergman@arnoldporter.com |
| New York, NY 10001 | MICHAEL L. WALDEN (*Pro Hac Vice*) |
| Telephone: 212.909.6000 | mike.walden@arnoldporter.com |
| | YASMINE L. HARIK (*Pro Hac Vice*) |
| AND | yasmine.harik@arnoldporter.com |
| | ALLISON GARDNER (*Pro Hac Vice*) |
| WILLIAMS & CONNOLLY LLP | allison.gardner@arnoldporter.com |
| | BARBARA H. WOOTTON (*Pro Hac Vice*) |
| ENU A. MAINIGI (*Pro Hac Vice*) | barbara.wootton@arnoldporter.com |
| emainigi@wc.com | CHRISTIAN SCHULTZ (*Pro Hac Vice*) |
| JONATHAN B. PITT (*Pro Hac Vice*) | christian.schultz@arnoldporter.com |
| jpitt@wc.com | DAVID EMANUELSON (*Pro Hac Vice*) |
| A. JOSHUA PODOLL (*Pro Hac Vice*) | david.emanuelson@arnoldporter.com |
| apodoll@wc.com | MEI-WAH LEE (*Pro Hac Vice*) |
| THOMAS W. RYAN (*Pro Hac Vice*) | mei-wah.lee@arnoldporter.com |
| tryan@wc.com | WILSON DELOSS MUDGE (*Pro Hac Vice*) |
| TYLER INFINGER (*Pro Hac Vice*) | wilson.mudge@arnoldporter.com |

Page 4 –     DEFENDANTS' NOTICE OF FILING UNDER SEAL

tinfinger@wc.com
WILLIAM ASHWORTH (*Pro Hac Vice*)
washworth@wc.com
680 Maine Avenue SW
Washington, DC 20024
Telephone: 202.434.5000

AND

DECHERT LLP

JAMES A. FISHKIN (*Pro Hac Vice*)
james.fishkin@dechert.com
MICHAEL COWIE (*Pro Hac Vice*)
mike.cowie@dechert.com
ELENA KAMENIR (*Pro Hac Vice*)
elena.kamenir@dechert.com
1900 K Street NW
Washington, DC 20006
Telephone: 202.261.3300

HOWARD. M. ULLMAN (*Pro Hac Vice*)
howard.ullman@dechert.com
45 Fremont St, 26th Floor
San Francisco, CA 94105
Telephone: 415.262.4500

ROSS UFBERG (*Pro Hac Vice*)
ross.ufberg@dechert.com
YOSEF WEITZMAN (*Pro Hac Vice*)
yosi.weitzman@dechert.com
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: 215.994.2422

*Attorneys for Defendant Albertsons Companies, Inc.*

601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.942.5000

JOHN A. HOLLER (*Pro Hac Vice*)
john.holler@arnoldporter.com
250 W 55th Street
New York, NY 10019
Telephone: 212.836.8000

BRIAN K. CONDON (*Pro Hac Vice*)
brian.condon@arnoldporter.com
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: 213.243.4000

JEREMY T. KAMRAS (*Pro Hac Vice*)
jeremy.kamras@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415.471.3100

AND

WEIL, GOTSHAL & MANGES LLP

MARK A. PERRY (*Pro Hac Vice*)
mark.perry@weil.com
LUKE SULLIVAN (*Pro Hac Vice*)
luke.sullivan@weil.com
JASON N. KLEINWAKS (*Pro Hac Vice*)
jason.kleinwaks@weil.com
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000

LUNA N. BARRINGTON (*Pro Hac Vice*)
luna.barrington@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: 212.310.8000

SARAH M. STERNLIEB (*Pro Hac Vice*)
sarah.sternlieb@weil.com
700 Louisiana Street, Suite 3700
Houston, TX 77002

Page 5 –   DEFENDANTS' NOTICE OF FILING UNDER SEAL

tinfinger@wc.com
WILLIAM ASHWORTH (*Pro Hac Vice*)
washworth@wc.com
680 Maine Avenue SW
Washington, DC 20024
Telephone: 202.434.5000

AND

DECHERT LLP

JAMES A. FISHKIN (*Pro Hac Vice*)
james.fishkin@dechert.com
MICHAEL COWIE (*Pro Hac Vice*)
mike.cowie@dechert.com
ELENA KAMENIR (*Pro Hac Vice*)
elena.kamenir@dechert.com
1900 K Street NW
Washington, DC 20006
Telephone: 202.261.3300

HOWARD. M. ULLMAN (*Pro Hac Vice*)
howard.ullman@dechert.com
45 Fremont St, 26th Floor
San Francisco, CA 94105
Telephone: 415.262.4500

ROSS UFBERG (*Pro Hac Vice*)
ross.ufberg@dechert.com
YOSEF WEITZMAN (*Pro Hac Vice*)
yosi.weitzman@dechert.com
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: 215.994.2422

*Attorneys for Defendant Albertsons Companies, Inc.*

601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.942.5000

JOHN A. HOLLER (*Pro Hac Vice*)
john.holler@arnoldporter.com
250 W 55th Street
New York, NY 10019
Telephone: 212.836.8000

BRIAN K. CONDON (*Pro Hac Vice*)
brian.condon@arnoldporter.com
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: 213.243.4000

JEREMY T. KAMRAS (*Pro Hac Vice*)
jeremy.kamras@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415.471.3100

AND

WEIL, GOTSHAL & MANGES LLP

MARK A. PERRY (*Pro Hac Vice*)
mark.perry@weil.com
LUKE SULLIVAN (*Pro Hac Vice*)
luke.sullivan@weil.com
JASON N. KLEINWAKS (*Pro Hac Vice*)
jason.kleinwaks@weil.com
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000

LUNA N. BARRINGTON (*Pro Hac Vice*)
luna.barrington@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: 212.310.8000

SARAH M. STERNLIEB (*Pro Hac Vice*)
sarah.sternlieb@weil.com
700 Louisiana Street, Suite 3700
Houston, TX 77002

Page 5 –   DEFENDANTS' NOTICE OF FILING UNDER SEAL

Telephone: 713.546.5000

BAMBO OBARO (*Pro Hac Vice*)
bambo.obaro@weil.com
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  650.802.3000

THOMAS B. FIASCONE (*Pro Hac Vice*)
tom.fiascone@weil.com
REBECCA SIVITZ (*Pro Hac Vice*)
rebecca.sivitz@weil.com
100 Federal Street, Floor 34
Boston, MA  02110
Telephone:  617.722.8314

*Attorneys for Defendant The Kroger Company*

Page 6 –    DEFENDANTS' NOTICE OF FILING UNDER SEAL