B. JOHN CASEY, OSB No. 120025
john.casey@stoel.com
RACHEL C. LEE, OSB No. 102944
rachel.lee@stoel.com
JACOB GOLDBERG, OSB No. 162565
jacob.goldberg@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380

MATTHEW M. WOLF (*Pro Hac Vice*)
matthew.wolf@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC  20001
Telephone:  202.942.5000

*Attorneys for Defendant The Kroger Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.,<br><br>Defendants. | Case No.:  3:24-cv-00347-AN<br><br>**DECLARATION OF SONIA K. PFAFFENROTH IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**REDACTED** |

Page 1 –    DECLARATION OF SONIA K. PFAFFENROTH

I, Sonia K. Pfaffenroth, declare as follows:

1.  I am a partner in the law firm of Arnold & Porter Kaye Scholer LLP, counsel for Defendant The Kroger Co. ("Kroger") in the above-captioned case. I am over the age of eighteen and competent to testify in this matter. I make this declaration in support of Defendants' Response to Plaintiffs' Motion for a Preliminary Injunction.

2.  Attached to this Declaration are true and correct copies of, or excerpts of, the documents listed in the following table:

| | | | |
|---|---|---|---|
| DX 0090 | DX 0608 | DX 2257 | DX 2623 |
| DX 0108 | DX 0637 | DX 2268 | DX 2625 |
| DX 0143 | DX 0795 | DX 2273 | DX 2718 |
| DX 0149 | DX 0929 | DX 2283 | DX 2736 |
| DX 0149A | DX 0943 | DX 2304 | DX 2738 |
| DX 0149B | DX 0953 | DX 2308 | DX 2739 |
| DX 0149C | DX 1058 | DX 2311 | DX 2740 |
| DX 0149D | DX 1112 | DX 2318 | DX 2838 |
| DX 0149E | DX 1134 | DX 2322 | PX 2412 |
| DX 0149F | DX 1135 | DX 2344 | PX 4014 |
| DX 0149G | DX 1187 | DX 2357 | PX 4029 |
| DX 0149H | DX 1234 | DX 2358 | PX 4042 |
| DX 0149I | DX 1245 | DX 2359 | PX 4050 |
| DX 0206 | DX 1251 | DX 2360 | PX 4054 |
| DX 0223 | DX 1254 | DX 2361 | PX 4059 |
| DX 0301 | DX 1255 | DX 2363 | PX 4060 |
| DX 0302 | DX 1290 | DX 2364 | PX 4061 |
| DX 0308 | DX 1290A | DX 2367 | PX 4064 |
| DX 0315 | DX 1635 | DX 2375 | PX 4066 |
| DX 0321 | DX 1674 | DX 2500 | PX 4072 |
| DX 0323 | DX 1682 | DX 2501 | PX 4076 |
| DX 0324 | DX 1727 | DX 2502 | PX 4081 |
| DX 0333 | DX 1954 | DX 2503 | PX 4097 |
| DX 0336 | DX 1979 | DX 2503 | PX 4099 |
| DX 0338 | DX 1984 | DX 2507 | PX 4104 |
| DX 0346 | DX 1988 | DX 2509 | PX 4115 |
| DX 0348 | DX 2041 | DX 2511 | PX 4128 |

| DX 0401 | DX 2094 | DX 2512 | PX 4131 |
| --- | --- | --- | --- |
| DX 0417 | DX 2182 | DX 2524 | PX 6077 |
| DX 0420 | DX 2213 | DX 2525 | PX 6153 |
| DX 0425 | DX 2219 | DX 2528 | PX 7004 |
| DX 0454 | DX 2237 | DX 2529 | PX 7006 |
| DX 0510 | DX 2238 | DX 2530 | |
| DX 0523 | DX 2239 | DX 2531 | |
| DX 0586 | DX 2251 | DX 2552 | |

3. Attached to this Declaration as **Exhibit A** is a true and correct copy of excerpts of the July 29, 2024 deposition of John Conlin (Target) in this action.

4. Attached to this Declaration as **Exhibit B** is a true and correct copy of excerpts of Revised Exhibit 27-1 to the Kroger Second Request Responses.

5. Attached to this Declaration as **Exhibit C** is a true and correct copy of excerpts of the August 2, 2024 deposition of Dr. Orley Ashenfelter in this action.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 12, 2024

/s/ *Sonia K. Pfaffenroth*
SONIA K. PFAFFENROTH (DC Bar # 467946)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Phone: 202.942.5000
sonia.pfaffenroth@arnoldporter.com

*Attorney for Defendant The Kroger Co.*

Page 3 –   DECLARATION OF SONIA K. PFAFFENROTH