AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| Federal Trade Commission, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:24-cv-00347-AN |
| The Kroger Company, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FEDERAL TRADE COMMISSION.

Date:   08/13/2024

s/ Daniel Matheson
*Attorney's signature*

Daniel Matheson (District of Columbia- 502490)
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
*Address*

dmatheson@ftc.gov
*E-mail address*

(202) 326-2075
*Telephone number*

(202) 326-2286
*FAX number*