# Exhibit 4 [PX4151]

**(Filed Under Seal)**

**Contains materials designated CONFIDENTIAL or HIGHLY CONFIDENTIAL**