# Appendix A

CONFIDENTIAL - REDACTED IN ENTIRETY