# Exhibit A

CONFIDENTIAL - REDACTED IN ENTIRETY

# Exhibit B

CONFIDENTIAL - REDACTED IN ENTIRETY

# Exhibit C

CONFIDENTIAL - REDACTED IN ENTIRETY

# Exhibit D

CONFIDENTIAL - REDACTED IN ENTIRETY

# Exhibit E

CONFIDENTIAL - REDACTED IN ENTIRETY

# Exhibit F

CONFIDENTIAL - REDACTED IN ENTIRETY

# Exhibit G

CONFIDENTIAL - REDACTED IN ENTIRETY

# Exhibit H

CONFIDENTIAL - REDACTED IN ENTIRETY