**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**PETER D. HAWKES,** OSB No. 071986
peter@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Defendant Albertsons Companies, Inc.*

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.,<br><br>          Defendants. | Case No.: 3:24-cv-00347<br><br>**DEFENDANTS' NOTICE OF FILING UNDER SEAL CERTAIN PARTS OF THEIR MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. EDWARD FOX AND CERTAIN ACCOMPANYING EXHIBITS** |

Page 1 – DEFENDANTS' NOTICE OF FILING UNDER SEAL

**NOTICE**

Defendants are filing today a Motion to Exclude the Expert Testimony of Edward Fox. Defendants' Motion attaches certain exhibits designated under the Protective Order as Confidential or Highly Confidential or filed under seal out of an abundance of caution. Pursuant to the Protective Order ECF No. 97, Defendants hereby give notice that they shall file a public version of the Motion with redactions on pages 1,2 4, and 5, as well as a separate nonpublic version under seal with Exhibits 1-3.

DATED: August 14, 2024

        ANGELI LAW GROUP LLC

        */s/ David H. Angeli*
        DAVID H. ANGELI, Bar No. 020244
        david@angelilaw.com
        PETER D. HAWKES, Bar No. 071986
        peter@angelilaw.com
        121 SW Morrison Street, Suite 400
        Portland, OR 97204
        Telephone: 503.954.2232

        AND

| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP | STOEL RIVES LLP |
| EDWARD D. HASSI (*Pro Hac Vice*) | */s/ B. John Casey* |
| thassi@debevoise.com | B. JOHN CASEY, OSB No. 120025 |
| 801 Pennsylvania Avenue NW | john.casey@stoel.com |
| Washington, DC 20004 | RACHEL C. LEE, OSB No. 102944 |
| Telephone: 202.942.5000 | rachel.lee@stoel.com |
| | JACOB GOLDBERG, OSB No. 162565 |
| MICHAEL SCHAPER (*Pro Hac Vice*) | jacob.goldberg@stoel.com |
| mschaper@debevoise.com | |
| SHANNON ROSE SELDEN (*Pro Hac Vice*) | AND |
| srselden@debevoise.com | |
| J. ROBERT ABRAHAM (*Pro Hac Vice*) | ARNOLD & PORTER KAYE SCHOLER LLP |
| jrabraham@debevoise.com | |
| NATASCHA BORN (*Pro Hac Vice*) | MATTHEW M. WOLF (*Pro Hac Vice*) |
| nborn@debevoise.com | matthew.wolf@arnoldporter.com |
| 66 Hudson Boulevard | SONIA K. PFAFFENROTH (*Pro Hac Vice*) |
| New York, NY 10001 | sonia.pfaffenroth@arnoldporter.com |
| Telephone: 212.909.6000 | JOSHUA M. DAVIS (*Pro Hac Vice*) |
| | joshua.davis@arnoldporter.com |
| AND | KOLYA D. GLICK (*Pro Hac Vice*) |
| | kolya.glick@arnoldporter.com |
| WILLIAMS & CONNOLLY LLP | JASON C. EWART (*Pro Hac Vice*) |
| | jason.ewart@arnoldporter.com |
| ENU A. MAINIGI (*Pro Hac Vice*) | MICHAEL E. KIENTZLE (*Pro Hac Vice*) |
| emainigi@wc.com | michael.kientzle@arnoldporter.com |
| JONATHAN B. PITT (*Pro Hac Vice*) | MATTHEW M. SHULTZ (*Pro Hac Vice*) |
| jpitt@wc.com | matthew.shultz@arnoldporter.com |
| A. JOSHUA PODOLL (*Pro Hac Vice*) | DAVID B. BERGMAN (*Pro Hac Vice*) |
| apodoll@wc.com | david.bergman@arnoldporter.com |
| THOMAS W. RYAN (*Pro Hac Vice*) | MICHAEL L. WALDEN (*Pro Hac Vice*) |
| tryan@wc.com | mike.walden@arnoldporter.com |
| TYLER INFINGER (*Pro Hac Vice*) | YASMINE L. HARIK (*Pro Hac Vice*) |
| tinfinger@wc.com | yasmine.harik@arnoldporter.com |
| WILLIAM ASHWORTH (*Pro Hac Vice*) | ALLISON GARDNER (*Pro Hac Vice*) |
| washworth@wc.com | allison.gardner@arnoldporter.com |
| 680 Maine Avenue SW | BARBARA H. WOOTTON (*Pro Hac Vice*) |
| Washington, DC 20024 | barbara.wootton@arnoldporter.com |
| Telephone: 202.434.5000 | CHRISTIAN SCHULTZ (*Pro Hac Vice*) |
| | christian.schultz@arnoldporter.com |
| AND | DAVID EMANUELSON (*Pro Hac Vice*) |
| | david.emanuelson@arnoldporter.com |
| DECHERT LLP | MEI-WAH LEE (*Pro Hac Vice*) |
| | mei-wah.lee@arnoldporter.com |

Page 3 – DEFENDANTS' NOTICE OF FILING UNDER SEAL

JAMES A. FISHKIN (*Pro Hac Vice*)
james.fishkin@dechert.com
MICHAEL COWIE (*Pro Hac Vice*)
mike.cowie@dechert.com
ELENA KAMENIR (*Pro Hac Vice*)
elena.kamenir@dechert.com
1900 K Street NW
Washington, DC 20006
Telephone: 202.261.3300

HOWARD. M. ULLMAN (*Pro Hac Vice*)
howard.ullman@dechert.com
45 Fremont St, 26th Floor
San Francisco, CA 94105
Telephone: 415.262.4500

ROSS UFBERG (*Pro Hac Vice*)
ross.ufberg@dechert.com
YOSEF WEITZMAN (*Pro Hac Vice*)
yosi.weitzman@dechert.com
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: 215.994.2422

*Attorneys for Defendant Albertsons Companies, Inc.*

WILSON DELOSS MUDGE (*Pro Hac Vice*)
wilson.mudge@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.942.5000

JOHN A. HOLLER (*Pro Hac Vice*)
john.holler@arnoldporter.com
250 W 55th Street
New York, NY 10019
Telephone: 212.836.8000

BRIAN K. CONDON (*Pro Hac Vice*)
brian.condon@arnoldporter.com
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: 213.243.4000

JEREMY T. KAMRAS (*Pro Hac Vice*)
jeremy.kamras@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415.471.3100

AND

WEIL, GOTSHAL & MANGES LLP

MARK A. PERRY (*Pro Hac Vice*)
mark.perry@weil.com
LUKE SULLIVAN (*Pro Hac Vice*)
luke.sullivan@weil.com
JASON N. KLEINWAKS (*Pro Hac Vice*)
jason.kleinwaks@weil.com
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000

LUNA N. BARRINGTON (*Pro Hac Vice*)
luna.barrington@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: 212.310.8000

SARAH M. STERNLIEB (*Pro Hac Vice*)
sarah.sternlieb@weil.com

Page 4 – DEFENDANTS' NOTICE OF FILING UNDER SEAL

700 Louisiana Street, Suite 3700
Houston, TX 77002
Telephone: 713.546.5000

BAMBO OBARO (*Pro Hac Vice*)
bambo.obaro@weil.com
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: 650.802.3000

THOMAS B. FIASCONE (*Pro Hac Vice*)
tom.fiascone@weil.com
REBECCA SIVITZ (*Pro Hac Vice*)
rebecca.sivitz@weil.com
100 Federal Street, Floor 34
Boston, MA 02110
Telephone: 617.722.8314

*Attorneys for Defendant The Kroger Company*