# EXHIBIT M
# CONFIDENTIAL – REDACTED IN ENTIRETY