UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF ARIZONA,<br>STATE OF CALIFORNIA,<br>DISTRICT OF COLUMBIA,<br>STATE OF ILLINOIS,<br>STATE OF MARYLAND,<br>STATE OF NEVADA,<br>STATE OF NEW MEXICO,<br>STATE OF OREGON, and<br>STATE OF WYOMING,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER COMPANY and<br>ALBERTSONS COMPANIES, INC.,<br><br>Defendants. | Case No.: 3:24-cv-00347-AN<br><br>[PROPOSED] ORDER REGARDING SCOPE OF THE RECORD FOR THE PRELIMINARY INJUNCTION HEARING |

Upon consideration of Defendants' Position on the Scope of the Record, the Court determines that the record will consist only of documents the Parties introduce into evidence during the preliminary injunction proceeding, unless otherwise specifically provided by the Court.  It is hereby

ORDERED that the Parties may submit documents for entry into the record during the preliminary injunction hearing, which the Court will consider on a case-by-case basis.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____, 2024
[PROPOSED] ORDER REGARDING
SCOPE OF THE RECORD