B. JOHN CASEY, OSB No. 120025
john.casey@stoel.com
RACHEL C. LEE, OSB No. 102944
rachel.lee@stoel.com
JACOB GOLDBERG, OSB No. 162565
jacob.goldberg@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380

MATTHEW M. WOLF (*Pro Hac Vice*)
matthew.wolf@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC  20001
Telephone:  202.942.5000

*Attorneys for Defendant The Kroger Company*

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.,<br><br>          Defendants. | Case No.:  3:24-cv-00347-AN<br><br>DEFENDANTS THE KROGER COMPANY AND ALBERTSONS COMPANIES, INC.'S UNOPPOSED MOTION TO RESTRICT ACCESS TO SEALED MATERIALS<br><br>EXPEDITED CONSIDERATION REQUESTED |

## I.  L.R. 7-1(A) CERTIFICATION

Pursuant to L.R. 7-1(a) and the Case Management and Scheduling Order, ECF No. 88, counsel for Defendants The Kroger Company ("Kroger") and Albertsons Companies, Inc. ("ACI") (collectively, "Defendants") conferred with Plaintiffs' counsel regarding Defendants' request to restrict public access to sealed materials and its request for expedited consideration.  No party has opposed Defendants' request.

## II.  MOTION

Defendants respectfully request that the Court restrict access to sealed materials filed by Kroger and ACI to the real parties ("Parties") in this matter—Federal Trade Commission, State of Arizona, State of California, District of Columbia, State of Illinois, State of Maryland, State of Nevada, State of New Mexico, State of Oregon, State of Wyoming, Kroger, and ACI. Defendants request that third parties who have appeared in this matter, such as *amici*, should not be permitted access to any of the documents that have been filed under seal.

Specifically, Defendants request that the Court restrict access to the following documents to just the Parties:

- ECF No. 177[1]
- ECF No. 178
- ECF No. 193
- ECF No. 194

---

[1] Defendants recognize that ECF Nos. 177, 179, 193, and 194 (ACI's Motion and Reply to Compel Target Corporation to Comply with Subpoena, as well as related filings) concern third-party Target Corporation, and that it is necessary to permit Target Corporation to access these filings.  *See also* ECF Nos. 188 and 189 (Target Corporation's response to ECF Nos. 177 and 178).  However, no other third party or *amici* should be permitted access to ECF Nos. 177, 178, 193, and 194, consistent with the Stipulated Protective Order.

Page 1 –    DEFENDANTS THE KROGER COMPANY AND ALBERTSONS COMPANIES, INC.'S UNOPPOSED MOTION TO RESTRICT ACCESS TO SEALED MATERIALS

- ECF No. 219
- ECF No. 234
- ECF No. 235
- ECF No. 242
- ECF No. 243
- ECF No. 249
- ECF No. 250
- ECF No. 256
- ECF No. 257

### III. MEMORANDUM

Kroger and ACI have complied with the Stipulated Protective Order ("SPO") in this matter, ECF No. 97. In relevant part, the SPO restricts disclosure of Confidential and Highly Confidential information to the Court, the Parties, counsel for the Parties, certain witnesses, and persons retained by the Parties or Court to assist with this litigation. ECF No. 97 at 7. It further provides that "[i]n the event that any Confidential Material or Highly Confidential Material is contained in any pleading, motion, exhibit, or other paper filed or to be filed with the Court, the Court shall be so informed by the Party filing such papers, and such papers shall be filed under seal." ECF No. 97 at 9.

Kroger and ACI have followed the instructions of the SPO. Defendants have filed notices with the Court when they filed Confidential Material or Highly Confidential Material informing the Court of such filings, referenced the SPO in any such filing, and filed documents under seal. In doing so, they intended to restrict access to any Confidential or Highly Confidential Information to the Court, the Parties, and counsel for the Parties, consistent with the SPO.

Page 2 –    DEFENDANTS THE KROGER COMPANY AND ALBERTSONS COMPANIES, INC.'S UNOPPOSED MOTION TO RESTRICT ACCESS TO SEALED MATERIALS

124312530.3 0079899-00002

However, it appears that the Court's filing system has not limited access to these materials to the persons authorized to access this information pursuant to the SPO. In particular, Defendants understand that the Court's filing system has permitted certain non-parties—such as Target Corporation, certain Members of Congress, and the State of Ohio—to access Confidential and Highly Confidential Materials that Kroger or ACI have filed under seal, even though the public is denied access to these filings. These non-parties filed appearances in this matter, and others may do so in the future.

