**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**PETER D. HAWKES,** OSB No. 071986
peter@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Defendant Albertsons Companies, Inc.*

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING,<br>            Plaintiffs,<br><br>    v.<br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.,<br><br>            Defendants. | Case No.: 3:24-cv-00347<br><br>**DEFENDANT ALBERTSONS COMPANIES INC.'S NOTICE OF FILING UNDER SEAL CERTAIN PARTS OF THEIR RESPONSE TO PLAINTIFFS' MOTION *IN LIMINE* FOR AN ADVERSE INFERENCE** |

Page 1 – ALBERTSONS' NOTICE OF FILING UNDER SEAL

**NOTICE**

Defendant Albertsons Companies, Inc. ("Albertsons") is filing today an opposition in response to Plaintiffs' Motion *in Limine* for an Adverse Inference ("Response"). Albertsons' Response attaches exhibits designated under the Protective Order as Confidential or Highly Confidential or filed under seal out of an abundance of caution. Pursuant to the Protective Order, ECF No. 97, Albertsons hereby gives notice that it shall file a public version of the Response and the accompanying Declaration of Edward D. Hassi, and a nonpublic version under seal of Exhibits 1–9 to the Hassi Declaration.

DATED:  August 21, 2024

                                           ANGELI LAW GROUP LLC

                                           */s/ David H. Angeli*
                                           DAVID H. ANGELI, Bar No. 020244
                                           david@angelilaw.com
                                           PETER D. HAWKES, Bar No. 071986
                                           peter@angelilaw.com
                                           121 SW Morrison Street, Suite 400
                                           Portland, OR 97204
                                           Telephone: 503.954.2232

                                           AND

| | |
|---|---|
| WILLIAMS & CONNOLLY LLP | DECHERT LLP |
| | |
| ENU A. MAINIGI (*Pro Hac Vice*) | JAMES A. FISHKIN (*Pro Hac Vice*) |
| emainigi@wc.com | james.fishkin@dechert.com |
| JONATHAN B. PITT (*Pro Hac Vice*) | MICHAEL COWIE (*Pro Hac Vice*) |
| jpitt@wc.com | mike.cowie@dechert.com |
| A. JOSHUA PODOLL (*Pro Hac Vice*) | ELENA KAMENIR (*Pro Hac Vice*) |
| apodoll@wc.com | elena.kamenir@dechert.com |
| THOMAS W. RYAN (*Pro Hac Vice*) | 1900 K Street NW |
| tryan@wc.com | Washington, DC 20006 |
| TYLER INFINGER(*Pro Hac Vice*) | Telephone: 202.261.3300 |
| tinfinger@wc.com | |
| WILLIAM ASHWORTH (*Pro Hac Vice*) | HOWARD. M. ULLMAN (*Pro Hac Vice*) |
| washworth@wc.com | howard.ullman@dechert.com |
| 680 Maine Avenue SW | 45 Fremont St, 26th Floor |
| Washington, DC 20024 | San Francisco, CA 94105 |
| Telephone: 202.434.5000 | Telephone: 415.262.4500 |
| | |
| AND | ROSS UFBERG (*Pro Hac Vice*) |
| | ross.ufberg@dechert.com |
| DEBEVOISE & PLIMPTON LLP | YOSEF WEITZMAN (*Pro Hac Vice*) |
| | yosi.weitzman@dechert.com |
| EDWARD D. HASSI (*Pro Hac Vice*) | Cira Centre |
| thassi@debevoise.com | 2929 Arch Street |
| 801 Pennsylvania Avenue NW | Philadelphia, PA 19104 |
| Washington, DC 20004 | Telephone: 215.994.2422 |
| Telephone: 202.942.5000 | |
| | *Attorneys for Defendant Albertsons Companies, Inc.* |
| MICHAEL SCHAPER (*Pro Hac Vice*) | |
| mschaper@debevoise.com | |
| SHANNON ROSE SELDEN (*Pro Hac Vice*) | |
| srselden@debevoise.com | |
| J. ROBERT ABRAHAM (*Pro Hac Vice*) | |
| jrabraham@debevoise.com | |
| NATASCHA BORN (*Pro Hac Vice*) | |
| nborn@debevoise.com | |
| 66 Hudson Boulevard | |
| New York, NY 10001 | |
| Telephone: 212.909.6000 | |
| | |
| AND | |

Page 3 – DEFENDANTS' NOTICE OF FILING UNDER SEAL