B. JOHN CASEY, OSB No. 120025
john.casey@stoel.com
RACHEL C. LEE, OSB No. 102944
rachel.lee@stoel.com
JACOB GOLDBERG, OSB No. 162565
jacob.goldberg@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380

MATTHEW M. WOLF (*Pro Hac Vice*)
matthew.wolf@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC  20001
Telephone:  202.942.5000

*Attorneys for Defendant The Kroger Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.,<br><br>Defendants. | Case No.:  3:24-cv-00347-AN<br><br>**DEFENDANTS' NOTICE OF FILING UNDER SEAL CERTAIN PARTS OF THEIR RESPONSE TO PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENE OR ARGUMENT RELATED TO DEFENDANTS' PROPOSED DIVESTITURE AND CERTAIN ACCOMPANYING EXHIBITS** |

Page 1 –   DEFENDANTS' NOTICE OF FILING UNDER SEAL

# NOTICE

Defendants are filing today a Response to Plaintiffs' Motion *In Limine* to Exclude Evidence or Argument Related to Defendants' Proposed Divestiture. Defendants' Responses attaches certain exhibits designated under the Protective Order as Confidential or Highly Confidential or filed under seal out of an abundance of caution. Pursuant to the Protective Order, ECF No. 97, and the Court's Order on sealing, ECF No. 331, Defendants hereby give notice that they shall file a public version of the Motion with redactions on page 2 as well as a separate nonpublic version under seal with Exhibits A–D.

DATED: August 21, 2024

STOEL RIVES LLP

*/s/ B. John Casey*
B. JOHN CASEY, OSB No. 120025
john.casey@stoel.com
RACHEL C. LEE, OSB No. 102944
rachel.lee@stoel.com
JACOB GOLDBERG, OSB No. 162565
jacob.goldberg@stoel.com

AND

Page 2 –    DEFENDANTS' NOTICE OF FILING UNDER SEAL

ANGELI LAW GROUP LLC

*/s/ David H. Angeli*
DAVID H. ANGELI, Bar No. 020244
david@angelilaw.com
PETER D. HAWKES, Bar No. 071986
peter@angelilaw.com
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: 503.954.2232

AND

DEBEVOISE & PLIMPTON LLP

EDWARD D. HASSI (*Pro Hac Vice*)
thassi@debevoise.com
801 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.942.5000

MICHAEL SCHAPER (*Pro Hac Vice*)
mschaper@debevoise.com
SHANNON ROSE SELDEN (*Pro Hac Vice*)
srselden@debevoise.com
J. ROBERT ABRAHAM (*Pro Hac Vice*)
jrabraham@debevoise.com
NATASCHA BORN (*Pro Hac Vice*)
nborn@debevoise.com
66 Hudson Boulevard
New York, NY 10001
Telephone: 212.909.6000

AND

WILLIAMS & CONNOLLY LLP

ENU A. MAINIGI (*Pro Hac Vice*)
emainigi@wc.com
JONATHAN B. PITT (*Pro Hac Vice*)
jpitt@wc.com
A. JOSHUA PODOLL (*Pro Hac Vice*)
apodoll@wc.com
THOMAS W. RYAN (*Pro Hac Vice*)
tryan@wc.com
TYLER INFINGER (*Pro Hac Vice*)

