B. JOHN CASEY, OSB No. 120025
john.casey@stoel.com
RACHEL C. LEE, OSB No. 102944
rachel.lee@stoel.com
JACOB GOLDBERG, OSB No. 162565
jacob.goldberg@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380

MATTHEW M. WOLF (*Pro Hac Vice*)
matthew.wolf@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC  20001
Telephone:  202.942.5000

*Attorneys for Defendant The Kroger Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.,<br><br>Defendants. | Case No.: 3:24-cv-00347-AN<br><br>**DECLARATION OF SONIA PFAFFENROTH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE ABOUT THE DIVESTITURE AND EFFICIENCIES**<br><br>REDACTED VERSION |

Page 1 –    DECLARATION OF SONIA PFAFFENROTH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE ABOUT THE DIVESTITURE AND EFFICIENCIES

I, Sonia Pfaffenroth, declare as follows:

1. I am a partner at the law firm of Arnold & Porter Kaye Scholer LLP, counsel for Defendant, The Kroger Company ("Kroger") in the above-captioned case. I am over the age of eighteen and competent to testify in this matter. I make this declaration based on my personal knowledge. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion in Limine to Exclude Evidence about the Divestiture and Efficiencies. The following documents are attached to this declaration as exhibits:

2. Exhibit 1 – an excerpt from the Expert Rebuttal Report of Aaron Yeater, dated July 12, 2024 (PX7011).

3. Exhibit 2 – the Walnut Business Plan, dated October 3, 2023 (PX3107).

4. Exhibit 3 – an Email Re: C&S Meeting Materials, dated October 3, 2023.

5. Exhibit 4 – excerpt from the FTC Investigation Hearing Transcript for Eric Winn, dated December 8, 2023 (PX4030).

6. Exhibit 5 – the Walnut Business Plan, dated June 2024 (PX3956).

7. Exhibit 6 – the Expert Report of Daniel Galante, dated July 1, 2024 (DX 2495).

8. Exhibit 7 – an excerpt from the Deposition of Daniel Galante, dated July 16, 2024 (PX4149).

9. Exhibit 8 – an excerpt from the Expert Rebuttal Report of Edward Fox, dated July 12, 2024 (PX7008).

10. Exhibit 9 – a Letter Re: Updated Synergies Estimates, dated January 23, 2024 (PX1535).

11. Exhibit 10 – a CNBC article tilted *Kroger plans to lower prices by $1 billion after Albertsons merger closes*, dated Aug. 15, 2024.

Page 2 –   DECLARATION OF SONIA PFAFFENROTH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE ABOUT THE DIVESTITURE AND EFFICIENCIES

12.    Exhibit 11 – an excerpt from the Deposition of Mafaz Maharoof, dated June 4, 2024 (PX4064).

13.    Exhibit 12 – an excerpt from the Sourcing – GFR slide deck, dated February 5, 2024 (PX11104).

14.    Exhibit 13 – the Expert Report of Rajiv B. Gokhale, dated July 1, 2024 (DX 2736).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 21, 2024

                                      /s/ Sonia K. Pfaffenroth
                                      SONIA K. PFAFFENROTH (*Pro Hac Vice*)
                                      ARNOLD & PORTER KAYE SCHOLER LLP
                                      601 Massachusetts Avenue, NW
                                      Washington, DC 20001
                                      Phone: 202.942.5000
                                      sonia.pfaffenroth@arnoldporter.com