# Exhibit 1 [PX7011]

**(Filed Under Seal)**

**Contains material designated CONFIDENTIAL or HIGHLY CONFIDENTIAL**