**Benjamin D. Greenberg, OSB No. 182745**
greenberg.ben@dorsey.com
DORSEY & WHITNEY, LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

**Michael A. Lindsay** *(pro hac vice)*
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600
lindsay.michael@dorsey.com

*Counsel for Non-Party Sprouts Farmers Market Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.,<br><br>Defendants. | Case No.: 3:24-cv-00347-AN<br><br>**NON-PARTY SPROUTS FARMERS MARKET INC.'S SUPPLEMENTAL STATEMENT REGARDING SEALED EVIDENTIARY HEARING EXHIBITS** |

PAGE 1 – SUPPLEMENTAL STATEMENT RE SPROUTS SEALED EXHIBITS

Pursuant to the Court's August 25, 2024 Order (Dkt. No. 408), non-party Sprouts Farmers Market, Inc. ("Sprouts") submits this supplemental statement to provide the Court with the remaining unique exhibit identifiers corresponding to the Sprouts confidential documents which the Court granted sealing.

At the time of filing its Motion to Seal (Dkt. Nos. 306, 308), Sprouts was unaware of the following exhibits identifiers, which the Court granted sealing:

| Ex No. | Description | Bates Range | Portion(s) For Sealing/*In Camera* Treatment |
|---|---|---|---|
| DX0227 | Document: Six consumer segments define grocery shoppers, with four of the segments having at least moderate interest in Sprouts | FTC-Sprouts-00000003 – FTC-Sprouts-00000005 | Entire Document |
| DX2525 | Deposition Transcript of John S. Neal (June 4, 2024) | PX4120-001 – PX4120-092 | Partial Document[1] |
| DX0221 | Declaration of J. Scott Neal (Sprouts Farmers Market, Inc.) | PX5003-001 – PX5003-003 | Partial Document |
| DX0224 | Document: Produce Pricing vs KR, WFM, Publix, WMT | SPRT 000195-SPRT000209 | Entire Document |
| DX0225 | Document: Co-tenancy/Adjacency Impacts, December 2022 | FTC-Sprouts-00000071 - FTC-Sprouts-00000088 | Partial Document |
| DX0226 | Document: Cannibalization & Intrusion, 2022-2023 vintages | FTC-Sprouts-00000090 - FTC-Sprouts-00000100 | Partial Document |
| DX0228 | Document: Produce price check comparison summary | FTC-Sprouts-00000101 | Partial Document |

For the Court's convenience, all of the Sprouts confidential documents which the Court granted sealing are included in the table below:

---

[1] For the Confidential Exhibits as to which only partial sealing was requested by Sprouts, and has been ordered by the Court, proposed redactions are denoted in yellow highlighting in the exhibits attached to the Declaration of Derek Mirza ( Dkt. No. 308-1).

| Ex No. | Description | Bates Range | Portion(s) For Sealing/*In Camera* Treatment |
|---|---|---|---|
| PX3395 / DX0227 | Document: Six consumer segments define grocery shoppers, with four of the segments having at least moderate interest in Sprouts | FTC-Sprouts-00000003 – FTC-Sprouts-00000005 | Entire Document |
| PX3400 | Document: Kroger - Albertsons Divestitures: Potential Outcomes | FTC-Sprouts-00000148 | Partial Document |
| PX3647 | Sprouts Letter to FTC dated March 31, 2023 | PX3647-001 – PX3647-003 | Partial Document |
| PX4120 / DX2525 | Deposition Transcript of John S. Neal (June 4, 2024) | PX4120-001 – PX4120-092 | Partial Document |
| PX5003 / DX0221 | Declaration of J. Scott Neal (Sprouts Farmers Market, Inc.) | PX5003-001 – PX5003-003 | Partial Document |
| DX0224 | Document: Produce Pricing vs KR, WFM, Publix, WMT | SPRT 000195-SPRT000209 | Entire Document |
| DX0225 | Document: Co-tenancy/Adjacency Impacts, December 2022 | FTC-Sprouts-00000071 - FTC-Sprouts-00000088 | Partial Document |
| DX0226 | Document: Cannibalization & Intrusion, 2022-2023 vintages | FTC-Sprouts-00000090 - FTC-Sprouts-00000100 | Partial Document |
| DX0228 | Document: Produce price check comparison summary | FTC-Sprouts-00000101 | Partial Document |

Dated: August 26, 2024          DORSEY & WHITNEY LLP

*/s/ Benjamin D. Greenberg*
Benjamin D. Greenberg, OSB No. 182745
greenberg.ben@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

Michael A. Lindsay (*Pro Hac Vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600
lindsay.michael@dorsey.com

*Counsel for Non-Party Sprouts Farmers Market, Inc.*

PAGE 3 – SUPPLEMENTAL STATEMENT RE SPROUTS SEALED EXHIBITS

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 26th day of August, 2024.

*s/ Hannah Sutherland*
Hannah Sutherland, Legal Assistant
