Elizabeth B. Dawson, OSB No. 116002
edawson@crowell.com
Alexis J. Gilman (*pro hac vice*)
agilman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 624-2500

Eric P. Enson (*pro hac vice*)
eenson@crowell.com
CROWELL & MORING LLP
515 South Flower St.
Los Angeles, CA 90071
Telephone: (213) 622-4750

*Attorneys for Non-Party Amazon.com, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.,<br><br>        Defendants | Case No. 3:24-cv-00347-AN<br><br>NON-PARTY AMAZON.COM INC.'S SUPPLEMENTAL STATEMENT REGARDING SEALED EXHIBITS |

Pursuant to the Court's August 25, 2024 Order, ECF 408, Non-Party Amazon.com, Inc. ("Amazon") submits this supplemental statement to provide the Court with the unique exhibit identifiers corresponding to the Amazon confidential documents which the Court granted sealing.

| Ex. No. | Document Title/Description | Beginning Bates | Portion(s) For Sealing |
|---|---|---|---|
| DX 1395 | Whole Foods: Quarterly Analytics Review Culinary Q4 2023 | AMZ-KROG-ALB-000000663 | Entire Document |
| DX 0270 | Whole Foods: 2024 WFM Pricing Outlook | AMZ-KROG-ALB-000000667 | Entire Document |
| DX 1396 | Whole Foods: Center Store Quarterly Analytics Review (QAR) Q4 2023 – Phases 1 to 3 | AMZ-KROG-ALB-000000736 | Entire Document |
| DX 0272 | Whole Foods: Central West OA Review (April 2024) | AMZ-KROG-ALB-000000758 | Entire Document |
| DX 0104 | Whole Foods: Competitive Review Q3 2023 | AMZ-KROG-ALB-000000813 | Entire Document |
| DX 0275 | Whole Foods: Perishables Q4 2023 QAR (Category Analytics) | AMZ-KROG-ALB-000001110 | Entire Document |
| DX 0237 | Amazon.com Grocery - Q4 2023 Quarterly Business Review | AMZ-KROG-ALB-000001243 | Entire Document |
| DX 2502 | Deposition Transcript of Sam Heyworth | | Partial Document |
| DX 2531 | Deposition Transcript of Sonya Oblisk | | Partial Document |

Amazon provided copies of DX 2502 and DX 2531 with its proposed redactions highlighted in yellow as Exhibits H and I to its Motion to File Documents Under Seal (ECF 311).

Dated: August 27, 2024

/s/ Alexis J. Gilman
Alexis J. Gilman
Elizabeth B. Dawson
CROWELL & MORING LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
Tel: (202) 624-2570
Fax: (202) 628-5116
agilman@crowell.com
edawson@crowell.com

Eric P. Enson
eenson@crowell.com
CROWELL & MORING LLP
515 South Flower St.
Los Angeles, CA 90071
Telephone: (213) 622-4750

*Attorneys for Non-Party Amazon.com, Inc.*