UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF ARIZONA,<br>STATE OF CALIFORNIA,<br>DISTRICT OF COLUMBIA,<br>STATE OF ILLINOIS,<br>STATE OF MARYLAND,<br>STATE OF NEVADA,<br>STATE OF NEW MEXICO,<br>STATE OF OREGON, and<br>STATE OF WYOMING,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER COMPANY and<br>ALBERTSONS COMPANIES, INC.,<br><br>Defendants. | Case No.: 3:24-cv-00347-AN<br><br><br>**[PROPOSED] ORDER REGARDING<br>POST-HEARING BRIEFING** |

Plaintiffs Federal Trade Commission, the States of Arizona, California, Illinois, Maryland, Nevada, New Mexico, Oregon, and Wyoming, and the District of Columbia, and Defendants The Kroger Company and Albertsons Companies, Inc., by and through their respective counsel, have stipulated to the terms of this Post-Hearing Order.

**IT IS HEREBY ORDERED THAT**

The Parties shall submit proposed findings of fact, conclusions of law, and supporting memoranda, not to exceed a combined 135 pages, by 5:00 p.m. Pacific Time on September 27, 2024.

[PROPOSED] ORDER
POST-HEARING BRIEFING

1

2

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____, 2024

[PROPOSED] ORDER
POST-HEARING BRIEFING