# Joint List of Post-Hearing Exhibits the Parties Agree Are Admissible

**Joint List of Post-Hearing Exhibits the Parties Agree Are Admissible**

| Exhibit No. | Defendants' Objection |
| --- | --- |
| PX2315 | No objection |
| PX6023 | No objection |
| PX6030 | No objection |
| PX6084 | No objection |
| PX6154 | No objection |