**Joint List of Post-Hearing Exhibits to Which Defendants Maintain an Objection**

| Exhibit No. | Objection |
|---|---|
| DX2304 | Relevance; Foundation; Misleading; Prejudicial; Hearsay; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document; The document is 3 years old and no percipient witness testified or was given the opportunity to testify as to its significance in current market conditions; |
| PX10007 | Foundation; Prejudicial; Misleading; expert witness testified at trial but Plaintiffs elected not to admit the exhibit through the witness to allow them to provide foundation or context for this document. |
| PX1040 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX11056 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX11188 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document. |
| PX1125 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |
| PX11252 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX11271 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX11276 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX11295 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |

| | |
|---|---|
| PX1131 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for these documents |
| PX11363 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document;  No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX11364 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for these documents |
| PX1164 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document;  No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX12002 | Foundation; Prejudicial; Misleading; Percipient witness testified at trial but Plaintiffs elected not to admit the exhibit through the witness to allow them to provide foundation or context for this document. |
| PX12029 | Foundation; Prejudicial; Misleading; Percipient witness testified at trial but Plaintiffs elected not to admit the exhibit through the witness to allow them to provide foundation or context for this document. |
| PX12087 | Foundation; Prejudicial; Misleading; Percipient witnesses testified at trial but Plaintiffs elected not to admit the exhibit through the witnesses to allow them to provide foundation or context for this document. |
| PX12385 | Foundation; Prejudicial; Misleading; Percipient witnesses testified at trial but Plaintiffs elected not to admit the exhibit through the witnesses to allow them to provide foundation or context for this document. |
| PX12388 | Foundation; Prejudicial; Misleading; Percipient witness testified at trial but Plaintiffs elected not to admit the exhibit through the witness to allow them to provide foundation or context for this document. |
| PX12392 | Foundation; Prejudicial; Misleading; Percipient witnesses testified at trial but Plaintiffs elected not to admit the exhibit through the witnesses to allow them to provide foundation or context for this document. |
| PX1240 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |

| | |
|---|---|
| PX1244 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |
| PX12467 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document |
| PX1247 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |
| PX12483 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document |
| PX1249 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1272 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1281 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1286 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1291 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1292 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1303 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |

| | |
|---|---|
| PX13036 | Prejudicial; Incomplete; Foundation; Misleading; Hearsay; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX13037 | Prejudicial; Incomplete; Foundation; Misleading; Hearsay; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX13038 | Prejudicial; Incomplete; Foundation; Misleading; Hearsay; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1310 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1353 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1359 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1361 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1362 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1368 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1372 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1381 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |

| | |
|---|---|
| PX1409 | Prejudicial; Incomplete; Foundation; Misleading; Hearsay; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1414 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1425 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1477 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1552 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1553 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1567 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1568 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1573 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1594 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1657 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |

| | |
|---|---|
| PX1674 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |
| PX1675 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |
| PX1708 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1777 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX1778 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |
| PX1779 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |
| PX1793 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |
| PX1795 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |
| PX1800 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |
| PX1808 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |
| PX1820 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |

| | |
|---|---|
| PX1825 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |
| PX1830 | Foundation; Prejudicial; Misleading; Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |
| PX1984 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX2252 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX2257 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX2271 | Hearsay; Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX2272 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX2412 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX2419 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX2423 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX2434 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |

| | |
|---|---|
| PX2438 | Foundation; Prejudicial; Misleading; Percipient witnesses testified at trial but Plaintiffs elected not to admit the exhibit through the witnesses to allow them to provide foundation or context for this document. |
| PX2441 | Foundation; Prejudicial; Misleading; Percipient witnesses testified at trial but Plaintiffs elected not to admit the exhibit through the witnesses to allow them to provide foundation or context for this document. |
| PX2464 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX2478 | Foundation; Prejudicial; Misleading; Percipient witnesses testified at trial but Plaintiffs elected not to admit the exhibit through the witnesses to allow them to provide foundation or context for this document.  The document is three years old and no percipient witness testified or was given the opportunity to testify as to its significance in current market conditions. |
| PX2479 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX2480 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX2482 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX2484 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document<br>The document is 4 years old and no percipient witness testified or was given the opportunity to testify as to its significance in current market conditions |
| PX2545 | Foundation; Prejudicial; Misleading; Percipient witnesses testified at trial but Plaintiffs elected not to admit the exhibit through the witnesses to allow them to provide foundation or context for this document. |
| PX2670 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document<br>The document is 4 years old and no percipient witness testified or was given the opportunity to testify as to its significance in current market conditions |

| | |
|---|---|
| PX2673 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document<br>The document is 4 years old and no percipient witness testified or was given the opportunity to testify as to its significance in current market conditions |
| PX2679 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX2682 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX2783 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document<br>The document is 4 years old and no percipient witness testified or was given the opportunity to testify as to its significance in current market conditions |
| PX2932 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document<br>The document is 4 years old and no percipient witness testified or was given the opportunity to testify as to its significance in current market conditions |
| PX2940 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document<br>The document is 3 years old and no percipient witness testified or was given the opportunity to testify as to its significance in current market conditions |
| PX3077 | Foundation; Prejudicial; Misleading; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX3406 | Foundation; Prejudicial; Misleading; Hearsay; Percipient witnesses testified at trial but Plaintiffs elected not to admit the exhibit through the witnesses to allow them to provide foundation or context for this document. |
| PX3471 | Foundation; Prejudicial; Misleading; Hearsay; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |

