Alexandra Nickerson
DC Bar #90013435
Williams & Connolly LLP
680 Maine Ave. SW
Washington, DC 20024
Tel: (202) 434-5566
*anickerson@wc.com*

Attorney for Defendant Albertsons Companies, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING, <br><br> Plaintiffs, <br><br> v. <br><br> THE KROGER COMPANY and ALBERTSONS COMPANIES, INC., <br><br> Defendants. | Case No.: 3:24-cv-00347-AN <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE** |

  Pursuant to LR 83-11(b), Alexandra Nickerson hereby withdraws as attorney of record for Defendant Albertsons Companies, Inc. in the above-captioned matter. Other Williams & Connolly attorneys remain as counsel of record for Albertsons.

NOTICE OF WITHDRAWAL
OF APPEARANCE        1

Dated: September 30, 2024

Respectfully submitted,

/s/ Alexandra Nickerson
Alexandra Nickerson (DC Bar # 90013435)
Williams & Connolly LLP
680 Maine Ave. S.W.
Washington, D.C. 20024
Telephone: (202) 434-5566
Email: anickerson@wc.com

*Counsel for Defendant Albertsons Companies, Inc.*

NOTICE OF WITHDRAWAL
OF APPEARANCE                                   2