| Exhibit No. | BegBates | Description | FOF/COL | Confidential Content - Basis For Redaction or Sealing |
|---|---|---|---|---|
| PX10007 | PX10007-001 | Document: Analysis of the Relevant Geographic Market in the Proposed Kroger-Albertsons Merger | FOF/COL p. 4 | Confidential - Non-public competitively sensitive information; Compass Lexecon merger analysis. |
| PX1040 | KRPROD-FTC-2R-003512726 | Email from Jon McPherson to Tim Massa re: Associate & Labor Relations Update w/Attach: Labor Relations Update (12-20-2021).docx | FOF/COL p. 49 | Confidential - Non-public business and competitively sensitive information; Labor negotiations. |
| PX11056 | KRPROD-FTC-2R-015592912 | Messages between Matt Meyer, Mike Murphy, Mike Murphy on June 9, 2022 | FOF/COL p. 86 | Confidential - Integration planning and efficiencies; price investment - Redact. |
| PX11188 | KRPROD-FTC-2R-000449456 | Email from Yael Cosset to Stehphanie Jenkins re: Acorn alt profit comparison w/Attach: Acorn alt profit comparison.xlsx | FOF/COL p. 65 | [Confidential] - Non-public financial information; "alt profit" revenues. |
| PX1125 | KRPROD-FTC-2R-001965995 | Email from Amanda Rassi to Stuart Aitken, Andy Groff re: Pricing Programs | FOF/COL p. 31 | Confidential - Pricing and marketing strategy; price perception discussion - Redact. |
| PX11252 | KRPROD-FTC-2R-003545929 | Email from Tammy Bottcher to Matt Meyer re: QFC Thanksgiving Ad feedback w/Attach: image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; image007.png; image008.png; image009.png; image010.png; image011.png; image012.png | FOF/COL p. 34 | Confidential - Pricing and marketing strategy; promotional ad strategy - Redact. |
| PX11271 | KRPROD-WA-LIT-000969610 | Email from Adam Branin to Chris Albi, Brent Stewart re: New Beef Comp Check 6.25.20 w/Attach: NEW Beef Comp Check 06.25.20.xlsx; ATT00001.htm | FOF/COL p. 31 | [Confidential] - Pricing and marketing strategy; white tag price comparison - Redact. |
| PX11276 | KRPROD-WA-LIT-000824038 | Email from Chris Albi to Adam Branin, Brent Stewart re: Service Meat and Service Seafood-Store 106 | FOF/COL p. 38 | Highly Confidential - Non-public competitively sensitive information; store remodel discussion - Redact. |
| PX11295 | KRPROD-WA-LIT-000960766 | Email from Brent Stewart to Brent Stewart re: QFC 4-18-22 Weekly Division Recap 2022.pdf | FOF/COL p. 38 | Highly Confidential - Non-public competitively sensitive information; division internal operations. |
| PX1131 | PX1131-001 | Kroger's Responses to FTC's Second Requests (Spec. 5, 11, 23, 24, 26, 27, 55-62, 80) | FOF/COL p. 14 | Confidential - Non-public financial and competitively sensitive information; response to FTC request per 15 USC sec. 18a(h). |
| PX1164 | KRPROD-FTC-2R-001036303 | Email from Andy Gottke to Mike Murphy re: Total MSA Sales w/Attach: 2022 MSA Momentum Drivers_Final.pdf; Competitive Blunting Playbook.pdf | FOF/COL p. 16 | Confidential - Non-public financial and competitively sensitive information; MSA competitive analysis. |
| PX1240 | KRPROD-FTC-2R-000172115 | Email from Ann Ossege to Stuart Aitken re: Final Script Draft for your review w/Attach: 2022 KR Investor Day Stuart Script_vFinal.docx | FOF/COL p. 6 | Confidential - Non-public business and financial information; draft investor statement. |
| PX1244 | KRPROD-FTC-2R-000195022 | Email from Stuart Aitken to Brad Studer re: Simple Truth - Albertsons/Safeway Product Cutting Results | FOF/COL p. 37 | Confidential - Non-public competitively sensitive information; private brands comparison/evaluation - Redact. |
| PX1247 | KRPROD-FTC-2R-000191842 | Email from Brad Studer to Stuart Aitken, Valerie Jabbar re: Simple Truth - Albertsons/Safeway Product Cutting Results w/Attach: Albertsons Executive Summary 9_29_20.docx; image001.png; image003.png | FOF/COL p. 37 | Confidential - Non-public competitively sensitive information; private brands comparison/evaluation - Redact. |

