**DAVID H. ANGELI**, OSB No. 020244
david@angelicalfo.com
**PETER D. HAWKES**, OSB No. 071986
peter@angelicalfo.com
ANGELI & CALFO LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Defendant Albertsons Companies, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMISSION, et al.<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY and ALBERTSONS COMPANIES, INC.<br><br>Defendants. | Case No. 3:24-cv-00347-AN<br><br>**NOTICE OF CHANGE OF MAILING AND E-MAIL ADDRESS** |

Pursuant to LR 83-10(b), please take notice that the firm name and e-mail addresses for David H. Angeli and Peter D. Hawkes, counsel for Defendant Albertsons Companies, Inc., has changed. They respectfully request that all pleadings, notices, orders, and other papers in this action be served upon them at:

    David H. Angeli
    Peter D. Hawkes
    Angeli & Calfo LLC
    121 SW Morrison Street, Suite 400
    Portland, Oregon 97204
    Telephone: (503) 954-2232

PAGE 1 – NOTICE OF CHANGE OF MAILING AND E-MAIL ADDRESS

Facsimile: (503) 227-0880
Email: david@angelicalfo.com
       peter@angelicalfo.com

DATED: December 10, 2024.

                ANGELI & CALFO LLC

                *s/ Peter D. Hawkes*
                David H. Angeli, OSB No. 020244
                Peter D. Hawkes, OSB No. 071986
                david@angelicalfo.com
                peter@angelicalfo.com
                121 SW Morrison Street, Suite 400
                Portland, OR 97204
                Telephone: (503) 954-2232
                Facsimile: (503) 227-0880

                *Attorneys for Defendant Albertsons Companies, Inc.*

PAGE 2 – NOTICE OF CHANGE OF MAILING AND E-MAIL ADDRESS