# UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

## EXHIBIT AND WITNESS LIST

Federal Trade Commission et al v. Kroger Company et al
Case Number: 3:24-cv-00347-AN

| PRESIDING JUDGE<br>U.S. District Judge Adrienne Nelson | PLAINTIFFS' ATTORNEY<br>See docket | DEFENDANTS' ATTORNEY<br>See docket |
|---|---|---|
| HEARING DATES 8/26/24, 8/27/24, 8/28/24, 8/29/24, 8/30/24, 9/3/24, 9/4/24, 9/5/24, 9/6/24, 9/9/24, 9/10/24, 9/11/24, 9/12/24, 9/13/24, 9/17/24 | COURT REPORTERS<br>Jill Jessup, Dennis Apodaca | COURTROOM DEPUTY<br>Jody Harper |

| DATE OFFERED | RECEIVED | LIST OF EXHIBITS AND WITNESSES |
|---|---|---|
| 8/26/2024 | | Peter Van Helden (Plf. Direct) |
| 8/26/2024 | | Peter Van Helden (Def. Cross) |
| 8/26/2024 | | Peter Van Helden (Plf. Redirect) |
| 8/26/2024 | | Anthony Silva (Plf. Direct) |
| 8/26/2024 | R | PX12359 |
| 8/26/2024 | | Anthony Silva (Def. Cross) |
| 8/26/2024 | | Andrew Groff (Plf. Direct) |
| 8/26/2024 | R | PX1130 |
| 8/26/2024 | R | PX1110 |
| 8/26/2024 | R | PX1109 |
| 8/26/2024 | R | PX1115 |
| 8/26/2024 | R | PX1129 |
| 8/26/2024 | R | PX11337 |
| 8/26/2024 | R | PX11093 |
| 8/27/2024 | | Andrew Groff (Def. Cross) |
| 8/27/2024 | R | DX2560 |
| 8/27/2024 | | DX2630A |
| 8/27/2024 | R | DX2631B |
| 8/27/2024 | R | DX0149I |
| 8/27/2024 | | Andrew Groff (Plf. Redirect) |
| 8/27/2024 | | Andrew Groff (Def. Recross) |
| 8/27/2024 | | Scott Neal (Plf. Direct) |
| 8/27/2024 | R | PX3713 |
| 8/27/2024 | | Scott Neal (Def. Cross) |
| 8/27/2024 | R | DX0222 |
| 8/27/2024 | R | DX0227 |
| 8/27/2024 | | Scott Neal (Plf. Redirect) |
| 8/27/2024 | | Michael Marx (Plf. Direct) |
| 8/27/2024 | R | PX1805 |
| 8/27/2024 | R | PX1824 |
| 8/27/2024 | R | PX1823 |
| 8/27/2024 | | Michael Marx (Def. Cross) |
| 8/27/2024 | R | DX2875 |
| 8/27/2024 | | Kurt Unkelbach (Plf. Direct) |
| 8/27/2024 | | Kurt Unkelbach (Def. Cross) |
| 8/27/2024 | | Todd Kammeyer (Plf. Direct) |
| 8/27/2024 | R | PX1743 |
| 8/27/2024 | R | PX1726 |
| 8/27/2024 | R | DX0588 |
| 8/27/2024 | R | PX1675 |
| 8/27/2024 | R | PX1420 |
| 8/27/2024 | | Todd Kammeyer (Def. Cross) |
| 8/27/2024 | R | DX0061 |
| 8/27/2024 | R | DX0061A |
| 8/27/2024 | | Todd Kammeyer (Plf. Redirect) |
| 8/27/2024 | | Carl Huntington (Plf. Direct) |

