Cheryl F. Hiemstra, OSB#133857
Chris Kayser, OSB#984244
Tim D. Nord, OSB#882800
Special Assistants Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel: (503) 934-4400
Facsimile: (503) 378-5017
Cheryl.Hiemstra@doj.oregon.gov
Tim.D.Nord@doj.oregon.gov
cjkayser@lvklaw.com

*Attorneys for Plaintiff State of Oregon*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING, | Case No. 3:24-cv-00347 |
| Plaintiffs, | **PLAINTIFF STATES' UNOPPOSED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES** |
| *Plaintiffs,* | |
| v. | |
| THE KROGER COMPANY and ALBERTSONS COMPANIES, INC., | |
| Defendants. | |

PLAINTIFF STATES' UNOPPOSED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS'
FEES

## LR 7-1 CERTIFICATION

Counsel for Plaintiff States has conferred with counsel for Defendants concerning this motion for extension of time for filing a motion for attorneys fees and costs. The Defendants agreed to the extension which would give Plaintiff States until February 14, 2025, to file their motion.  At Defendants' request, Plaintiff States have agreed to a similar extension of time for Defendants opposition brief.

## MOTION

Plaintiffs, the states of Arizona, California, Illinois, Maryland, Nevada, New Mexico, Oregon, and Wyoming and the District of Columbia, (collectively Plaintiff States), move this Court for an order extending the time for Plaintiff States to file a motion for attorneys' fees and costs, pursuant to Fed. R. Civ. P. 6(b)(1) and 54(d) and LR 54. Plaintiff States request this extension to allow time for the parties to confer and to attempt to reach agreement on attorneys' fees and costs issues and to eliminate the need to file multiple motions for attorneys' fees and costs.

## MEMORANDUM

On October 14, 2022, Defendants announced they had reached an agreement that Kroger would acquire Albertsons. On February 26, 2024, the Plaintiff States and the Federal Trade Commission filed an amended complaint for Temporary Restraining Order and Injunctive Relief to halt the proposed acquisition pursuant to Section 7 of the Clayton Act, 15 U.S.C. § 18, and Section 16 of the Clayton Act, 15 U.S.C. § 26, and an award costs of this action to Plaintiff States, including attorneys' fees. Section 16 of the Clayton Act provides that "any person . . . shall be entitled to sue for and have injunctive relief . . . against threatened loss or damage by a violation of the antitrust laws," including a violation of Section 7 of the Clayton Act, 15 U.S.C. §

PLAINTIFF STATES' UNOPPOSED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES

18. Plaintiff States are "persons" under Section 16 of the Clayton Act. *Hawaii v. Standard Oil Co.*, 405 U.S. 251, 260-261 (1972).

On December 10, 2024, this Court issued an Opinion & Order granting Plaintiffs' motion for preliminary injunction. On December 11, 2024, Albertsons announced it exercised its right to terminate the merger agreement with Kroger. And on December 13, 2024, the Federal Trade Commission, Kroger, and Albertsons jointly moved to dismiss the administrative complaint before the Federal Trade Commission, citing the termination of the proposed merger. Section 16 of the Clayton Act states that "[i]n any action under this section in which the plaintiff substantially prevails, the court shall award the cost of suit, including a reasonable attorneys' fee, to such plaintiff." 15 U.S.C. § 26. Plaintiff States will seek their attorneys' fees and costs as prevailing plaintiffs in this action.

Pursuant to Fed. R. Civ. P. 54(d)(2), a motion for claiming attorneys' fees must be filed no later than 14 days after the entry of judgment. Prevailing parties, Plaintiff States, seek the requested extension to meaningfully meet and confer with Defendants on attorneys' fees and costs issues. Given there are nine Plaintiff States who will request fees and costs, the two weeks provided under Fed. R. Civ. P. 54(d)(2) to file a motion for attorneys' fees does not provide sufficient time for a full discussion and resolution of these issues. The proposed extension of time will obviate the need to file multiple fee petitions and responses.

Furthermore, granting this extension will not prejudice the Defendants as the Defendants have already received notice of the Plaintiff States' intent to seek attorney fees and will have ample time to respond to the Motion once filed.

PLAINTIFF STATES' UNOPPOSED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES

Accordingly, for good cause shown and with the consent of Defendants, Plaintiff States request that the Court grant an order under Fed. R. Civ. P. 54(d)(2) extending the time for Plaintiff States to file a motion for attorneys' fees and costs to February 14, 2025.

Dated: December 23, 2024.

