Julie Ann Meade, NM Bar #8143
Julie Sakura, NM Bar #19253
Jeff Dan Herrera, NM Bar #154030
Ben Lovell, NM Bar #161949
Assistant Attorneys General
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87501
Tel: (505) 490-4060
Facsimile: (505) 318-1050
JMeade@nmdoj.gov
JSakura@nmdoj.gov
JHerrera@nmdoj.gov
BLovell@nmdoj.gov

*Attorneys for Plaintiff State of New Mexico*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF ARIZONA,<br>STATE OF CALIFORNIA,<br>DISTRICT OF COLUMBIA,<br>STATE OF ILLINOIS,<br>STATE OF MARYLAND,<br>STATE OF NEVADA,<br>STATE OF NEW MEXICO,<br>STATE OF OREGON, and<br>STATE OF WYOMING,<br><br>     Plaintiffs,<br><br>              *Plaintiffs,*<br><br>          v.<br><br>THE KROGER COMPANY and ALBERTSONS<br>COMPANIES, INC.,<br><br>     Defendants. | Case No. 3:24-cv-00347<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

NOTICE OF WITHDRAWAL
OF APPEARANCE        1

Pursuant to LR 83-11(b), Julie Sakura, Jeff Dan Herrera, and Ben Lovell hereby withdraw as attorneys of record for Plaintiff State of New Mexico in the above-captioned matter. Julie Ann Meade remains as counsel of record for the State of New Mexico.

Dated: May 9, 2025                          Respectfully Submitted,


                                            /s/ *Jeff Dan Herrera*

                                            Julie Ann Meade
                                            Julie Sakura
                                            Jeff Dan Herrera
                                            Ben Lovell
                                            Assistant Attorneys General
                                            New Mexico Department of Justice
                                            408 Galisteo St.
                                            Santa Fe, NM 87501
                                            Tel: (505) 490-4060
                                            Facsimile: (505) 318-1050
                                            JMeade@nmdoj.gov
                                            JSakura@nmdoj.gov
                                            JHerrera@nmdoj.gov
                                            BLovell@nmdoj.gov

                                            *Attorneys for Plaintiff State of New Mexico*

NOTICE OF WITHDRAWAL
OF APPEARANCE                    2