Charles E Dickinson, DC Bar # 997153
Katherine Drummonds, DC Bar # 1044289
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2617
*cdickinson@ftc.gov*
*kdrummonds@ftc.gov*

Attorneys for Plaintiff Federal Trade Commission

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING, <br><br> Plaintiffs, <br><br> v. <br><br> THE KROGER COMPANY and ALBERTSONS COMPANIES, INC., <br><br> Defendants. | Case No.: 3:24-cv-00347-AN <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE** |

NOTICE OF WITHDRAWAL
OF APPEARANCE                    1

Pursuant to LR 83-11(b), Katherine Drummonds hereby withdraws as an attorney of record for Plaintiff Federal Trade Commission ("FTC") in the above-captioned matter. Other FTC attorneys remain as counsel of record for the FTC.

Dated: July 22, 2025                                    Respectfully submitted,

/s/ *Charles E Dickinson*
Charles E Dickinson (DC Bar # 997153)
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2617
Email: cdickinson@ftc.gov
kdrummonds@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

NOTICE OF WITHDRAWAL
OF APPEARANCE                                    2