B. JOHN CASEY, OSB No. 120025
john.casey@stoel.com
RACHEL C. LEE, OSB No. 102944
rachel.lee@stoel.com
JACOB GOLDBERG, OSB No. 162565
jacob.goldberg@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

MATTHEW M. WOLF (*Pro Hac Vice*)
matthew.wolf@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.942.5000
*Attorneys for Defendant The Kroger Company*

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ARIZONA, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, and STATE OF WYOMING, <br><br> Plaintiffs, <br><br> v. <br><br> THE KROGER COMPANY and ALBERTSONS COMPANIES, INC., <br><br> Defendants. | Case No.: 3:24-cv-00347-AN <br><br> **STIPULATED MOTION TO FILE OVERLENGTH OPPOSITION AND REPLY BRIEFS RE PLAINTIFF STATES' PETITION FOR ATTORNEYS' FEES AND COSTS** |

Page 1 –    STIPULATED MOTION TO FILE OVERLENGTH OPPOSITION AND REPLY
            BRIEFS RE PLAINTIFF STATES' PETITION FOR ATTORNEYS' FEES AND
            COSTS

152734937.2 0079899-00002

Counsel for Plaintiff States ("Plaintiffs") and counsel for Defendant The Kroger Company and Defendant Albertsons Companies, Inc. (together, "Defendants") hereby request that the Court extend the ten (10) page limit under LR 54(e) for legal memorandum in opposition to and in support of Plaintiff States' Petition for Attorneys' Fees and Costs (the "Petition") as follows:

- Defendants shall be allowed to file a memorandum in opposition to the Petition not to exceed fifteen (15) pages.

- Plaintiffs shall be allowed to file a reply memorandum in support of the Petition not to exceed fifteen (15) pages.

Given the complexity of the case and the number of parties involved, a modest extension of the page limits is reasonable. Because both sides will be granted a reciprocal extension of the page limit, the request does not prejudice any party.

DATED:  April 27, 2026

| ATTORNEYS FOR PLAINTIFF STATES | ATTORNEYS FOR DEFENDANTS |
|---|---|
| OREGON DEPARTMENT OF JUSTICE | STOEL RIVES LLP |
| /s/ Christopher J. Kayser | /s/ B. John Casey |
| TIMOTHY D. SMITH, OSB No. 914374<br>Senior Assistant Attorney General<br>tim.smith@doj.oregon.gov<br>CHRISTOPHER J. KAYSER,<br>  OSB No. 984244<br>Special Assistant Attorney General<br>cjkayser@lvklaw.com<br>100 SW Market Street<br>Portland, OR 97201<br>Telephone: 503.934.4400 | B. JOHN CASEY, OSB No. 120025<br>john.casey@stoel.com<br>RACHEL C. LEE, OSB No. 102944<br>rachel.lee@stoel.com<br>JACOB GOLDBERG, OSB No. 162565<br>jacob.goldberg@stoel.com<br><br>AND |
| *Attorneys for Plaintiff State of Oregon* | ARNOLD & PORTER KAYE SCHOLER LLP<br><br>MATTHEW M. WOLF (*Pro Hac Vice*)<br>matthew.wolf@arnoldporter.com<br>SONIA K. PFAFFENROTH (*Pro Hac Vice*)<br>sonia.pfaffenroth@arnoldporter.com |

Page 2 –     STIPULATED MOTION TO FILE OVERLENGTH OPPOSITION AND REPLY
                 BRIEFS RE PLAINTIFF STATES' PETITION FOR ATTORNEYS' FEES AND
                 COSTS

OFFICE OF THE ILLINOIS ATTORNEY
GENERAL

/s/ Brian M. Yost
BRIAN M. YOST
brian.yost@ilag.gov
PAUL J. HARPER
paul.harper@ilag.gov
ALICE RIECHERS
alice.riechers@ilag.gov
115 S. LaSalle Street
Chicago, IL 60603
Telephone: 872.276.3598

Attorneys for Plaintiff State of Illinois

ARIZONA OFFICE OF THE ATTORNEY
GENERAL

/s/ Robert A. Bernheim
ROBERT A. BERNHEIM
robert.bernheim@azag.gov
JAYME L. WEBER
jayme.weber@azag.gov
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: 602.542.5025

Attorneys for Plaintiff State of Arizona

CALIFORNIA DEPARTMENT OF
JUSTICE

/s/ Nicole Gordon
NICOLE GORDON
nicole.gordon@doj.ca.gov
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: 415.510.4400

Attorney for Plaintiff State of California

601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: 202.942.5000

JOHN A. HOLLER (*Pro Hac Vice*)
john.holler@arnoldporter.com
300 N. LaSalle Drive, Suite 3500
Chicago, IL 60654
*Attorneys for Defendant The Kroger Company*

ANGELI LAW GROUP LLC

/s/ David H. Angeli
DAVID H. ANGELI, OSB No. 020244
david@angelilaw.com
PETER D. HAWKES, OSB No. 071986
peter@angelilaw.com
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: 503.954.2232

AND

WILLIAMS & CONNOLLY LLP

ENU A. MAINIGI (*Pro Hac Vice*)
emainigi@wc.com
JONATHAN B. PITT (*Pro Hac Vice*)
jpitt@wc.com
WILLIAM ASHWORTH (*Pro Hac Vice*)
washworth@wc.com
BETH A. STEWART
bstewart@wc.com
A. JOSHUA PODOLL (*Pro Hac Vice*)
apodoll@wc.com
THOMAS W. RYAN (*Pro Hac Vice*)
tryan@wc.com
TYLER INFINGER (*Pro Hac Vice*)
tinfinger@wc.com
680 Maine Avenue SW
Washington, DC 20024
Telephone: 202.434.5000
*Attorneys for Defendant Albertsons
Companies, Inc.*

Page 3 –    STIPULATED MOTION TO FILE OVERLENGTH OPPOSITION AND REPLY
BRIEFS RE PLAINTIFF STATES' PETITION FOR ATTORNEYS' FEES AND
COSTS

152734937.2 0079899-00002

OFFICE OF THE ATTORNEY GENERAL

*/s/ Schonette J. Walker*
SCHONETTE J. WALKER
swalker@oag.maryland.gov
BYRON WARREN
bwarren@oag.maryland.gov
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: 410.576.6470

*Attorneys for Plaintiff State of Maryland*

OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA

*/s/ Estefania Y. Torres Paez*
ESTEFANIA Y. TORRES PAEZ
estefania.torrespaez@dc.gov
400 Sixth Street NW, 9th Floor
Washington, DC 20001
Telephone: 202.631.9492

*Attorney for Plaintiff District of Columbia*

OFFICE OF THE NEVADA ATTORNEY
GENERAL

*/s/ Lucas J. Tucker*
LUCAS J. TUCKER
ltucker@ag.nv.gov
SAMANTHA B. FEELEY
sfeeley@ag.nv.gov
100 N. Carson Street
Carson City, NV 89701
Telephone: 775.684.1100

*Attorneys for Plaintiff State of Nevada*

152734937.2 0079899-00002

NEW MEXICO DEPARTMENT OF
JUSTICE

/s/ Anthony R. Juzaitis
ANTHONY R. JUZAITIS
ajuzaitis@nmdoj.gov
408 Galisteo Street
Santa Fe, NM 87501
Telephone: 505.651.7565

*Attorney for Plaintiff State of New Mexico*

OFFICE OF THE WYOMING
ATTORNEY GENERAL

/s/ William T. Young
WILLIAM T. YOUNG
william.young@wyo.gov
109 State Capitol
Cheyenne, WY 82002
Telephone: 307.777.7847

*Attorney for Plaintiff State of Wyoming*


SO STIPULATED.

DATED: _____


_____
THE HONORABLE ADRIENNE NELSON
United States District Court Judge


Page 5 –    STIPULATED MOTION TO FILE OVERLENGTH OPPOSITION AND REPLY
            BRIEFS RE PLAINTIFF STATES' PETITION FOR ATTORNEYS' FEES AND
            COSTS
152734937.2 0079899-00002