Defendants now respectfully request that the Court remedy this problem so that their confidential materials remain restricted to persons authorized to access them, consistent with the SPO. Defendants specifically request that any non-party who appears in this case *not* have access to the following filings:

- ECF No. 177
- ECF No. 178
- ECF No. 193
- ECF No. 194
- ECF No. 219
- ECF No. 234
- ECF No. 235
- ECF No. 242
- ECF No. 243
- ECF No. 249
- ECF No. 250
- ECF No. 256

Page 3 –   DEFENDANTS THE KROGER COMPANY AND ALBERTSONS COMPANIES, INC.'S UNOPPOSED MOTION TO RESTRICT ACCESS TO SEALED MATERIALS

124312530.3 0079899-00002

- ECF No. 257

Defendants appreciate the Court's attention to and remedying of this technical issue. Doing so ensures that Kroger and ACI's Confidential and Highly Confidential Information is restricted consistent with the SPO.

DATED: August 20, 2024

ANGELI LAW GROUP LLC

  /s/ David H. Angeli
DAVID H. ANGELI, Bar No. 020244
david@angelilaw.com
PETER D. HAWKES, Bar No. 071986
peter@angelilaw.com
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: 503.954.2232

AND

DEBEVOISE & PLIMPTON LLP

EDWARD D. HASSI (*Pro Hac Vice*)
thassi@debevoise.com
801 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.942.5000

MICHAEL SCHAPER (*Pro Hac Vice*)
mschaper@debevoise.com
SHANNON ROSE SELDEN (*Pro Hac Vice*)
srselden@debevoise.com
J. ROBERT ABRAHAM (*Pro Hac Vice*)
jrabraham@debevoise.com
NATASCHA BORN (*Pro Hac Vice*)
nborn@debevoise.com
66 Hudson Boulevard
New York, NY 10001
Telephone: 212.909.6000

AND

WILLIAMS & CONNOLLY LLP

STOEL RIVES LLP

  /s/ B. John Casey
B. JOHN CASEY, OSB No. 120025
john.casey@stoel.com
RACHEL C. LEE, OSB No. 102944
rachel.lee@stoel.com
JACOB GOLDBERG, OSB No. 162565
jacob.goldberg@stoel.com

AND

ARNOLD & PORTER KAYE SCHOLER LLP

MATTHEW M. WOLF (*Pro Hac Vice*)
matthew.wolf@arnoldporter.com
SONIA K. PFAFFENROTH (*Pro Hac Vice*)
sonia.pfaffenroth@arnoldporter.com
JOSHUA M. DAVIS (*Pro Hac Vice*)
joshua.davis@arnoldporter.com
KOLYA D. GLICK (*Pro Hac Vice*)
kolya.glick@arnoldporter.com
JASON C. EWART (*Pro Hac Vice*)
jason.ewart@arnoldporter.com
MICHAEL E. KIENTZLE (*Pro Hac Vice*)
michael.kientzle@arnoldporter.com
MATTHEW M. SHULTZ (*Pro Hac Vice*)
matthew.shultz@arnoldporter.com
DAVID B. BERGMAN (*Pro Hac Vice*)
david.bergman@arnoldporter.com
MICHAEL L. WALDEN (*Pro Hac Vice*)
mike.walden@arnoldporter.com
YASMINE L. HARIK (*Pro Hac Vice*)
yasmine.harik@arnoldporter.com

Page 4 –   DEFENDANTS THE KROGER COMPANY AND ALBERTSONS COMPANIES, INC.'S UNOPPOSED MOTION TO RESTRICT ACCESS TO SEALED MATERIALS
124312530.3 0079899-00002

ENU A. MAINIGI (*Pro Hac Vice*)
emainigi@wc.com
JONATHAN B. PITT (*Pro Hac Vice*)
jpitt@wc.com
A. JOSHUA PODOLL (*Pro Hac Vice*)
apodoll@wc.com
THOMAS W. RYAN (*Pro Hac Vice*)
tryan@wc.com
TYLER INFINGER(*Pro Hac Vice*)
tinfinger@wc.com
WILLIAM ASHWORTH (*Pro Hac Vice*)
washworth@wc.com
680 Maine Avenue SW
Washington, DC 20024
Telephone: 202.434.5000

AND

DECHERT LLP

JAMES A. FISHKIN (*Pro Hac Vice*)
james.fishkin@dechert.com
MICHAEL COWIE (*Pro Hac Vice*)
mike.cowie@dechert.com
ELENA KAMENIR (*Pro Hac Vice*)
elena.kamenir@dechert.com
1900 K Street NW
Washington, DC 20006
Telephone: 202.261.3300

HOWARD. M. ULLMAN (*Pro Hac Vice*)
howard.ullman@dechert.com
45 Fremont St, 26th Floor
San Francisco, CA 94105
Telephone: 415.262.4500

ROSS UFBERG (*Pro Hac Vice*)
ross.ufberg@dechert.com
YOSEF WEITZMAN (*Pro Hac Vice*)
yosi.weitzman@dechert.com
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: 215.994.2422

CHRISTIAN D. H. SCHULTZ (*Pro Hac Vice*)
christian.schultz@arnoldporter.com
ALLISON GARDNER (*Pro Hac Vice*)
allison.gardner@arnoldporter.com
DAVID T. EMANUELSON (*Pro Hac Vice*)
david.emanuelson@arnoldporter.com
MEI-WAH LEE (*Pro Hac Vice*)
mei-wah.lee@arnoldporter.com
WILSON D. MUDGE (*Pro Hac Vice*)
wilson.mudge@arnoldporter.com
BARBARA H. WOOTTON (*Pro Hac Vice*)
barbara.wootton@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, DC  20001
Telephone:  202.942.5000

JOHN A. HOLLER (*Pro Hac Vice*)
john.holler@arnoldporter.com
250 W 55th Street
New York, NY  10019
Telephone:  212.836.8000

BRIAN K. CONDON (*Pro Hac Vice*)
brian.condon@arnoldporter.com
777 S. Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone: 213.243.4000

JEREMY T. KAMRAS (*Pro Hac Vice*)
jeremy.kamras@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111
Telephone:  415.471.3100

RANDALL H. MILLER (*Pro Hac Vice*)
randy.miller@arnoldporter.com
1144 Fifteenth Street, Suite 3100
Denver, CO  80202
Telephone:  303.863.1000

AND

WEIL, GOTSHAL & MANGES LLP
MARK A. PERRY (*Pro Hac Vice*)
mark.perry@weil.com

Page 5 –   DEFENDANTS THE KROGER COMPANY AND ALBERTSONS COMPANIES, INC.'S UNOPPOSED MOTION TO RESTRICT ACCESS TO SEALED MATERIALS

124312530.3 0079899-00002

| | |
|---|---|
| *Attorneys for Defendant Albertsons Companies, Inc.* | LUKE SULLIVAN (*Pro Hac Vice*)<br>luke.sullivan@weil.com<br>2001 M Street, NW, Suite 600<br>Washington, DC  20036<br>Telephone:  202.682.7000<br><br>LUNA N. BARRINGTON (*Pro Hac Vice*)<br>luna.barrington@weil.com<br>767 Fifth Avenue<br>New York, NY  10153<br>Telephone: 212.310.8000<br><br>SARAH M. STERNLIEB (*Pro Hac Vice*)<br>sarah.sternlieb@weil.com<br>700 Louisiana Street, Suite 3700<br>Houston, TX  77002<br>Telephone: 713.546.5000<br><br>BAMBO OBARO (*Pro Hac Vice*)<br>bambo.obaro@weil.com<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>Telephone:  650.802.3000<br><br>THOMAS B. FIASCONE (*Pro Hac Vice*)<br>tom.fiascone@weil.com<br>REBECCA SIVITZ (*Pro Hac Vice*)<br>febecca.sivitz@weil.com<br>100 Federal Street, Floor 34<br>Boston, MA  02110<br>Telephone:  617.722.8314<br><br>*Attorneys for Defendant The Kroger Company* |

Page 6 –    DEFENDANTS THE KROGER COMPANY AND ALBERTSONS COMPANIES, INC.'S UNOPPOSED MOTION TO RESTRICT ACCESS TO SEALED MATERIALS

124312530.3 0079899-00002