ARNOLD & PORTER KAYE SCHOLER LLP

MATTHEW M. WOLF (*Pro Hac Vice*)
matthew.wolf@arnoldporter.com
SONIA K. PFAFFENROTH (*Pro Hac Vice*)
sonia.pfaffenroth@arnoldporter.com
JOSHUA M. DAVIS (*Pro Hac Vice*)
joshua.davis@arnoldporter.com
KOLYA D. GLICK (*Pro Hac Vice*)
kolya.glick@arnoldporter.com
JASON C. EWART (*Pro Hac Vice*)
jason.ewart@arnoldporter.com
MICHAEL E. KIENTZLE (*Pro Hac Vice*)
michael.kientzle@arnoldporter.com
MATTHEW M. SHULTZ (*Pro Hac Vice*)
matthew.shultz@arnoldporter.com
DAVID B. BERGMAN (*Pro Hac Vice*)
david.bergman@arnoldporter.com
MICHAEL L. WALDEN (*Pro Hac Vice*)
mike.walden@arnoldporter.com
YASMINE L. HARIK (*Pro Hac Vice*)
yasmine.harik@arnoldporter.com
ALLISON GARDNER (*Pro Hac Vice*)
allison.gardner@arnoldporter.com
BARBARA H. WOOTTON (*Pro Hac Vice*)
barbara.wootton@arnoldporter.com
CHRISTIAN SCHULTZ (*Pro Hac Vice*)
christian.schultz@arnoldporter.com
DAVID EMANUELSON (*Pro Hac Vice*)
david.emanuelson@arnoldporter.com
MEI-WAH LEE (*Pro Hac Vice*)
mei-wah.lee@arnoldporter.com
WILSON DELOSS MUDGE (*Pro Hac Vice*)
wilson.mudge@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.942.5000

JOHN A. HOLLER (*Pro Hac Vice*)
john.holler@arnoldporter.com
250 W 55th Street
New York, NY 10019
Telephone: 212.836.8000

BRIAN K. CONDON (*Pro Hac Vice*)

Page 3 –    DEFENDANTS' NOTICE OF FILING UNDER SEAL

| | |
|---|---|
| tinfinger@wc.com<br>WILLIAM ASHWORTH (*Pro Hac Vice*)<br>washworth@wc.com<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Telephone: 202.434.5000<br><br>AND<br><br>DECHERT LLP<br><br>JAMES A. FISHKIN (*Pro Hac Vice*)<br>james.fishkin@dechert.com<br>MICHAEL COWIE (*Pro Hac Vice*)<br>mike.cowie@dechert.com<br>ELENA KAMENIR (*Pro Hac Vice*)<br>elena.kamenir@dechert.com<br>1900 K Street NW<br>Washington, DC 20006<br>Telephone: 202.261.3300<br><br>HOWARD. M. ULLMAN (*Pro Hac Vice*)<br>howard.ullman@dechert.com<br>45 Fremont St, 26th Floor<br>San Francisco, CA 94105<br>Telephone: 415.262.4500<br><br>ROSS UFBERG (*Pro Hac Vice*)<br>ross.ufberg@dechert.com<br>YOSEF WEITZMAN (*Pro Hac Vice*)<br>yosi.weitzman@dechert.com<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Telephone: 215.994.2422<br><br>*Attorneys for Defendant Albertsons Companies, Inc.* | brian.condon@arnoldporter.com<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, CA 90017<br>Telephone: 213.243.4000<br><br>JEREMY T. KAMRAS (*Pro Hac Vice*)<br>jeremy.kamras@arnoldporter.com<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111<br>Telephone: 415.471.3100<br><br>AND<br><br>WEIL, GOTSHAL & MANGES LLP<br><br>MARK A. PERRY (*Pro Hac Vice*)<br>mark.perry@weil.com<br>LUKE SULLIVAN (*Pro Hac Vice*)<br>luke.sullivan@weil.com<br>2001 M Street, NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br><br>LUNA N. BARRINGTON (*Pro Hac Vice*)<br>luna.barrington@weil.com<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: 212.310.8000<br><br>SARAH M. STERNLIEB (*Pro Hac Vice*)<br>sarah.sternlieb@weil.com<br>700 Louisiana Street, Suite 3700<br>Houston, TX 77002<br>Telephone: 713.546.5000<br><br>BAMBO OBARO (*Pro Hac Vice*)<br>bambo.obaro@weil.com<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3000<br><br>THOMAS B. FIASCONE (*Pro Hac Vice*)<br>tom.fiascone@weil.com<br>REBECCA SIVITZ (*Pro Hac Vice*)<br>rebecca.sivitz@weil.com<br>100 Federal Street, Floor 34 |

        Boston, MA  02110
        Telephone:  617.722.8314

*Attorneys for Defendant The Kroger Company*

Page 5 –    DEFENDANTS' NOTICE OF FILING UNDER SEAL