| | |
|---|---|
| PX3489 | Foundation; Prejudicial; Misleading; Hearsay; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX3517 | Foundation; Prejudicial; Misleading; Hearsay; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX3636 | Foundation; Prejudicial; Misleading; Hearsay; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX3775 | Foundation; Prejudicial; Misleading; Hearsay; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX3776 | Foundation; Prejudicial; Misleading; Hearsay; No percipient witness provided or was given the opportunity to provide foundation or context for this document; No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX4029 (Millerchip (Kroger) IH 64:21-67:19, 69:11-24) | -Relevance<br>-Prejudicial<br>-Foundation<br>-Hearsay<br>-Mischaracterization<br>-Misleading |
| PX4030 (Winn (C&S) IH 136:18-137:8) | -Relevance<br>-Prejudicial<br>-Foundation<br>-Hearsay<br>-Mischaracterization<br>-Misleading<br>-Percipient witness(es) testified at trial but Plaintiffs elected not to admit the exhibit through the witness(es) to allow them to provide foundation or context for this document |
| PX4062 (Leary (BJ's) Dep. 129:2-130:21) | -Relevance<br>-Prejudicial<br>-Foundation<br>-Hearsay<br>-Mischaracterization<br>-Misleading<br>-No percipient witness provided or was given the opportunity to provide foundation or context for this document |

| | |
|---|---|
| PX4091 (Cahan (Trader Joe's) Dep. 99:23-100:19, 101:13-25, 102:1-7, 111:6-112:18, 114:10-16)) | -Relevance<br>-Prejudicial<br>-Foundation<br>-Hearsay<br>-Mischaracterization<br>-Misleading<br>-No percipient witness provided or was given the opportunity to provide foundation or context for this document |
| PX4101 (Davison (SoftBank) Dep. 50:10-51:3, 61:13-62:2) | -Relevance<br>-Prejudicial<br>-Foundation<br>-Hearsay<br>-Mischaracterization<br>-Misleading<br>-No percipient witness provided or was given the opportunity to provide foundation or context for this document |
| PX4111 (Pollnow (DoorDash) Dep. 110:16-113:2, 124:12-21, 132:16-133:12, 134:12-135:6, 136:17-137:17) | -Relevance<br>-Prejudicial<br>-Foundation<br>-Hearsay<br>-Mischaracterization<br>-Misleading<br>-No percipient witness provided or was given the opportunity to provide foundation or context for this document |
| PX4112 (Cordova (UFCW Local 7) Dep. at 46:7-24, 128:4-130:11, 189:2-191:9) | -Relevance<br>-Prejudicial<br>-Foundation<br>-Hearsay<br>-Mischaracterization<br>-Misleading<br>-No percipient witness provided or was given the opportunity to provide foundation or context for this document |
| PX4116 (Snow (Dollar General) Dep. 80:16-82:6, 94:18-95:1, 97:18-98:10) | -Relevance<br>-Prejudicial<br>-Foundation<br>-Hearsay<br>-Mischaracterization<br>-Misleading<br>-No percipient witness provided or was given the opportunity to provide foundation or context for this document |
| PX4132 (Guenther (UFCW Local 3000) Dep. 86:5-7, 122:4-124:13) | -Relevance<br>-Prejudicial<br>-Foundation<br>-Hearsay<br>-Mischaracterization<br>-Misleading<br>-No percipient witness provided or was given the opportunity to provide foundation or context for this document |

| | |
|---|---|
| PX4134 (Frazier (UFCW Local 1564) Dep. 15:23-16:6) | -Relevance<br>-Prejudicial<br>-Foundation<br>-Hearsay<br>-Mischaracterization<br>-Misleading<br>-No percipient witness provided or was given the opportunity to provide foundation or context for this document |
| PX4136 (Sitter (Aldi) Dep. 25:14-26:10, 31:8-32:9, 109:23-110:5, 111:5-112:6, 112:7-25, 113:1-24, 125:9-127:15, 130:5-132:6) | -Relevance<br>-Prejudicial<br>-Foundation<br>-Hearsay<br>-Mischaracterization<br>-Misleading<br>-The document contains inadmissible hearsay and appears to be offered for the truth of the matter asserted therein<br>-No percipient witness provided or was given the opportunity to provide foundation or context for this document |
| PX4144 (Kerr (Lidl) Dep. 91:5-92:20, 97:3-98:5, 100:4-13, 105:10-19, 110:6-111:14, 119:18-121:1, 133:12-18, 145:16-146:16) | -Relevance<br>-Prejudicial<br>-Foundation<br>-Hearsay<br>-Mischaracterization<br>-Misleading<br>-The document contains inadmissible hearsay and appears to be offered for the truth of the matter asserted therein<br>-No percipient witness provided or was given the opportunity to provide foundation or context for this document |
| PX6166 | -Hearsay<br>-The document contains inadmissible hearsay and appears to be offered for the truth of the matter asserted therein<br>-No percipient witness provided or was given the opportunity to provide foundation or context for this document<br>-No percipient witness testified or was given the opportunity to testify as to the origin or reliability of the data or numbers in this document<br>-No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |
| PX6200 | -Relevance<br>-Misleading<br>-No percipient witness provided or was given the opportunity to provide foundation or context for this document<br>-No percipient witness testified or was given the opportunity to testify as to the origin or reliability of the data or numbers in this document<br>-No percipient witness testified or was given the opportunity to testify as to the meaning or significance of this document |