| Exhibit No. | BegBates | Description | FOF/COL | Confidential Content - Basis For Redaction or Sealing |
|---|---|---|---|---|
| PX1249 | KRPROD-FTC-2R-002919101 | Email from Gregg Proctor to Mike Murphy, Dan De La Rosa, Carlo Baldan re: 1 of 10 Competition Ad Recap w/Attach: image001.jpg; P10W 1 Competition Ad Recap.docx | FOF/COL p. 33 | Confidential - Non-public competitively sensitive information; advertising strategy and analysis of competitors - Redact. |
| PX1272 | KRPROD-FTC-2R-027303901 | Email from Cameron Reidy to Gary Millerchip re: Cashew Diligence Update | FOF/COL p. 55 | Confidential - Divestiture strategy; diligence points for discussion. |
| PX1281 | KRPROD-FTC-2R-000007161 | Email from Jennifer Allen to Bryan Sant, Matt Morgan re: Smith's Market share L4/L12 and Competitive ad summary w/Attach: P4W1 Competition Ad Recap.docx; Smith's Division Weekly Share Summary Ending 04-18-21.pdf | FOF/COL p. 33 | Confidential - Non-public competitively sensitive information; ad strategy and analysis of competitors, market share - Redact. |
| PX1286 | KR-FTC-2R-000005669 | Document: Trade Areas | FOF/COL p. 19 | Confidential - Non-public competitively sensitive information; analysis of trade areas. |
| PX1291 | KRPROD-FTC-2R-003851222 | Email from Mark Tuffin to Rod Antolock, Tim Brown, Ken DeLuca re: 2021 Store Closure Review - RESPONSE REQUESTED w/Attach: 2021 Store Closure Report.pdf | FOF/COL p. 19 | Confidential - Non-public financial and business information; store closure analysis. |
| PX1292 | KRPROD-FTC-2R-000792537 | Email from Jennifer Allen to Christina Groth, Allison Garcia, Gilbert Rodriguez re: P9W4 Fry's Comp Ads & Weekly Market Share Scorecard w/ Attach: P9W4 Fry's Comp Ads Recap-FINAL.docx; Market Share Scorecard 09.25.2022.xlsb | FOF/COL p. 33 | Confidential - Non-public competitively sensitive information,detailed commodity pricing - Redact. |
| PX1303 | KRPROD-FTC-2R-000009215 | Email from Mary Allen Adcock to Becky Diaz re: Market share L4/L12 and Competitive ad summary | FOF/COL p. 34 | Confidential - Non-public competitively sensitive information; ad strategy and analysis of competitors, market share - Redact. |
| PX1310 | KRPROD-FTC-2R-002278501 | Email from David Richard to Jake Cannon re: QFC Quick Wins w/ Attach: QFC Quick Wins 2022.pdf | FOF/COL p. 38 | Confidential - Non-public business and competitively sensitive information; operational changes and analysis - Redact. |
| PX1353 | KRPROD-FTC-2R-028449554 | Document: Merger Reanalysis Harris Teeter (01/28/2014 Closing; Purchase Price $2.793 Bil. Including Assumed Debt) | FOF/COL p. 68 | Confidential - Non-public financial information; Harris Teeter merger analysis. |
| PX1368 | KRPROD-FTC-2R-003459117 | Email from Jennifer Allen to Christina Groth, Allison Garcia, Steve McKinney, et al. re: Fry's Market share L4/L12 and Competitive ad summary w/Attach: Fry's Division Weekly Share Summary Ending 05-16-2021.pdf; P5W1 Competition Ad Recap.docx | FOF/COL p. 33 | Confidential - Non-public competitively sensitive information; ad strategy and analysis of competitors, market share - Redact. |
| PX1372 | KRPROD-FTC-2R-026238054 | Email from Bryan Sant to Jared Rowley, Brad Tupper re: Smith's Market share L4/L12 w/Attach: Smith's Division Weekly Share Summary Ending 7_11_2021.pdf; P7W1 Competition Ad Recap-final.docx | FOF/COL p. 34 | Confidential - Non-public competitively sensitive information; ad strategy and analysis of competitors, market share - Redact. |
| PX1409 | KRPROD-FTC-2R-018270191 | Messages between Dave Richard and Troy Harding on July 15, 2022 | FOF/COL p. 43 | Redact phone number. |
| PX1425 | KRPROD-FTC-2R-000815058 | Email from Kenny Kimball to Devin Safer re: Smith's Q3 Projections Update w/ Attach: image002.png, image002.png, Ops and Gross Rate Actions to Improve.docx | FOF/COL p. 33 | [Confidential - Native] Non-public financial and competitively sensitive information; Kroger Health business discussion, financial model, margins. |

| Exhibit No. | BegBates | Description | FOF/COL | Confidential Content - Basis For Redaction or Sealing |
|---|---|---|---|---|
| PX1477 | KRPROD-FTC-2R-021125878 | Document: Smiths 3rd Quarter Highlights | FOF/COL p. 33 | Confidential - Non-public financial information; sales, market share, and KPI data - Redact. |
| PX1594 | KRPROD-FTC-2R-016690823 | Email from Kenny Kimball to Mary Ellen Adcock re: Smiths Weekly Update | FOF/COL p. 33 | Confidential - Non-public competitively sensitive information; price spreads and market share - Redact. |
| PX1657 | KRPROD-FTC-2R-001531548 | Email from Christina Groth to Matt Meyer, Andy Groff re: Safeway Pricing Update w/Attach: image001.png | FOF/COL p. 33 | Confidential - Pricing and marketing strategy; pricing discussion re Safeway. |
| PX1674 | KRPROD-FTC-2R-021046496 | Email from Todd Kammeyer to Katy Greiner, Carlo Baldan, Kendra Doyel re: FM Portland Beer FP | FOF/COL p. 34 | Confidential - Pricing and marketing strategy; vendor cost - Redact. |
| PX1708 | KRPROD-FTC-2R-020316765 | Email from Mike Murphy to Frank Romero, Carlo Baldan, Barry Craft, et al. re: P4W2 (Week 14) Competition Recap | FOF/COL p. 33 | Confidential - Pricing and marketing strategy; budgeted sales, selling gross, and investment - Redact. |
| PX1778 | KRPROD-FTC-2R-001810483 | Email from Tina Dombrowski to Michael Marx re: Merchandising Weekly Recap - Week 25 w/Attach: image007.png; image008.png; image009.png; Merch Recap Wk 25 2022-07-25.pdf | FOF/COL p. 34 | Confidential - Pricing and marketing strategy; sales and margin recap and market share - Redact. |
| PX1779 | KRPROD-FTC-2R-001811345 | Email from Tina Dombrowski to Michael Marx re: Merchandising Weekly Recap - Week 29 w/Attach: image007.png; image008.png; image009.png; Merch Recap Wk 29 2022-08-22.pdf | FOF/COL p. 34 | Confidential - Pricing and marketing strategy; sales and margin recap and market share - Redact. |
| PX1793 | KRPROD-FTC-2R-001837797 | Email from Tony Brown to Michael Marx re: Week 42 Kroger Butter w/Attach: image001.png; image002.png; image003.png; image001.png; image002.png; image003.png | FOF/COL p. 34 | Confidential - Non-public financial information; cost, profit, and margin - Redact. |
| PX1795 | KRPROD-FTC-2R-001844848 | Email from Tony Brown to Michael Marx re: Center Store Thanksgiving Notes w/Attach: 2022 Thanksgiving Holiday Notes_GDF.docx; 2022 Thanksgiving Holiday Notes_Adult Beverage.docx; t-day 2022 recap.docx; image001.png; image003.png | FOF/COL p. 34 | Confidential - Non-public financial information; sales and margin data - Redact. |
| PX1800 | KRPROD-FTC-2R-005688721 | Email from Michael Marx to Michael Goke re: Eggs w/Attach: image001.png; image002.png; image003.png; image001.png; image002.png; image003.png | FOF/COL p. 30 | Confidential - Non-public financial information; cost data - Redact. |
| PX3471 | BAIN_00003186 | Bain & Company Document: Bottom-up analysis demonstrates $500M net efficiencies | FOF/COL p. 79 | Confidential/Highly Confidential - Integration planning and efficiencies, forward looking. |
| PX3636 | BAIN_00003904 | Spreadsheet: 240206 Rebanner and sales detriment scenarios (vSend).xlsx | FOF/COL p. 60 | [Confidential - Native] - Integration planning and efficiencies; rebannering scenarios, assumptions, costs, forward-looking. |
| PX4029 | PX4029-001 | Investigational Hearing Transcript of Gary Millerchip (December 6, 2023) | FOF/COL p. 71 | Confidential - Investigational Hearing testimony. |