| DATE OFFERED | RECEIVED | LIST OF EXHIBITS AND WITNESSES |
|---|---|---|
| 8/27/2024 | R | PX12485 |
| 8/27/2024 | R | PX12472 |
| 8/27/2024 | R | PX12469 |
| 8/27/2024 | R | PX2448 |
| 8/27/2024 | R | PX2795 |
| 8/27/2024 | R | PX12484 |
| 8/27/2024 | R | PX2791 |
| 8/27/2024 | R | PX12478 |
| 8/27/2024 | R | PX12476 |
| 8/27/2024 |  | Carl Huntington (Def. Cross) |
| 8/27/2024 |  | Carl Huntington (Plf. Redirect) |
| 8/28/2024 |  | Jon McPherson (Plf. Direct) |
| 8/28/2024 | R | PX1033 |
| 8/28/2024 | R | PX1282 |
| 8/28/2024 |  | Jon McPherson (Def. Cross) |
| 8/28/2024 | R | DX2705 |
| 8/28/2024 | R | PX1323 |
| 8/28/2024 | R | DX1213 |
| 8/28/2024 | R | DX0108 |
| 8/28/2024 | R | DX0114 |
| 8/28/2024 | R | DX0877 |
| 8/28/2024 |  | Jon McPherson (Plf. Redirect) |
| 8/28/2024 |  | Jon McPherson (Def. Recross) |
| 8/28/2024 |  | Daniel Clay (Plf. Direct) |
| 8/28/2024 | R | PX3920 |
| 8/28/2024 | R | PX3934 |
| 8/28/2024 |  | Daniel Clay (Def. Cross) |
| 8/28/2024 | R | DX2846 |
| 8/28/2024 | R | DX0912 |
| 8/28/2024 | R | DX2958 |
| 8/28/2024 |  | Daniel Clay (Plf. Redirect) |
| 8/28/2024 |  | Andrea Zinder (Plf. Direct) |
| 8/28/2024 |  | Andrea Zinder (Def. Cross) |
| 8/28/2024 | R | DX2840 |
| 8/28/2024 | R | DX2955 |
| 8/28/2024 |  | Andrea Zinder (Plf. Redirect) |
| 8/28/2024 |  | Thomas Schwilke (Plf. Direct) |
| 8/28/2024 | R | PX1497 |
| 8/28/2024 | R | PX1496 |
| 8/28/2024 | R | PX1480 |
| 8/28/2024 | R | PX1458 |
| 8/28/2024 |  | Thomas Schwilke (Def. Cross) |
| 8/28/2024 | R | PX1727 |
| 8/28/2024 | R | DX2920 |
| 8/29/2024 |  | Kevin Curry (Plf. Direct) |
| 8/29/2024 | R | PX2553 (page 1) |
| 8/29/2024 | R | PX2585 |
| 8/29/2024 | R | PX12577 |
| 8/29/2024 | R | PX2551 |
| 8/29/2024 | R | PX12571 |
| 8/29/2024 |  | Kevin Curry (Def. Cross) |
| 8/29/2024 | R | DX1270 |
| 8/29/2024 | R | DX0040 |
| 8/29/2024 | R | DX2829 |
| 8/29/2024 |  | Kevin Curry (Plf. Redirect) |
| 8/29/2024 |  | Keith Knopf (Plf. Direct) |
| 8/29/2024 | R | PX8062 |
| 8/29/2024 |  | Keith Knopf (Def. Cross) |
| 8/29/2024 | R | DX2834 |
| 8/29/2024 | R | DX2835 |
| 8/29/2024 |  | Keith Knopf (Plf. Redirect) |
| 8/29/2024 |  | Mark McGowan (Plf. Direct) |
| 8/29/2024 | R | PX3515 |
| 8/29/2024 | R | PX3107 |
| 8/29/2024 | R | PX4050 (page 38, line 23 through page 39, line 19) (page 39, line 19 through page 40, line 11) (page 45, lines 13-20) (page 41, line 25 through page 42, line 11) (page 46, lines 6-18) (page 51, line 23 through page 52, line 4) (page 131, lines 3-7 and 17-20) (page 103, lines 10-16) (page 90, lines 1-22) (page 97, line 18 through page 98, line 3) (page 91, line 10 through page 92, line 13) (page 93, line 22 through page 94, line 18) (page 92, lines 14-24) (page 95, line 13 through page 96, line 22) (page 97, lines 9-17) |

| DATE OFFERED | RECEIVED | LIST OF EXHIBITS AND WITNESSES |
|---|---|---|
| 8/29/2024 | | Mark McGowan (Def. Cross) |
| 8/29/2024 | R | DX1058 |
| 8/29/2024 | R | PX4050 (page 74, lines 11-25) |
| 8/29/2024 | | Mark McGowan (Plf. Redirect) |
| 8/29/2024 | | Alona Florenz (Plf. Direct) |
| 8/29/2024 | R | PX3699 |
| 8/29/2024 | R | PX13034 |
| 8/29/2024 | R | PX3602 |
| 8/29/2024 | R | PX3348 |
| 8/30/2024 | | Alona Florenz (Plf. Direct Continued) |
| 8/30/2024 | | Alona Florenz (Def. Cross) |
| 8/30/2024 | | Alona Florenz (Plf. Redirect) |
| 8/30/2024 | | Eric Winn (Plf. Direct) |
| 8/30/2024 | R | PX4030 (page 215, lines 15-20) |
| 8/30/2024 | R | PX3068 |
| 8/30/2024 | R | PX3111 |
| 8/30/2024 | R | PX3115 |
| 8/30/2024 | | Eric Winn (Def. Cross) |
| 8/30/2024 | R | DX2628 |
| 8/30/2024 | R | DX2972 |
| 8/30/2024 | | Eric Winn (Plf. Redirect) |
| 8/30/2024 | | Eric Winn (Def. Recross) |
| 8/30/2024 | R | PX3948 |
| 9/3/2024 | | Edward J. Fox (Plf. Direct) |
| 9/3/2024 | R | PX7002 |
| 9/3/2024 | R | PX7008 |
| 9/3/2024 | | Edward J. Fox (Def. Cross) |
| 9/3/2024 | R | DX2641 |
| 9/3/2024 | | Edward J. Fox (Plf. Redirect) |
| 9/3/2024 | | Todd Broderick (Plf. Direct) |
| 9/3/2024 | R | PX4026 (page 12, lines 2-13) |
| 9/3/2024 | R | PX2369 |
| 9/3/2024 | R | PX2082 |
| 9/3/2024 | R | PX2076 |
| 9/3/2024 | R | PX2395 |
| 9/3/2024 | R | PX12729 |
| 9/3/2024 | R | PX2376 |
| 9/3/2024 | | Todd Broderick (Def. Cross) |
| 9/3/2024 | R | DX2643 |
| 9/3/2024 | | Nicholas Hill (Plf. Direct) |
| 9/3/2024 | R | PX7004 |
| 9/3/2024 | R | PX7006 |
| 9/3/2024 | | Nicholas Hill (Def. Cross) |
| 9/3/2024 | | Nicholas Hill (Plf. Redirect) |
| 9/4/2024 | | Plaintiffs' Rest |
| 9/4/2024 | | Rodney McMullen (Def. Direct) |
| 9/4/2024 | R | DX2626 |
| 9/4/2024 | R | DX2627 |
| 9/4/2024 | R | DX1727 |
| 9/4/2024 | | Rodney McMullen (Plf. Cross) |
| 9/4/2024 | R | PX6009 |
| 9/4/2024 | R | PX6683 |
| 9/4/2024 | R | PX6024 |
| 9/4/2024 | R | PX6090 |
| 9/4/2024 | R | PX6684 |
| 9/4/2024 | | Rodney McMullen (Def. Redirect) |
| 9/4/2024 | | Vivek Sankaran (Def. Direct) |
| 9/4/2024 | R | DX0940 |
| 9/4/2024 | R | DX076 |
| 9/4/2024 | R | DX0031 |
| 9/4/2024 | R | DX2976 |
| 9/4/2024 | R | DX1331 |
| 9/4/2024 | | Vivek Sankaran (Plf. Cross) |
| 9/4/2024 | R | PX12380 |
| 9/4/2024 | R | PX12375 |
| 9/4/2024 | R | PX6153 |
| 9/4/2024 | R | PX2322 |
| 9/4/2024 | R | PX6081 |

| DATE OFFERED | RECEIVED | LIST OF EXHIBITS AND WITNESSES |
|---|---|---|
| 9/4/2024 | R | PX6077 |
| 9/4/2024 | R | PX12428 |
| 9/4/2024 | R | PX12382 |
| 9/4/2024 |  | Vivek Sankaran (Def. Redirect) |
| 9/4/2024 |  | Stuart Aitken (Def. Direct) |
| 9/4/2024 | R | DX3012 |
| 9/4/2024 | R | DX3013 |
| 9/4/2024 | R | DX0011 |
| 9/4/2024 | R | DX2559 |
| 9/4/2024 | R | DX2237 |
| 9/4/2024 |  | Stuart Aitken (Plf. Cross) |
| 9/4/2024 | R | PX1254 |
| 9/5/2024 |  | Stuart Aitken (Plf. Cross Continued) |
| 9/5/2024 | R | PX1242 |
| 9/5/2024 | R | PX1358 |
| 9/5/2024 | R | PX1232 |
| 9/5/2024 | R | PX1248 |
| 9/5/2024 | R | PX1502 |
| 9/5/2024 |  | Stuart Aitken (Def. Redirect) |
| 9/5/2024 |  | Susan Morris (Def. Direct) |
| 9/5/2024 |  | Susan Morris (Plf. Cross) |
| 9/5/2024 | R | PX2616 |
| 9/5/2024 |  | Susan Morris (Def. Redirect) |
| 9/5/2024 |  | Sarah George (Def. Direct) |
| 9/5/2024 | R | DX1456 |
| 9/5/2024 |  | Sarah George (Plf. Cross) |
| 9/5/2024 |  | Sarah George (Def. Redirect) |
| 9/5/2024 | R | PX5006 |
| 9/5/2024 | R | PX4096 (page 78, lines 15-20) |
| 9/5/2024 |  | Mafaz Maharoof (Def. Direct) |
| 9/5/2024 | R | DX2640 |
| 9/5/2024 | R | DX2640A |
| 9/5/2024 | R | DX2565A |
| 9/5/2024 |  | Mafaz Maharoof (Plf. Cross) |
| 9/5/2024 |  | Mafaz Maharoof (Def. Redirect) |
| 9/5/2024 |  | Rajiv Gokhale (Def. Direct) |
| 9/5/2024 | R | DX2736 |
| 9/5/2024 |  | Rajiv Gokhale (Plf. Cross) |
| 9/5/2024 | R | DX2493 |
| 9/6/2024 |  | Rajiv Gokhale (Plf. Cross Continued) |
| 9/6/2024 |  | Matthew Yates (Def. Direct) |
| 9/6/2024 | R | DX2500 (page 23, lines 4-8) |
| 9/6/2024 | R | DX0240 |
| 9/6/2024 |  | Matthew Yates (Plf. Cross) |
| 9/6/2024 | R | PX4071 (page 142, lines 1-4) (page 142, line 23 through page 143, line 13)(page 144, lines 2-13) (page 144, line 22 through page 145, line 7)(page 149, line 5 through page 152) (page 146, line 14 through page 147, line 7) (page 147, lines 13-18) (page 147, lines 8-12) (page 148, lines 8-20) |
| 9/9/2024 |  | Yael Cosset (Def. Direct) |
| 9/9/2024 | R | DX2731 |
| 9/9/2024 | R | DX2971 |
| 9/9/2024 | R | DX2970 |
| 9/9/2024 | R | DX2973 |
| 9/9/2024 | R | DX2730 |
| 9/9/2024 | R | DX1528 |
| 9/9/2024 | R | DX1254 |
| 9/10/2024 |  | Sonya Oblisk (Def. Direct) |
| 9/10/2024 | R | DX2531(page 13, line 10 through page 17, line 1) (page 21, line 10 through page 26, line 24) (page 73, line 12-19) |
| 9/10/2024 | R | DX0270 |
| 9/10/2024 | R | DX0271 |
| 9/10/2024 | R | DX0272 |
| 9/10/2024 | R | DX0273 |
| 9/10/2024 | R | DX0275 |
| 9/10/2024 |  | Sonya Oblisk (Plf. Cross) |
| 9/10/2024 | R | DX2531 (page 103, line 16-25) (page 98, line 20 through page 99, line 4) (page 126, line 17 through page 127, line 8) |
| 9/10/2024 |  | Marc Lieberman (Def. Direct) |
| 9/10/2024 | R | DX1340 |
| 9/10/2024 | R | DX2530 (page 38, lines 1-5) |
| 9/10/2024 | R | DX2884 |

| DATE OFFERED | RECEIVED | LIST OF EXHIBITS AND WITNESSES |
|---|---|---|
| 9/10/2024 | R | DX0156 |
| 9/10/2024 | | Marc Lieberman (Plf. Cross) |
| 9/10/2024 | | Marc Lieberman (Def. Redirect) |
| 9/10/2024 | | Yael Cosset (Def. Direct Continued from 9/9/24) |
| 9/10/2024 | R | DX2552 |
| 9/10/2024 | R | DX2553 |
| 9/10/2024 | R | DX2238 |
| 9/10/2024 | R | DX2239 |
| 9/10/2024 | R | DX0813 |
| 9/10/2024 | R | DDX20 (Slide 6, left box only) |
| 9/10/2024 | R | DX0807 |
| 9/10/2024 | | Yael Cosset (Plf. Cross) |
| 9/10/2024 | R | PX1654A |
| 9/10/2024 | R | PX1654B |
| 9/10/2024 | R | PX1654 (pages 387-396) |
| 9/10/2024 | | Dan Dosenbach (Def. Direct) |
| 9/10/2024 | R | DX2361 |
| 9/10/2024 | R | DX0039 |
| 9/10/2024 | | Dan Dosenbach (Plf. Cross) |
| 9/10/2024 | R | PX2151 |
| 9/10/2024 | R | PX2251 |
| 9/10/2024 | R | PX2148 |
| 9/10/2024 | | Dan Dosenbach (Def. Redirect) |
| 9/10/2024 | | Robert Crane (Def. Direct) |
| 9/10/2024 | | Robert Crane (Plf. Cross) |
| 9/11/2024 | | Mark Israel (Def. Direct) |
| 9/11/2024 | R | DX2623 |
| 9/11/2024 | R | DX2624 |
| 9/11/2024 | R | DX2940-DX2946 |
| 9/11/2024 | | Mark Israel (Plf. Cross) |
| 9/11/2024 | | Mark Israel (Def. Redirect) |
| 9/11/2024 | | John Conlin (Def. Direct) |
| 9/11/2024 | R | DX2888 |
| 9/11/2024 | R | DX2951 (page 48, lines 11-16) |
| 9/11/2024 | R | DX2951 (page 59, lines 14 through page 60, line 18) |
| 9/11/2024 | R | DX2967 |
| 9/11/2024 | | John Conlin (Plf. Cross) |
| 9/11/2024 | | John Conlin (Def. Redirect) |
| 9/11/2024 | | Samuel Heyworth (Def. Direct) |
| 9/11/2024 | R | DX2502 (page 61, lines 3-7) (page 67, lines 22 through page 68, line 1) (page 40, lines 3-7) |
| 9/11/2024 | R | DX2403 |
| 9/11/2024 | R | DX2502 (page 49, lines 4-6) (page 49, lines 7-8) (page 32, lines 22 through page 33, line 5) (page 35, lines 4-12) |
| 9/11/2024 | | Samuel Heyworth (Plf. Cross) |
| 9/11/2024 | R | DX2502 (page 65, lines 20-25) |
| 9/11/2024 | | Roger King (Def. Direct) |
| 9/11/2024 | R | DX2740 |
| 9/12/2024 | | Roger King (Plf. Cross) |
| 9/12/2024 | | Roger King (Def. Redirect) |
| 9/12/2024 | | Lisa Kinney (Def. Direct) |
| 9/12/2024 | R | DX2090 |
| 9/12/2024 | R | DX2220 |
| 9/12/2024 | R | DX2213 |
| 9/12/2024 | R | DX1290 |
| 9/12/2024 | R | DX1290A |
| 9/12/2024 | R | DX2617 |
| 9/12/2024 | R | DX2711 |
| 9/12/2024 | R | DX2221 |
| 9/12/2024 | R | DX2438 (Email Portion Only) |
| 9/12/2024 | R | DX1155 |
| 9/12/2024 | | Lisa Kinney (Plf. Cross) |
| 9/12/2024 | R | PX2530 |
| 9/12/2024 | R | PX12123 |
| 9/12/2024 | R | PX12673 |
| 9/12/2024 | R | PX2514 |
| 9/12/2024 | R | PX12107 |
| 9/12/2024 | R | PX12112 |
| 9/12/2024 | R | PX2999 |

| DATE OFFERED | RECEIVED | LIST OF EXHIBITS AND WITNESSES |
|---|---|---|
| 9/12/2024 | | Lisa Kinney (Def. Redirect) |
| 9/12/2024 | | Justin McCrary (Def. Direct) |
| 9/12/2024 | R | DX2739 |
| 9/12/2024 | | Justin McCrary (Plf. Cross) |
| 9/12/2024 | | Dan Galante (Def. Direct) |
| 9/12/2024 | R | DX2738 |
| 9/12/2024 | | Dan Galante (Plf. Cross) |
| 9/12/2024 | | Dan Galante (Def. Redirect) |
| 9/12/2024 | R | DX3019 |
| 9/12/2024 | | Defendants' Rest |
| 9/13/2024 | R | PX7004 |
| 9/13/2024 | R | PX7004A |
| 9/13/2024 | R | PX7004B |
| 9/13/2024 | R | PX7004C |
| 9/13/2024 | R | PX7004D1 |
| 9/13/2024 | R | PX7004D2 |
| 9/13/2024 | | Aaron Yeater (Plf. Direct) |
| 9/13/2024 | R | PX7000 |
| 9/13/2024 | R | PX7011 |
| 9/13/2024 | | Aaron Yeater (Def. Cross) |
| 9/13/2024 | R | PX5017 |
| 9/13/2024 | | Aaron Yeater (Plf. Redirect) |
| 9/13/2024 | | Orley Ashenfelter (Plf. Direct) |
| 9/13/2024 | R | PX7010 |
| 9/13/2024 | | Orley Ashenfelter (Def. Cross) |
| 9/13/2024 | | Nicholas Hill (Plf. Direct) |
| 9/13/2024 | R | PX7025 |
| 9/13/2024 | | Nicholas Hill (Def. Cross) |
| 9/13/2024 | | Nicholas Hill (Plf. Redirect) |