Respectfully submitted,

/s/ Cheryl F. Hiemstra
Cheryl F. Hiemstra, OSB#133857
Tim D. Nord, OSB#882800
Chris Kayser, OSB#984244

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel: (503) 934-4400
Facsimile: (503) 378-5017
Cheryl.Hiemstra@doj.state.or.us
Tim.D.Nord@doj.state.or.us
cjkayser@lvklaw.com

*Attorneys for Plaintiff State of Oregon*

PLAINTIFF STATES' UNOPPOSED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES

/s/ Robert A. Bernheim
Robert A. Bernheim, AZ Bar No. 024664
Jayme L. Weber, AZ Bar No. 032608
Vinny Venkat, AZ Bar No. 038587
Connor Nolan, AZ Bar No. 038088

Arizona Office of the Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
Tel: (602) 542-5025
Robert.Bernheim@azag.gov
Jayme.Weber@azag.gov
Vinny.Venkat@azag.gov
Connor.Nolan@azag.gov

*Attorneys for Plaintiff State of Arizona*

PLAINTIFF STATES' UNOPPOSED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS'
FEES

/s/ Nicole Gordon

Nicole Gordon, CA Bar No. 224138

State of California
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Tel: (415) 510-3458
Facsimile: (415) 703-5480
Nicole.Gordon@doj.ca.gov

*Attorneys for Plaintiff State of California*

PLAINTIFF STATES' UNOPPOSED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES

/s/ C. William Margrabe
C. William Margrabe, DC Bar No. 90013916

Office of the Attorney General for the District of
Columbia
400 6th Street, N.W, 10th Floor
Washington, D.C. 20001
Tel: (202) 727-3400
Will.Margrabe@dc.gov

*Attorney for Plaintiff District of Columbia*

PLAINTIFF STATES' UNOPPOSED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS'
FEES

/s/ Brian M. Yost
Brian M. Yost, IL Bar No. 6334138
Paul J. Harper, IL Bar No. 6335001
Alice Riechers, IL Bar No. 6272933

Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
Tel: (872) 276-3598
Email: Brian.Yost@ilag.gov
Paul.Harper@ilag.gov
Alice.Riechers@ilag.gov

*Attorneys for Plaintiff State of Illinois*

PLAINTIFF STATES' UNOPPOSED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS'
FEES

/s/ Schonette J. Walker
Schonette J. Walker, MD Bar No. 0512290008
Gary Honick, MD Bar No. 7806010078
Byron Warren, MD Bar No. 1612140330

Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Tel: (410) 576-6470
swalker@oag.state.md.us
ghonick@oag.state.md.us
bwarren@oag.state.md.us

*Attorneys for Plaintiff State of Maryland*

PLAINTIFF STATES' UNOPPOSED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS'
FEES

/s/ Lucas J. Tucker
Lucas J. Tucker, NV Bar No. 10252
Samantha B. Feeley, NV Bar No. 14034

Office of the Nevada Attorney General
100 N. Carson St.
Carson City, Nevada 89701
Tel: (775) 684-1100
ltucker@ag.nv.gov
sfeeley@ag.nv.gov

*Attorneys for Plaintiff State of Nevada*

PLAINTIFF STATES' UNOPPOSED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS'
FEES

/s/ Julie Ann Meade
Julie Ann Meade, NM Bar No. 8143
Jeff Dan Herrera, NM Bar No. 154030

New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87504
Tel: (505) 717-3500
jmeade@nmag.gov
jherrera@nmag.gov

*Attorneys for Plaintiff State of New Mexico*

PLAINTIFF STATES' UNOPPOSED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS'
FEES

/s/ William Young
William Young, WY Bar No. 8-6746

Office of the Wyoming Attorney General
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-7847
William.Young@wyo.gov

*Attorney for Plaintiff State of Wyoming*

PLAINTIFF STATES' UNOPPOSED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS'
FEES

## Certificate of Service

I certify that on the date noted below, I caused a true and correct copy of the Plaintiff States' Memorandum in Support of Motion to Extend Time to Move for Attorneys' Fees to be served upon the parties of record through the Court's ECF system.

Dated: December 23, 2024.          LARKINS VACURA KAYSER LLP


/s/ Christopher J. Kayser
Christopher J. Kayser, OSB# 984244
cjkayser@lvklaw.com

PLAINTIFF STATES' UNOPPOSED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES

## **CERTIFICATE OF COMPLIANCE**

This brief complies with the applicable word-count limitation under LR 7-2(b), 26-3(b), 54-1(c), or 54-3(e) because it contains 622 words, including headings, footnotes, and quotations, but excluding the caption, table of contents, table of cases and authorities, signature block, exhibits, and any certificates of counsel.

Dated: December 23, 2024.          LARKINS VACURA KAYSER LLP

                                    /s/ Christopher J. Kayser
                                    Christopher J. Kayser, OSB# 984244
                                    cjkayser@lvklaw.com

PLAINTIFF STATES' UNOPPOSED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES